IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

REBECCA SMITH, ELLEN LARSON, JUSTINE LUND; and JAIME and
JARED BEARD, individually and on behalf of all others similarly situated,

v.

THE ALIERA COMPANIES, INC., formerly known as ALIERA
HEALTHCARE, INC., a Delaware corporation, TRINITY HEALTHSHARE,
INC., a Delaware corporation, and ONESHARE HEALTH, LLC, formerly
known as UNITY HEALTHSHARE, LLC and as KINGDOM
HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation.

# EXHIBIT C
# Part 1 of 4
## to
## NOTICE OF REMOVAL

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY<br>STATE OF COLORADO<br>P.O. Box 4249, 1777 6th Street, Boulder, Colorado 80302 | DATE FILED: June 19, 2020 4:47 PM<br>FILING ID: AC5F0B17A851B<br>CASE NUMBER: 2020CV30513 |
| **Plaintiffs:**<br><br>REBECCA SMITH; ELLEN LARSON; JUSTINE LUND;<br>and JAIME and JARED BEARD,<br>individually and on behalf of all others similarly<br>situated,<br><br>v. | |
| | **▲ COURT USE ONLY ▲** |
| **Defendants:**<br><br>THE ALIERA COMPANIES, INC., formerly known as<br>ALIERA HEALTHCARE, INC., a Delaware<br>corporation; TRINITY HEALTHSHARE, INC., a<br>Delaware corporation; and ONESHARE HEALTH,<br>LLC, formerly known as UNITY HEALTHSHARE, LLC<br>and as KINGDOM HEALTHSHARE MINISTRIES,<br>LLC, a Virginia limited liability corporation. | Case Number:<br><br><br>Div.: |
| ATTORNEYS FOR PLAINTIFFS:<br>Victoria E. Lovato, #31700<br>MICHAEL BEST & FRIEDRICH LLP<br>1776 Lincoln Street, Suite 1100<br>Denver, CO 80203<br>Tel. (720) 240-9515<br>Email:  velovato@michaelbest.com<br><br>Patrick Bernal, #52956<br>MICHAEL BEST & FRIEDRICH LLP<br>8300 Arista Place, Suite 300<br>Broomfield, CO 80021<br>Tel. (303) 800-1580 / Fax (855) 732-0199<br>Email:  pjbernal@michaelbest.com | |
| **CLASS ACTION COMPLAINT AND JURY DEMAND** | |

## I.  PARTIES

1.      Plaintiff REBECCA SMITH is a citizen of Colorado who resides in Boulder. Ms. Smith was enrolled in a health care plan from some or all Defendants from May 1, 2018 to June 1, 2019.

2.      Plaintiff ELLEN LARSON is a citizen of Colorado who resides in Colorado Springs.  Ms. Larson was enrolled in a health care plan from some or all Defendants from July through December 2018.

3.      Plaintiff JUSTINE LUND is a citizen of the state of Colorado who resides in Berthoud. Ms. Lund was enrolled in a health care plan from Defendants Aliera and Trinity from February through April 2019.

4.      Plaintiffs JAIME and JARED BEARD, husband and wife, are citizens of Colorado who reside in Parker. Mr. and Ms. Beard were enrolled in a health care plan from some or all of Defendants from August 15, 2018 through October 14, 2019.

5.      Defendant THE ALIERA COMPANIES, INC. is a Delaware corporation headquartered in Atlanta, Georgia. It is incorporated as a for-profit entity without any express religious affiliation. It changed its name from ALIERA HEALTHCARE, INC. Collectively, defendants The Aliera Companies, Inc. and Aliera Healthcare, Inc. are referred to as "Aliera."

6.      Defendant TRINITY HEALTHSHARE, INC. ("Trinity") is a Delaware corporation headquartered in Atlanta, Georgia and purports to be a nonprofit entity. Trinity was incorporated on or about June 27, 2018.

7.      Defendant ONESHARE HEALTH, LLC is a Virginia limited liability corporation. On information and belief, it is headquartered in Irving, Texas, and was previously headquartered in Atlanta, Georgia. OneShare Health, LLC was formerly known as KINGDOM HEALTHSHARE MINISTRIES, LLC, and before that as UNITY

HEALTHSARE, LLC. Because the majority of the actions described in this Complaint occurred when OneShare Health, LLC was known as Unity Healthshare, LLC, it will be referred to as "Unity" in this Complaint. Unity was "organized" by Anabaptist Healthshare.

8.     Aliera created, marketed, sold, and administered insurance plans for Unity and was solely responsible for the development of plan designs, pricing, marketing materials, vendor management, recruitment and maintenance of a sales force, and administration of claims on behalf of Unity.

9.     Aliera markets, sells, and administers insurance plans for Trinity and is solely responsible for the development of plan designs, pricing, marketing materials, vendor management, recruitment and maintenance of a sales force, and administration of claims on behalf of Trinity.

10.     Neither Aliera, Trinity, nor Unity holds a certificate of authority from the Colorado Division of Insurance as required by C.R.S. § 10-3-105, and none of them is authorized or licensed as an insurer to provide any type of insurance plan in Colorado.

## II. JURISDICTION AND VENUE

11.     Defendants Trinity, Unity, and Aliera all sold health plans to Colorado residents in Colorado, and this Court has jurisdiction over them. In addition, Defendant Aliera is licensed as an insurance producer (agent) in Colorado, license number 544844.

12.     Venue is properly before this Court pursuant to C.R.C.P. 98 (c) and C.R.S. § 6-1-103 because Plaintiff Smith resides in Boulder County and Defendants issued and delivered her health plan there, and because Defendants committed deceptive trade practices in this County.

### III.  NATURE OF THE CASE

13.      Defendants sold inherently unfair and deceptive health care plans to Colorado residents, and failed to provide them with the coverage the purchasers were led to believe they would receive. Defendants claimed the health care plans were not "insurance" to avoid oversight by the state insurance commissioner. At the same time, Defendants created the health care plans to look and feel like health insurance that would provide meaningful coverage for the purchasers' health care needs.

14.      When Congress passed the Patient Protection and Affordable Care Act ("ACA") in 2010, it required all individuals to be covered by health insurance or pay a penalty. Congress allowed for a handful of exceptions to that requirement, set out in 26 U.S.C. § 5000A. One of those exceptions was for members of existing Health Care Sharing Ministries ("HSCMs"). In order to qualify as an HSCM under the ACA, an entity must meet rigid requirements, including:  (1) it must be recognized as a 501(c)(3) tax exempt organization; (2) its members must "share a common set of ethical or religious beliefs and share medical expenses among members according to those beliefs;" (3) its members must "retain membership even after they develop a medical condition;" (4) it must have "been in existence at all times since December 31, 1999, and medical expenses of its members [must] have been shared continuously and without interruption since at least December 31, 1999;" and (5) it must conduct an annual audit. 26 U.S.C. § 5000A(d)(2)(B)(ii).

15.      Aliera, in an attempt to exploit this exception, convinced Unity's parent to create defendant Unity as a sham HCSM. When Aliera's relationship with Unity's parent soured, it created Defendant Trinity as a sham HCSM to replace Unity.

16.      Although Aliera and Unity represented Unity as a "recognized" HCSM, Unity did not meet the requirements of an HCSM under 26 U.S.C. § 5000A(d)(2)(B)(ii)

because, for example, it was not in existence until 2016 and it had no members before then. Unity and Aliera falsely claimed that Unity had been "recognized" as an HCSM based on recognition of Unity's organizer, Anabaptist Healthshare ("Anabaptist") as an HCSM, even though Anabaptist's recognition was based on service of a different religious community, and Anabaptist was not Unity's "predecessor."

17.     Similarly, although Aliera and Trinity represented that Trinity was a "recognized" HCSM, Trinity did not meet the requirements of an HCSM under 26 U.S.C. § 5000A(d)(2)(B)(ii) because it was not in existence until 2018, it had no members before then, and because it did not require its members to adhere to its stated ethical or religious beliefs. It was never, and could not have been, "recognized" as an HCSM because the federal agency that had at one time provided letters of recognition stopped doing so in 2016, before Trinity was created.

18.     Aliera was authorized by Unity and then by Trinity to sell illegal health insurance plans to Colorado residents, while representing those plans as from recognized HCSMs. Aliera sold, at the instance of Unity and Trinity, illegal health insurance plans to hundreds, if not thousands, of Colorado residents. These plans did not comply with the minimum basic requirements for authorized health care plans under state or federal law, and have resulted in Colorado residents (1) paying for an illegal contract, and (2) being denied coverage for medical care required by law to be provided. Defendants, and their principals, however, have realized exorbitant profits.

19.     These plans qualify as health insurance under Colorado law, C.R.S. § 10-1-102(6)(a) and are unauthorized under C.R.S. § 10-3-105. The unauthorized insurance plans did not meet the minimum benefits, coverage, and other requirements for health insurance in Colorado. They are illegal contracts.

20.     Specifically, the plans Aliera created, marketed, sold, and administered on behalf of both Unity and Trinity provided certain payment benefits in the event of specified health-related contingencies in exchange for a monthly payment. The amount of benefits was tied to the amount of the monthly premium payment and the cost incurred by the customer for health-related medical treatments. Under Colorado law, the arrangement fits squarely within the definition of "insurance" and may not be marketed, sold or administered without meeting minimum requirements and obtaining authorization from the Colorado Department of Insurance.

21.     Defendants' representations that the insurance plans were HCSM plans and would provide meaningful coverage for healthcare needs were misleading, unfair and/or deceptive in violation of the Colorado Consumer Protection Act. At no relevant time did the Defendants' plans meet the requirements for HCSMs under federal law as represented. They created and marketed the plans to look and feel like insurance plans, and sold and administered the plans with the intention of securing their own profits by arbitrarily delaying and denying claims that their members would reasonably expect to be paid, leaving members with no effective recourse.

22.     Even if the plans qualified as coming from a legitimate HCSM, Colorado does not recognize any exception from insurance regulations for HCSMs.

23.     Plaintiffs, on behalf of the classes they seek to represent, filed this lawsuit to obtain declaratory and injunctive relief to prevent Defendants from continuing to arbitrarily and in bad faith delay payment of and deny claims that should be covered under legitimate health insurance plans. On behalf of the proposed class and on their own behalf, Plaintiffs also seeks damages related to uncovered health care expenses, premiums paid and other losses due to Defendants' creation, marketing, sale, and administration of unauthorized and illegal health insurance plans. They also seek

restitution and imposition of a constructive trust. Defendants breached their fiduciary duties to class members and have been unjustly enriched. They have refused to pay legitimate claims and have unreasonably profited from class members whose payments were made on the reasonable belief, based on Defendants' representations, that their medical expenses would be covered.

## IV. CLASS ALLEGATIONS

24.     ***Definition of Class:*** Pursuant to C.R.C.P. 23, Plaintiffs bring this action on behalf of themselves and all persons similarly situated. The proposed Class is defined as follows:

> "All Colorado residents who, at any time within the relevant statute of limitations, purchased a plan from Aliera and either Unity Healthshare LLC or Trinity Healthshare Inc. that purported to be a "health care sharing ministry."

25.     ***Size of the Class:*** The Plaintiffs' proposed class is so numerous that joinder of all members is impracticable. Hundreds, if not thousands, of individuals in Colorado are covered by Defendants' plans.

26.     ***Common Questions of Fact and Law:*** There are questions of law and fact that are common to all class members including:  (1) whether the healthcare products that the Defendants created, marketed, sold, and administered to class members met the legal requirements of an HCSM under 26 U.S.C. § 5000A; (2) whether plans sold were "insurance" under Colorado insurance law; (3) whether Colorado insurance law and regulations forbid the creation, marketing, sale, and administration of health care products in the "business of insurance" without authorization or other legal exception; (4) whether Defendants failed to obtain proper authorization for the creation, marketing, sale, and administration of an insurance product in Colorado; (5) whether class members are entitled to (a) rescission of the plan(s) and refunds of all premiums paid and/or

(b) reformation of the plans to comply with the minimum insurance coverage requirements of Colorado and federal law, and re-processing of all claims for expenses and costs incurred that would have been covered had the plan(s) properly complied with those laws; (6) whether Defendants' actions were unfair and/or deceptive or had the capacity to deceive under the Colorado Consumer Protection Act ("CCPA"); (7) whether class members are entitled to other damages, including statutory treble damages, resulting from Defendants' unfair and/or deceptive acts; (8) whether Defendants owed a fiduciary duty to their members, and whether they breached that fiduciary duty; (9) whether Defendants have been unjustly enriched by failing to pay claims and unjustly received profits that should be disgorged; and (10) whether a constructive trust should be imposed.

27.    ***Class Representative:***  The claims of the named Plaintiffs are typical of the claims of the proposed class as a whole resulting from Defendants' sale of unauthorized and illegal insurance plans. The named Plaintiffs will fairly represent and adequately protect the interests of the class members because they have been subjected to the same practices as other class members and suffered similar injuries. The named Plaintiffs do not have interests antagonistic to those of other class members as to the issues in this lawsuit.

28.    ***Separate Suits Would Create Risk of Varying Conduct Requirements***. The prosecution of separate actions by class members against some or all of the Defendants would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct. Certification is therefore proper under C.R.C.P. 23(b)(1).

29.    ***Defendants Have Acted on Grounds Generally Applicable to the Class.*** Defendants Aliera, Unity, and Trinity have uniformly created, marketed, sold and

administered unauthorized health insurance plans in Colorado. They have misrepresented the plans as HCSM plans under federal law. Defendants have acted on grounds generally applicable to the proposed class, rendering declaratory and injunctive relief appropriate respecting the whole class. Certification is therefore proper under C.R.C.P. 23(b)(2).

30.     ***Questions of Law and Fact Common to the Class Predominate Over Individual Issues.*** The claims of the individual class members are more efficiently adjudicated on a class-wide basis. Any interest that individual members of the class may have in individually controlling the prosecution of separate actions is outweighed by the efficiency of the class action mechanism. Upon information and belief, no class action suit is presently filed or pending against Aliera and/or Unity and/or Trinity for the relief requested in this action. Issues as to Aliera's and/or Unity's and/or Trinity's conduct in applying standard marketing, sales and administration practices towards all members of the class predominate over questions, if any, unique to members of the class. All members of the class are or were at the time of coverage residents of Colorado, and the same state law applies to all claims that are subject to the same common proof. Certification is therefore additionally proper under C.R.C.P. 23(b)(3).

31.     ***Venue***. This action can be most efficiently prosecuted as a class action in the Boulder County where Defendants conducted business and committed deceptive trade practices, and where Plaintiff Smith resides.

32.     ***Class Counsel***. Named Plaintiffs have retained experienced and competent class counsel.

## V.  FACTUAL BACKGROUND

**A.     Aliera Sold Healthcare Plans through Unity, a Sham Healthcare Sharing Ministry, to Avoid ACA and State Insurance Regulations, but Its**

**Relationship With Unity's Parent Ended in Discord**

33.     Defendant Aliera was incorporated in the State of Delaware by Timothy Moses, a convicted felon, his wife Shelley Steele, and their son Chase Moses, in December 2015. Before forming Aliera, Timothy Moses was the president and CEO of International BioChemical Industries, Inc., a company that declared bankruptcy in 2004 after he was charged with felony securities fraud and perjury. As a result of the case, titled *United States v. Moses*, 1:04-cr-00508-CAP-JMF (N.D. Ga.), Moses was sentenced to over six years in prison, and ordered to pay $1.65 million in restitution.

34.     Aliera is a for-profit entity. Its stated scope of business is "to engage in the business of providing all models of Health Care to the general public" and "to cultivate, generate or otherwise engage in the development of ideas or other businesses. To buy, own or acquire other businesses, to market and in any way improve the commercial application to the betterment and pecuniary gain of the corporation and its stockholders ..." The formation documents of Aliera Healthcare, Inc. do not include any discussion of religious or ethical purposes or missions.

35.     Aliera began selling its healthcare products in late 2015. At the time it was formed, it only sold "direct primary care medical home (DPCMH)" plans. DCPMH plans generally cover limited services such as some doctors' visits and basic lab services. These plans provide no hospitalization or emergency room coverage and are not ACA compliant.

36.     Aliera realized it could greatly increase the sales of its healthcare products if it could take advantage of the federal statute that exempted taxpayers who purchased HCSMs from the ACA's individual mandate. It realized also that if it claimed the healthcare products it sold were "not insurance," it could claim to be exempt from, and avoid regulation by, state insurance regulators.

37.     Anabaptist Healthshare ("Anabaptist") was a small Mennonite entity with a few hundred members located in Virginia. Anabaptist had been recognized by the federal Department of Health & Human Services' Centers for Medicare & Medicaid Services ("CMS") as an HCSM in 2015.

38.     Upon his release from prison, and after forming Aliera, Timothy Moses convinced Anabaptist to permit Aliera to market its own DCPMH plan "side by side" with Anabaptist's sharing program using Anabaptist's HCSM designation. Anabaptist created a new wholly owned subsidiary, called Unity Healthshare, LLC ("Unity"), for that purpose. Under the proposal, Aliera would market both its own plan and the Unity HCSM together as a healthcare product it claimed would be an HCSM exempt from the ACA's mandates and insurance regulation.

39.     Aliera entered into a contract with Anabaptist and/or Unity on or about February 1, 2017. Under that contract, Aliera would offer health products to the public that did not meet the insurance benefits and coverages required by the Affordable Care Act and that did not independently qualify for the HCSM exemption in 26 U.S.C. § 5000A. In return, Aliera's customers would join Unity, which claimed to be an HCSM, increasing members to Anabaptist through its subsidiary. Unity delegated all authority and responsibility to Aliera to create, design, market, and administer products sold under the Unity name. All those who purchased the Aliera/Unity products became members of both Aliera and Unity.

40.     Although Aliera marketed the plans to consumers throughout the country and in Colorado as HCSM plans through Unity, in reality, Unity was merely a shell with a purported HCSM designation, through which Aliera, a for-profit entity that was never an HCSM could push its own products, while designing, marketing, selling, administering, and controlling the Unity plans. All member payments were made

– 11 –

directly to Aliera. Members enrolled in the plan through Aliera's website. Aliera created, maintained, and controlled the Unity website. Nationwide, Aliera collected over $300,000,000 in member payments for the Aliera/Unity plans.

41.     Unity was not and could not be an HCSM because it was created after December 31, 1999, and at the time of its creation, had no members. In order to qualify as an HCSM under federal law, the entity or a predecessor of the entity, among other requirements, must have "been in existence at all times since December 31, 1999, and medical expenses of its members [must] have been shared continuously and without interruption since at least December 31, 1999." 26 U.S.C. § 5000A(d)(2)(B)(IV). Unity did not have members who had shared medical expenses "continuously and without interruptions since at least December 31, 1999." It had no members when it was formed. Nor does it have a predecessor entity. Anabaptist, the entity through which it claimed HCSM status, was its parent, not its predecessor. Unity was never "recognized" as an HCSM by CMS.

42.     In selling Unity-branded products, Aliera did not require members to attest to the Mennonite beliefs of its parent, or to any other common religious belief, but only required a pro forma acknowledgment to adhere to a generic spiritual and ethical belief.

43.     In 2018, after thousands of Aliera/Unity plans had been sold nationwide, and at least hundreds had been sold to Colorado residents, Anabaptist discovered that Mr. Moses had written himself approximately $150,000 worth of checks from Unity funds without board approval and had not properly maintained assets reserved for payment of benefits. It requested an accounting and, in July 2018, demanded Aliera turn over control of all Unity funds.

**B.**     **Aliera Created Trinity as a Sham Health Care Sharing Ministry
to Avoid ACA Requirements and State Insurance Regulations**

44.     With its relationship with Unity terminating, Aliera would have no affiliation with any entity claiming to be an HCSM. Aliera and its principals therefore created Trinity on June 27, 2018, as a purported nonprofit entity. William Rip Theede, III was the CEO of Trinity. Mr. Theede is a former Aliera employee. He is also a close family friend of the Moses family and officiated at Chase Moses' wedding. Trinity had two board members – Mr. Theede and Mr. Theede's brother.

45.     Trinity represented, in its Statement of Foreign Authority filed with the Colorado Secretary of State, that it commenced doing business in Colorado on August 13, 2018, three days after Unity terminated its relationship with Aliera. *Appendix 1.*

46.     Trinity could not qualify as an HCSM because it was created after December 31, 1999, and at the time of its creation, had no members. In order to qualify as an HCSM under federal law, the entity or a predecessor of the entity, among other requirements, must have "been in existence at all times since December 31, 1999, and medical expenses of its members [must] have been shared continuously and without interruption since at least December 31, 1999." 26 U.S.C. § 5000A(d)(2)(B)(IV). Trinity has not had members who have shared medical expenses "continuously and without interruptions since at least December 31, 1999." It had no members when it was formed, and has no predecessor entity.

47.     In addition, in order to qualify as an HCSM under federal law, the members of the entity must "share a common set of ethical or religious beliefs and share medical expenses among members in accordance with those beliefs…." 26 U.S.C. § 5000A(d)(2)(B)(III). Although Trinity's bylaws set forth a specific set of religious beliefs, it has never restricted its membership to those individuals who affirm the specific common beliefs. Members are only asked to affirm a generic "Statement of Beliefs" – the

identical "Statement of Beliefs" that Aliera had created for use in conjunction with its Unity-branded products – that refers to no particular religion. *See Appendix 2*, p. 18; *Appendix 3*, p. 20; *Appendix 4*, p. 18. As stated in "frequently asked questions" on Defendants' website, "Trinity HealthShare welcomes members of all faiths who can honor the Statement of Beliefs, by which the Trinity HealthShare program operates." *Appendix 5*, p. 11. As a practical matter, the generic Statement of Beliefs allows sale of the health care products to the general public.

48.     While prospective agents must take a training assessment, the questions asked in the assessment do not address any religious or ethical motivation. Defendants' advertisements for prospective agents, and the training materials for agents do not mention a religious or ethical component for purchasers of these plans. In a video posted to YouTube dated November 1, 2018,[1] an unidentified Aliera trainer for new or prospective agents discussed the Aliera Healthcare Enrollment Process. According to the video, in order to enroll in Aliera, the consumer must positively respond to a number of questions. The first question asks if the consumer agrees with Trinity's "statement of faith:"

> … It basically is saying that you believe in a higher power. It doesn't necessarily have to be a Christian God, or a Buddhist God, or a Jewish God. It doesn't … matter as long as we all believe that there is a higher power and we're all living our life that the best way that we possibly can. We're maintaining a healthy lifestyle. We're trying to avoid those types of foods, behaviors, habits – things that, you know, cause us illness that are in our control.
>
> As long as we're doing those types of things, we're all like-minded individuals. So if you feel that way, and you are a like-

---

[1] https://www.youtube.com/watch?v=PiwoaXt8Z78 (last visited 6/19/20) starting at 12:23.

minded individual, that's all we're trying to find out. And, if you are, you're gonna say, "Yes," you believe in the five same statement of beliefs that we all do.

49.     Aliera and Trinity represent that Trinity is "recognized" as a qualified HCSM. *See **Appendices 24, 29, 32.*** It was, in fact, impossible for Trinity to be "recognized" as such because the rule that provided such recognition was eliminated in 2016 before Trinity was created. *See* 81 Fed. Reg. 12281 (final rule eliminates the issuance of exemptions for HCSMs). Trinity has never appeared on any list of recognized HCSMs developed by HHS.

50.     Likewise, the Internal Revenue Service ("IRS") does not recognize and has never recognized any entities as HCSMs. Its role is limited to accepting tax returns from individuals who may claim that they are entitled to an HCSM exemption on their individual tax returns. The IRS has never recognized Trinity or Unity as a qualified HCSM under 26 U.S.C. § 5000A(d)(2)(B). Defendants' representations to the contrary are false and misleading.

51.     On or about August 13, 2018, Aliera signed an agreement with Trinity in which Trinity delegated to Aliera the authority to create, market, sell, and administer the purported HCSM plans under Trinity's name. The contract allowed Aliera to use Trinity's non-profit status to sell health care plans purporting to be HCSM plans, while keeping complete control of the money, the administration of the plans, and the membership roster. Under the Agreement, Trinity delegated to Aliera authority to provide accounting staff, financial and membership reporting, and audit and tax filing support. The Agreement provides that all member "contribution" payments are made directly to Aliera, which then allocates 30-40% (depending on the plan) of every payment to commissions, and that Aliera will be paid substantial additional administrative fees. Under the Agreement, only a fraction of the amount of a member's contributions (as little

as 15.5% of the plans class plaintiffs here purchased) was actually to be placed into a Trinity "Sharebox" account for payment of claims.

52.     On information and belief, Aliera began selling new Aliera/Trinity plans to Colorado residents in the fall of 2018.

**C.     Aliera Maintained Control of All Unity Member Accounts, and Attempted to Transfer Them to Trinity Accounts**

53.     Anabaptist terminated the relationship with Aliera on or about August 10, 2018. Aliera sued Anabaptist/Unity in Superior Court of Fulton County Georgia in late 2018. *See Aliera Healthcare v. Anabaptist Health Share et al.*, No. 2018-cv-308981 (Hon. Alice D. Bonner, Ga. Sup. Ct.)(the "Georgia Litigation"). Anabaptist counterclaimed, *inter alia,* that Aliera had failed to properly allocate and segregate the portion of the membership payments that was allocable to the Unity health care plans. Aliera claims that it is entitled at least 65% of each member's payment, but Unity contests that.

54.     Aliera sent an email to all Aliera/Unity members on or about November 15, 2018, notifying them that their plan would automatically change to a Trinity plan, and that **"No Action Is Needed"** by members for that automatic change. Aliera advised the members that there would be no changes to their plan except the name. *See **Appendix 20.*** Aliera sent members new member cards and new Member Guides with the Trinity name. The Member Guides with the Trinity name were virtually identical to the Member Guides they had sent under the Unity names. All telephone numbers for member services, claims, and pre-authorization remained the same.

55.     On Anabaptist's motion in the Georgia Litigation, the court issued a temporary restraining order on December 28, 2018, enjoining Aliera from transferring any Unity members to Trinity, and requiring that Aliera notify members that their plans would not automatically transfer. If a member had opted out of an Aliera-administered

plan before that notice was sent, the member received no correcting notice that the plan, or the administration of pending claims, remained with Unity.

56.     Even though Aliera had been enjoined from transitioning the Unity accounts to Trinity, Aliera sent Unity members Explanations of Benefits ("EOBs") with the Trinity logo for healthcare expenses incurred before the transition. ***Appendix 28,*** Trinity and Aliera now take the position that Unity is responsible for those healthcare obligations.

57.     On April 25, 2019, the court in the Georgia Litigation entered an interlocutory injunction, preventing Aliera from unilaterally transferring Unity members to Trinity members, but allowing both Aliera and Unity to solicit those "legacy" Unity members. The court appointed a receiver to oversee and monitor Aliera's administration of those assets, finding that Aliera's lack of transparency, misrepresentations regarding commingling of assets, and failure to make a full accounting of funds, necessitated the appointment. *See **Appendix 7***, Order Entering Interlocutory Injunction and Appointing Receiver. The court also found that administrative fees paid to Aliera amounted to millions of dollars. *Id.* The receiver was charged with determining the total amount of funds in Aliera's control that corresponded with the Unity component of the Aliera/Unity plans.

58.     Aliera then solicited Unity members to join Trinity. For those members whose health plans were transitioned to a Trinity plan, there was no change – their payments continued to be paid directly to Aliera, and Member Guides were virtually unchanged. For those with unpaid claims at the time of the transition, Aliera and Trinity now claim that Trinity has no responsibility for their payment, and that they are the responsibility of Unity.

59.     The receiver appointed to oversee and monitor the assets found, in his initial reported dated November 22, 2019, that:

> **Aliera Commingled Funds** – Aliera used a single bank account in which they commingled funds related to its business venture with Unity and their non-Unity related interests with other partners. All Unity and non-Unity member payments were deposited into a single bank account exclusively controlled by Aliera.

*Appendix 8, p. 5.*

60.     The court in the Georgia Litigation will ultimately decide which portion of the members' payments should be allocated to Unity and which portion should be allocated to Aliera. Regardless of that court's allocation decision, Colorado residents who purchased a Unity plan through Aliera have a claim for rescission and refund of their member payments, or for payment of their healthcare expenses, from those funds that will be allocated.

**D.     The Products Defendants Create, Market, Sell, and Administer Are Health Insurance**

61.     Defendant Unity authorized Defendant Aliera to create, market, sell, and administer healthcare products under the Unity brand that Aliera and Unity claimed were not insurance, and that they claimed qualified as HCSM products exempt from insurance regulation, even though (a) a substantial portion of those products were Aliera's own product that could never have qualified as an HCSM product, (b) Unity does not qualify as an HCSM, and (c) Colorado does not recognize HCSMs as exempt from state insurance law. Certain members of the class were enrolled in healthcare insurance products that were created, marketed, sold, and administered by Aliera under the Aliera/Unity brand.

62.     Defendant Trinity authorized Defendant Aliera to create, market, sell, and administer healthcare products under the Trinity brand that Aliera and Trinity claimed were not insurance, and that they claimed qualified as HCSM products exempt from insurance regulation, even though (a) a substantial portion of those products were Aliera's own product that could never have qualified as an HCSM product, (b) Trinity does not qualify as an HCSM, and (c) Colorado does not recognize HCSMs as exempt from state insurance law. Certain members of the class were enrolled in healthcare insurance products that were created, marketed, sold, and administered by Aliera under the Aliera/Trinity brand.

63.     The products Aliera created, marketed, sold, and administered, under both the Aliera/Unity and Aliera/Trinity brands were virtually identical, and were created to look, feel, and convey the impression that they are equivalent to insurance.

64.     The terminology all Defendants used in connection with their plans is directly analogous to terminology health insurers use. For example:

(a)     The products are described as health "plans," which is the same term the ACA uses to describe health insurance.

(b)     The healthcare plans marketed, sold, and administered charge "members" a "monthly contribution" to participate. Defendants described the "contributions" members pay as "premiums" or "rates." *See e.g., Appendix 5*, pp. 3-4, *Appendix 6.* The amount of the premium charged is based on the plan selected by the insured.

(c)     The plans require a member to pay a deductible, which Defendants call a "Member Shared Responsibility Amount." *Appendix 5.*, p. 4, *Appendix 6.*

(d)     Once this amount has been paid, then medical bills are paid in accordance with a benefits booklet or "Member Guide" for the selected plan. These

Member Guides contain the "membership instructions" which detail the "eligible medical expenses," "limits of sharing," limitations on pre-existing conditions, and exclusions. The plans require pre-authorization of certain non-emergency surgeries, procedures or tests, as well as for certain types of cancer treatments. *See e.g., Appendix 2*, p. 29, *Appendix 3*, p. 31.

(e)     The amount of the premium charged is based on the health care plan selected by the insured. The plans include "interim medical," "comprehensive," "standard," "basic care," and "catastrophic." *Appendix 5.*, p. 1, *Appendix 6*, p. 6

(f)     The standard and comprehensive plans are offered at three benefit levels. "Standard" is offered at "Value," "Plus," and "Premium." "Comprehensive" is offered at "Bronze," "Silver," and "Gold." The plans at the higher levels charge more and therefore provide more robust benefits for covered medical conditions. *Appendix5C*, p. 1, *Appendix 6.*

(g)     The plans provide coverage for medical expenses. Among other things, the plans provide coverage for preventive care, primary care, urgent care, labs and diagnostics, x-rays, prescription benefits, specialty care, surgery, and emergency room services. *Appendix 2*, pp. 22-25, *Appendix 6.* The plans, for an additional premium, will also provide maternity care. *Appendix 5*, p. 7; *Appendix 3*, p. 24.

(h)     The plans have established preferred provider networks ("PPOs") through which members can seek care. Payments are made by Defendants directly to the providers.

(i)     The plans contain exclusions and lifetime limits, including a lower lifetime limit for cancer treatment.

(j)     The plans require members to pay a "co-expense," or "consult fee," analogous to a "copay." *Appendix 5*, p. 4, *Appendix 6.*

(k)     The plans provide for "maximum out of pocket" expenses. *Appendix 5, p. 4; Appendix 6.*

65.     Defendants claim they will make payments directly to health care providers on behalf of members who are current on their monthly premiums in the event they experience a covered loss, have met their deductible or "Member Shared Responsibility Amount," and otherwise meet the coverage requirements set forth in the coverage booklet. These payments are expressly contingent upon the occurrence of a covered medical need by the participating member.

66.     Payment from the program upon the occurrence of a covered loss is not voluntary. Under the terms of the program, as set forth in the Member Guides, Trinity (or Unity) is instructed and required to "share clearing house funds in accordance with the membership instructions." *Appendix 2,* p. 21; *Appendix 3,* p. 22. (Contributors' Instructions and Conditions). The members, however, have no role in the creation of the Member Guides or instructions. Members do not decide who gets paid benefits. Instead, according to the Member Guide, the members must accept Trinity's or Unity's adjudication of benefits: "By participation in the membership, the member accepts these conditions." *Id.* According to the Member Guide, Trinity or Unity, and not the members, is the "final authority for the interpretation" of the membership instructions, and Trinity or Unity directs payment to providers on behalf of members who have submitted medical claims that are covered under the benefits booklet. *Id.*

67.     Members' "contributions" (i.e. premiums) are not refundable. Although the member "contributions" are called "voluntary," if members fail to make the premium payment, they are not entitled to coverage for medical expenses. *Appendix 2,* p. 16; *Appendix 3,* p. 18.

68.     Members receive a card which is indistinguishable from an insurance card, and they are advised to keep it with them at all times to present to health care providers. *Appendix 19, 21, 24, 29, 32.*

69.     Like insureds in traditional health plans, members receive an "Explanation of Benefits (EOB)" when a claim is submitted. The EOBs are identical in all material respects to EOBs received from traditional health plans. *Appendix 28.*

70.     Healthcare providers bill Defendants directly, just as they bill insurance companies, and Defendants make payments directly to the health care providers.

71.     The healthcare plans are sold by insurance agents or brokers.

72.     Defendants' plans are contracts whereby Defendants undertake to indemnify a member upon the occurrence of determinable contingencies and therefore constitute "insurance" as defined by Colorado law. *See* § 10-1-102(12) C.R.S. The Colorado Division of Insurance has so concluded. *Appendices 9, 10..* Colorado does not exempt HCSMs from insurance regulation. Defendants are required to comply with Colorado and federal law governing health insurers.

**E.     The Health Insurance Plans Defendants Create, Market, Sell,
         and Administer Are Illegal**

73.     None of the Defendants has a certificate of authority as required by C.R.S. § 10-3-105 from the State of Colorado to issue insurance within this state, and they are not authorized insurers under Colorado law. Each of the Defendants has issued illegal and unauthorized insurance products to Plaintiffs and other members of the class.

74.     Colorado has no exemption from health insurance regulations for HCSMs. Plans sold under both the Unity and Trinity names were illegal.

75.     Defendants' plans are not ACA-compliant because they do not meet the minimum coverage requirements under the ACA's Essential Health Benefits. For

example, the policies impose a 24-month waiting period on coverage, which is illegal under the ACA and Colorado law. *See* 42 U.S.C. § 300gg-3; C.R.S. § 10-16-118 .

76.    The plans purport to require binding arbitration, which is illegal in Colorado. C.R.S. § 10-3-1116(3) .

77.    The plans purport to require multiple levels of appeal in violation of 42 U.S.C. § 300gg-19(a)(2)(b), 45 C.F.R. §147.136(b)(3)(G) and Colorado law.

78.    Neither Trinity nor Unity has maintained the 80% medical loss ratio required under the ACA, 42 U.S.C. § 300gg-18. Instead, according to its Agreement with Trinity, Aliera allocates only between 8.3% and 35% of member contributions to "Sharebox" payments to members. According to findings in the Georgia Litigation, Aliera took millions of dollars in administrative fees. Similarly, less than 80% of the contributions Aliera collected on behalf of Unity members was paid in medical expense payments on behalf of members, and substantially more than 20% of the members' contributions are subject to dispute between Anabaptist and Aliera in the Georgia Litigation.

79.    The Member Guides, which have never been reviewed or approved, contain inconsistent and contradictory coverage terms and conditions. For example, on one hand they suggest that Defendants are required to administer benefits in accordance with the terms of the Member Guides, while other provisions suggest that Defendants are not required to pay any benefits whatsoever. The Member Guides also state the plans are an "opportunity for members to care for one another in a time of need, [and] to present their medical needs to other members," *Appendix 2*, p. 3, *Appendix 3,* p. 5, but in fact Defendants – like an insurance carrier - make all coverage decisions without ever presenting one member's needs to other members.

**F.     Multiple States Have Found that Defendants' Products Are Insurance
        That Do Not Qualify as HCSMs**

80.     On August 12, 2019, the State of Colorado Division of Insurance found Defendant Trinity was an unlicensed insurance company and that Defendant Aliera was developing and marketing unlicensed insurance, and issued cease and desist orders ordering them to immediately stop selling the unauthorized insurance in the State of Colorado. *Appendices 9, 10*. Final Agency Orders dated January 17, 2020 prohibit the sale of Aliera HCSMs in Colorado and prohibit Trinity from doing business in Colorado. *Appendix 11.*

81.     The State of Maryland found the Unity plans Aliera sold in that state were insurance that did not qualify for an exclusion under that state's health sharing law. On April 30, 2018, Aliera entered into a Consent Order with the State of Maryland agreeing to cease selling the plans in Maryland. *Appendix 12.*

82.     The State of Texas has successfully enjoined Aliera from enrolling any new members in Texas. As the Texas Attorney General argued on July 11, 2019 in *State of Texas v. Aliera Healthcare, Inc.*, Travis County Cause No. D-1-GN-19-003388:

> The Defendant Aliera Healthcare, Inc., is engaged in the business of insurance in this State without a license, in violation of Tex. Ins. Code § 101.101. … In meetings with State regulators, Aliera representatives have asserted that Aliera is exempt from state regulation because it merely administers a "health care sharing ministry." *Aliera is no ministry, however; it is a multi-million dollar for profit business that admittedly siphons off over 70% of every dollar collected from its members to "administrative costs."*

*Appendix 13,* pp. 1-2 (emphasis added).

83.     The Washington Insurance Commissioner conducted a formal investigation in response to consumer complaints and concluded that Trinity did not meet the statutory definition of an HCSM under Washington and federal law. *See Appendix 14.* That Commissioner further concluded that Aliera acted as an unauthorized

health care service contractor without being registered and was doing business as an unlicensed discount plan organization, and that Aliera's advertisements on behalf of Trinity were deceptive and had the capacity to mislead or deceive consumers into believing that they purchased insurance. On May 13, 2019, Washington State issued "Orders to Cease and Desist" to Aliera and Trinity. *Id.* On December 30, 2019, Trinity entered into a consent order that prohibited it from enrolling any new Washington residents, and was fined $150,000. *Id.*

84.     Similar orders have been issued in New Hampshire (October 30, 2019 Cease and Desist Order against Aliera and Trinity ordering them to stop selling or renewing illegal health insurance); Connecticut (December 2, 2019 Cease and Desist Order against Aliera and Trinity), Maryland (February 27, 2020 Order revoking Aliera's insurance producer license because it violated the 2018 consent order not to solicit membership in unauthorized insurance plans), and California (March 8, 2020 Cease and Desist Order finding Trinity did not meet the definition of an HCSM, and that both Aliera and Trinity were acting as insurers in California without a certificate of authority and had misled California consumers). ***Appendix 15.***

85.     Regulators in Georgia and Massachusetts have also issued warnings. *See e.g.*, ***Appendix 16.***

86.     On March 31, 2020, the Washington State Insurance Commissioner found that Defendant Unity, now known as OneShare Health, LLC, was not a legitimate HCSM and was acting as an unauthorized insurer in the state of Washington. It issued a cease and desist order prohibiting it from continuing to solicit or sell insurance in Washington. ***Appendix 17.*** On May 5, 2020, a Washington Administrative Law Judge denied a motion to stay the order, citing sufficient prima facie evidence that OneShare was unlawfully transacting in insurance and did not qualify as an HCSM. ***Appendix 18.***

**G.      Plaintiffs Were Sold Sham Products By Some or All of Defendants**

   *Plaintiff Rebecca Smith*

87.      Plaintiff Smith enrolled in AlieraCare PLUS in May 2018, while Aliera partnered with Unity.

88.      She made a payment to Aliera of $530.10 per month in premium payments to Aliera.

89.      Plaintiff Smith received a card that she believed to be an insurance card that reflected her enrollment with AlieraCare PLUS through Unity Healthshare. *Appendix 19 19.*

90.      In November 2018, Plaintiff Smith received an email notifying her that Trinity HealthShare was Aliera's new HCSM partner, that she did not need to take any action to maintain her current plan under the Trinity/Aliera partnership, that her Member ID number and all benefits would remain the same, and that her MSRA (deductible) would carry over to the Trinity plan. *See Appendix 20.* She never received any subsequent notice that her plan, or her pending claims under her plan, would not automatically transfer to Trinity.

91.      Plaintiff Smith also received an Aliera/Trinity Member Guide, dated 2018-2019, identical to *Appendix 2.* That Member Guide was identical to the Member Guide she had received when Aliera was partnered with Unity, with the exception that Trinity's name was substituted for Unity's name.

92.      Plaintiff Smith also received an Aliera/Trinity Insurance card. Appendix 21. This card was virtually identical to the Aliera/Unity card, except for the use of the name "Trinity Healthshare" instead of "Unity Healthshare."

93.      On October 17, 2018, Plaintiff Smith contacted Aliera to confirm coverage for her planned method of birth control, an IUD.

94.     She was informed that her procedure would be covered at 100% and was not informed that the procedure would apply towards her MSRA/deductible.

95.     After the procedure was performed, Aliera denied coverage of the procedure.

96.     Plaintiff Smith appealed the denial of coverage in writing, and, on May 6, 2019, Aliera informed Plaintiff Smith that Aliera reversed the denial and approved the coverage.

97.     Despite the approval, Aliera did not pay for the disputed services.

98.     In order to prevent the medical bills from going to collections, Plaintiff Smith paid for the uncovered medical services, totaling $1,156.23, despite Aliera's representations that it would cover the charges.

**Plaintiff Ellen Larson**

99.     Plaintiff Larson enrolled in AlieraCare Premium in July 2018, while Aliera partnered with Unity.

100.     She made a payment to Aliera for $452.44 and to Unity for $25 in July 2018, and made monthly premium payments to Aliera of $352.44 per month each month from August through December 2018. She received a Member Guide and a card that she believed was an insurance card showing that she was enrolled in the AlieraCare Premium plan through Unity. **Appendix 22.**

101.     On or about November 15, 2018, Aliera sent Ms. Larson an email notifying her that Trinity HealthShare was its new HCSM partner, that she did not need to take any action to maintain her current plan under the Trinity/Aliera partnership, that her Member ID number and all benefits would remain the same, and that her MSRA (deductible) would carry over to the Trinity plan. She never received any subsequent

notice that her plan, or her pending claims under her plan, would not automatically transfer to Trinity.

102.    Ms. Larson then received a Member Guide for her AlieraCare Premium Plan from both Aliera and Trinity. The Member Guide was identical to the Member Guide she had received when Aliera was partnered with Unity, with the exception that Trinity's name was substituted for Unity's name. *Appendix 2.* She also received a notice from Trinity about increased convenience and options for Trinity HealthShare members. *Appendix 23.*

103.    Ms. Larson also received what she believed was an insurance card from Aliera/Trinity showing that she had been a member in Aliera/Trinity since July 1, 2018. *See Appendix 24*. The insurance card falsely stated that she was a member "of a Health Care Sharing Ministry *recognized pursuant to 26 U.S.C. § 5000A(d)(2)(B)*" even though neither Trinity nor Aliera was ever certified or "recognized" by any government agency as an HCSM.

104.    The AlieraCare Premium plan sold to Ms. Larson was insurance under Colorado law. However, it failed to comply with Colorado and federal law in its provisions of benefits.

105.    Ms. Larson was assaulted on August 3, 2018, while covered by the AlieraCare/Unity Premium Plan. She was attacked and knocked unconscious. She was taken to the hospital with serious injuries, including a skull fracture, cervical spine fracture, and intercranial bleeding. She submitted claims to Aliera for coverage.

106.    While her claim was pending, and after she was notified that her plan was transferred from Unity to Trinity, she terminated her coverage, effective December 31, 2018, without opting to have her plan transferred to Unity.

107.   When she submitted her bill for payment to Aliera, her claim was denied. She appealed, sending medical records and additional information. Aliera decided to cover a different denied claim as a result of the appeal. *Appendix 25.*

108.   Ms. Larson appealed a second time. She explained that Aliera had not responded to the correct appeal. Aliera then took the position that Ms. Larson's injuries were "self-inflicted" and excluded under her policy. *Appendix 26.*

109.   Ms. Larson filed a complaint with the Better Business Bureau and received another denial letter in response. *Appendix 27.*

110.   Ms. Larson continues to be pursued for these debts.

111.   Aliera held itself out as the agent for Trinity in administering Ms. Larson's claims. It sent her an Explanation of Benefits (EOB) under Trinity's name. *Appendix 28.* Its appeal denial letters use the same address – 5901 Peachtree Dunwoody Rd., Atlanta, GA 30328 – as Trinity's address. *Compare* **Appendix 26** *with* **1.** She was never notified that she needed to file a claim with the receiver in the Georgia Litigation, or to Unity, in order for her claim to be paid.

112.   Trinity and Aliera now claim that Ms. Larson was never enrolled in a Trinity plan and that she was only enrolled in a Unity plan. Ms. Larson submitted her claim to Aliera, who acted as exclusive agent for both Trinity and Unity. Neither Unity nor Trinity, nor their agent Aliera, have paid her claim.

### *Plaintiff Justine Lund*

113.   In January 2018, Plaintiff Lund enrolled in an AlieraCare "Trinity HealthShare Gold" plan effective February 1, 2018. Before purchasing the Trinity Gold plan, she was told that, after meeting her $2,500 "MSRA" (deductible), medical bills related to pregnancy and delivery would be covered up to $5,000, or $8,000 for a caesarian section, and that 80% of hospital bills would be covered. She purchased the plan which

she understood had the most robust coverage, even though it also had the highest monthly premium of the available Aliera/Trinity plans.

114. Ms. Lund paid Defendants Aliera and Trinity $658.87 ($125 as an enrollment fee and $533.87 for the first monthly premium payment) on January 16, 2019, and $533.87 in both February and March 2019 for the Trinity HealthShare Gold coverage from February 1 – April 30, 2019.

115. After she enrolled and made the initial payment, Ms. Lund received a Member Guide for AlieraCare Gold with the Unity brand attached. *Appendix 3.* She also received an ID card which she believed was an insurance card from Aliera/Trinity. The card shows that she was enrolled in a "Trinity/Gold" plan with a $2500 "MSRA." *Appendix 29.* The insurance card falsely stated that she was a "member of a HealthCare Sharing Ministry recognized pursuant to 26 U.S.C. § 5000A(d)(B)," even though neither Trinity nor Aliera was ever certified or "recognized" by any government agency as an HCSM. The backside of the card falsely represents an affiliation with Unity Healthshare, even though Aliera's relationship with Unity had terminated and it was no longer authorized to sell plans on behalf of Unity in 2019.

116. After enrolling in the AlieraCare Trinity Gold plan, Ms. Lund had medical expenses that should have been covered by Aliera/Trinity, but Aliera/Trinity paid a fraction of what she understood would be covered. Because her medical expenses had not been paid as she had been led to believe they would be, she became worried that Defendants would not pay the maternity benefits that were represented and advertised. After numerous conversations with Aliera/Trinity employees and agents, she learned that Aliera/Trinity would require her to pay a $5,000 deductible and would cover only a fraction of her medical bills. She cancelled her AlieraCare Trinity Gold Healthshare plan, effective April 30, 2019.

117.   Ms. Lund was forced to pay medical bills that Defendants should have covered, and paid Defendants premiums for worthless health insurance coverage.

***Plaintiffs Jared and Jaime Beard***

118.   Plaintiffs Jared and Jaime Beard enrolled themselves and their two dependent children in an AlieraCare/Unity Premium plan in August 2018, while Aliera partnered with Unity. Before enrolling, they spoke to an Aliera agent who told them that Aliera was like insurance rather than like an HCSM because medical providers bill Aliera directly, and the bills are paid directly to the provider. The Aliera agent sent them sell sheets that showed the Premium plan would provide extensive benefits comparable to insurance. *Appendix 6.*

119.   The Beards made a payment to Aliera for $819.32 ($694.32 for the first monthly premium payment and $125 in fees) in August 2018 and made monthly premium payments to Aliera of $694.32 through September 2019. They received a welcome email showing they were enrolled in the AlieraCare Premium/Unity Healthshare Premium plan. *Appendix 30.*

120.   In May 2019, the Beards received a notice that Aliera was no longer selling the Unity healthcare plan, but would continue selling an identical plan that "tracked" their medical history and historical claims, payments toward their MSRA, and time spent on the plan. *Appendix 31*. They received a Member Guide from Trinity, that was identical to the Member Guide they received when Aliera was partnered with Unity, with the exception that Trinity's name was substituted for Unity's name. *Appendix 4.*

121.   The Beards also received what they believed was an insurance card from Aliera/Trinity showing that they had been a member in Aliera/Trinity since August 15, 2018. *See Appendix 32.* The insurance card falsely stated that they were a member "of a Health Care Sharing Ministry ***recognized pursuant to 26 U.S.C. § 5000A(d)(2)(B)***" even

though neither Trinity nor Aliera was ever certified or "recognized" by any government agency as an HCSM.

122.    The AlieraCare Premium plan sold to the Beards under both the Trinity and Unity names, was insurance under Colorado law. However, it failed to comply with Colorado and federal law in its provisions of benefits.

123.    In April 2019, The Beards' minor child, who was covered under the plan, required surgery. Their child's provider contacted Aliera for preauthorization of the surgery. Aliera denied the request, inaccurately claiming that it was to treat a "pre-existing condition." *Appendix 33.* Both the Beards and their provider attempted on numerous occasions to reach Aliera to appeal the decision. When calls were finally returned, they received different explanations at different times. After informing them that it did not do "peer to peer" reviews, Aliera offered to speak with the provider, but did not return the provider's calls. The Beards wrote a letter again appealing the decision. *Appendix 34.* On or about June 4, 2019, Aliera informed the Beards that they were again denying the claim, purportedly based on the review of an outside "Medical Peer Review Company." *Appendix 35.* The review letter, dated May 28, 2018 (a year prior to the claim), first opined "that the treatment was/was not related to conditions that were pre-existing," and further failed to reasonably consider whether the needed surgery was for a pre-existing condition.

124.    As a result, the Beards had to postpone their child's needed surgery, have been forced to incur additional out-of-pocket expenses for deductibles (MSRAs) for which they received no credit under a legitimate healthcare plan, have paid medical bills that should have been covered, and paid Defendants premiums for worthless health insurance.

125.    The Beards' Trinity member portal from May 2019 reflected that they were covered by the Trinity plan. *Appendix 36.* The letter from the purported "peer reviewer" dated May 201[9] regarding preauthorization of the Beards' child's surgery was addressed to "Aliera Healthcare/Trinity HealthShare" and quoted the Trinity Member Guide. *Appendix 35.* Yet, Trinity now claims that the Beards were not covered by the Aliera/Trinity plan until June 2019 and were not covered by the Trinity plan at the time Aliera refused to authorize their child's surgery. The Beards were never notified that they needed to file a claim with the receiver in the Georgia Litigation in order for their claims to be paid.

## VI.  CLAIMS FOR RELIEF

### A.    Illegal Contract against All Defendants

126.    Plaintiffs reallege all prior allegations as though fully stated herein.

127.    Defendants sold Plaintiffs and all members of the proposed class unauthorized and illegal health insurance plans in violation of Colorado law:

(a)    The plans sold bearing both the Unity and Trinity names were insurance (*see* ¶¶ 61-72 above), but were sold without authorization in Colorado.

(b)    The plans failed to provide the essential health benefits required under the ACA and Colorado law.

(c)    The plans exclude coverage for pre-existing conditions and impose waiting periods.

(d)    The Member Guides contain inconsistent and contradictory coverage terms and conditions that allow Defendants to arbitrarily deny coverage.

(e)    The plans included a binding arbitration provision illegal under Colorado law. C.R.S. § 10-3-1116 The illegal binding arbitration provision is part of an unconscionable dispute resolution procedures designed to force members into illegal

multiple levels of appeal, arbitrarily delay payment, and leave members without a meaningful method of contesting coverage decisions and disputes.

(f)     Defendants failed to maintain the 80% medical loss ratio mandated by the ACA, and instead paid substantially more than 20% in expenses, fees, and commissions to Defendant Aliera.

128.     Defendants Unity and Trinity authorized Defendant Aliera to create, market, and administer these illegal plans on their behalf.

129.     Plaintiffs and all members of the proposed class are entitled to either (a) rescission of the illegal contract(s) and return of the insurance premiums paid; or (b) reformation of the illegal contract(s) to comply with the mandatory minimum benefits and coverage required under Colorado and federal law.

**B.     Violation of the Colorado Consumer Protection Act Against All Defendants**

130.     Plaintiffs reallege all prior allegations as though fully stated herein.

131.     Defendants' creation, marketing, sale and administration of unauthorized health insurance plan(s) to class members constitutes unfair and/or deceptive acts under the Colorado Consumer Protection Act ("CCPA"). Under the CCPA, Plaintiffs and members of the proposed class are entitled to damages, injunctive relief, statutory treble damages (up to $25,000 for each violation) and attorneys' fees and costs.

132.     Defendants, in the course of their business, have committed the following unfair acts or practices that are deceptive or misleading or have the capacity to be deceptive or misleading. These acts or practices include, but are not limited to, the following:

(a)     The Unity and Trinity healthcare plans that those Defendants sold through Aliera were insurance under Colorado law, but they each failed to obtain a

license required by Colorado law for the sale of insurance, C.R.S. § 10-3-105 Defendants' insurance products include provisions, conditions, exclusions and restrictions that are illegal under Colorado law. *See* ¶¶73-86, above. The sale of unlicensed and illegal insurance policies by each of the Defendants - Unity, Trinity, and Aliera – was unfair and deceptive under C.R.S. § 6-1-105(z)

(b)     Defendant Aliera, at the express direction and authority of Unity and Trinity, created products to look and feel like traditional health insurance and as a substitute for traditional health insurance, and advertised, marketed and sold the products so as to deceive customers into believing that they would receive health care benefits that are comparable to legitimate health insurance. Examples of the deceptive sales material made available to Colorado consumers are in *Appendices 5* (Trinity), and *6* (Unity). Defendants use such things as insurance cards, PPO networks, plan booklets, plan levels, health insurance lexicon (such as "healthcare") to create the impression that they are offering real health insurance benefits comparable to traditional legitimate health insurance. At the same time that they created, marketed, and sold their products as comparable to insurance, Trinity and Unity, through their agent Aliera, knowingly or recklessly misrepresented that their products were "not insurance," so that they could avoid regulation by the Colorado Commissioner of Insurance. By claiming their products are "not insurance," they also avoided providing the minimal Essential Health Benefits required under the ACA and Colorado law. These misrepresentations as to the characteristics and nature of the plans are unfair and deceptive in violation of C.R.S. § 6-1-105(c).

(c)     Unity and Aliera failed to disclose to purchasers and members that Unity did not hold reserves or surplus as required of regulated insurers, that the majority of members' payments went to Aliera to pay exorbitant commissions and administrative

expenses, or that because Unity held no reserves, its ability to pay members' claims depended on generating ever-larger numbers of new members. Failure to disclose the lack of reserves and the reliance on generating new memberships to pay claims are unfair and deceptive in violation of C.R.S. §§ 6-1-105(q) and (u).

(d)     Trinity and Aliera failed to disclose to purchasers and members that Trinity did not hold reserves or surplus as required of regulated insurers, that the majority of members' payments went to Aliera to pay exorbitant commissions and administrative expenses, or that because Trinity held no reserves, its ability to pay members' claims depended on generating ever-larger numbers of new members. Failure to disclose the lack of reserves and the reliance on generating new memberships to pay claims are unfair and deceptive in violation of C.R.S. §§ 6-1-105(q) and (u).

(e)     Aliera and Unity have advertised and represented that Unity is a "Health Care Sharing Ministry recognized pursuant to 26 U.S.C. § 5000A(d)(2)(B)." This is false and deceptive. *See* ¶¶ 40 – 44 above. Aliera and Unity knew, or should have known, that this representation was false because Unity was not created until 2016. The misrepresentation was intended to, and did deceive consumers into believing that their healthcare plans were faith-based, would be administered in an ethical manner for the benefit of members, rather than for the benefit of for-profit Aliera, and were certified as legitimate alternatives to traditional health insurance. The misrepresentation was an unfair and deceptive practice under C.R.S. §§ 6-1-105(1)(b), (c), and (e) .

(f)     Aliera and Trinity have advertised and represented that Trinity is a "Health Care Sharing Ministry recognized pursuant to 26 U.S.C. § 5000A(d)(2)(B)." This is false and deceptive. *See* ¶¶ 33-52 above. Aliera and Trinity knew this representation was false because Aliera did not create Trinity until 2018. The misrepresentation was intended to, and did deceive consumers into believing that their healthcare plans were

faith-based, would be administered in an ethical manner for the benefit of members, rather than for the benefit of for-profit Aliera, and were certified as legitimate alternatives to traditional health insurance. The misrepresentation was an unfair and deceptive practice under C.R.S. §§ 6-1-105(1)(b), (c), and (e) .

(g)     Defendants Aliera and Trinity knowingly misrepresented that members' monthly "contributions" were put into a cost-sharing account with Trinity, which acts as a "neutral clearing house between members." *Appendix 2*, p. 5. They misrepresented that Trinity "acts as an independent and neutral clearing house, dispersing [sic] monthly contributions as described in the membership instructions and guidelines." *Id*., p. 14, They misrepresented that Trinity, because it is a nonprofit with "nothing to gain or lose financially by determining if a need is eligible or not," is the entity to whom members delegated coverage decision authority. *Id*., p. 21. In fact, contributions were not placed into a cost-sharing account with Trinity. Under the Agreement between Trinity and Aliera, all member contributions were paid directly to for-profit Aliera which maintained complete control over payments for medical expenses and maintained complete and exclusive access to and control over the Trinity membership list. Defendants failed to disclose that all funds were commingled with non-Trinity funds in an account controlled by Aliera, or that only a fraction of the funds Aliera received as member "contributions" were or are paid out in claims, or that for-profit Aliera takes the majority of member contributions as fees, leaving insufficient funds to pay member claims. Although Defendants tout the healthcare plans as a "sharing" program that provides members with a role in determining whether claims should be paid, in fact all coverage decisions are made arbitrarily by Aliera, and in Aliera's best interest. The health care plans are inherently unfair, deceptive, and illusory because, while representing to members which medical expenses are eligible for coverage, Defendant Aliera – to whom

Trinity delegated all coverage decisions – retains discretion to interpret the plans and decide whether to approve or pay claims, and retains discretion whether to change the plans at any time. Consumers were led to believe that their premiums would primarily be used to pay claims of other members. In fact, most of the contributions were used to pay Aliera and its owners. Given that the vast majority of the premiums paid are taken by Aliera as fees, Trinity's program is not a true ministry, but a profit-making enterprise designed to enrich the owners of Aliera. These misrepresentations and omissions are unfair and deceptive in violation of C.R.S. §§ 6-1-105(c), (e), (u), and (kkk) .

(h)     Defendants Aliera and Unity knowingly misrepresented that members' monthly "contributions" were put into a cost-sharing account with Unity, which acts as a "neutral clearing house between members." *Appendix 3*, p. 5. They misrepresented that Unity "acts as an independent and neutral clearing house, dispersing [sic] monthly contributions as described in the membership instructions and guidelines." *Id.*, p. 16. They misrepresented that Unity, because it is a nonprofit with "nothing to gain or lose financially by determining if a need is eligible or not," is the entity to whom members delegated coverage decision authority. *Id.*, p. 22. In fact, contributions were not placed into a cost-sharing account with Unity. All member contributions were paid directly to for-profit Aliera that maintained complete control over payments for medical expenses and maintained complete and exclusive access to and control over the Unity membership list. Defendants Unity and Aliera failed to disclose that all Unity member payments were commingled with non-Unity funds in an account controlled by Aliera, or that only a fraction of the funds Aliera received as member "contributions" were or are paid out in claims, or that for-profit Aliera takes the majority of member contributions as fees, leaving insufficient funds to pay member claims. Although Aliera and Unity touted the healthcare plans as a "sharing" program that provided members with a role in

determining whether claims should be paid, in fact all coverage decisions were made arbitrarily by Aliera, and in Aliera's best interest. The health care plans are inherently unfair, deceptive, and illusory because, while representing to members which medical expenses are eligible for coverage, Defendant Aliera – to whom Unity delegated all coverage decisions – retained discretion to interpret the plans and decide whether to approve or pay claims, and retained discretion whether to change the plans at any time. Consumers were led to believe that their premiums would primarily be used to pay claims of other members. In fact, most of the contributions were used to pay Aliera and its owners. Given that the vast majority of the premiums paid are taken by Aliera as fees, Unity's program is not a true ministry, but a profit-making enterprise designed to enrich the owners of Aliera. These misrepresentations and omissions are unfair and deceptive in violation of C.R.S. §§ 6-1-105(c), (e), (u), and (kkk) .

(i)     Unity and Trinity, through their exclusive authorized agent Aliera, systematically engaged in unfair claims handling practices by arbitrarily refusing to pre-authorize medical care and by denying claims, and then by requiring members to follow a multilevel Dispute Resolution Procedure outlined in the Member Guides. *Appendix 2*, pp. 30-31; *Appendix 3*, pp. 32-33; *Appendix 4*, pp. 30-31. This burdensome Procedure is not disclosed to consumers in the marketing materials before they commit to enrolling in the plans. All Defendants use the Procedure to subject members to Kafkaesque delays and false and inconsistent promises, to deny claims without conducting reasonable investigations, to refuse to authorize medical care, and ultimately to require arbitration that is illegal under Colorado insurance law. Defendants claim the Procedure in the Member Guide is legally binding on the members, while at the same time they claim that the coverage provisions are not legally binding upon them and that they are not legally obligated to pay claims. *See Appendix 2* , p. 3; *Appendix 3*, p. 5; *Appendix 4*, p. 3. The

Procedure and Defendants' claims practices are inherently unfair and deceptive and violate C.R.S. §§ 6-1-105(u), 10-3-1104(h), and 10-3-1116.

133.    Aliera acted on its own behalf and as an express and apparent agent for Trinity or Unity in connection with each of these unfair and deceptive acts and practices.

134.    The deceptive or unfair acts or practices of Defendants occurred in trade or commerce, specifically, the marketing, sale and administration of insurance products to Colorado residents.

135.    All persons providing insurance services to the public in Colorado must "be at all times actuated by good faith in everything pertaining thereto." C.R.S. § 10-1-101. This duty of good faith, as enacted by the General Assembly of Colorado, is broad and wide-ranging, extending to "everything pertaining" to the provision of insurance services to the public in Colorado.

136.    The public interest element of the CCPA is present because the business of insurance is one affected by the public interest, requiring that all persons be actuated by good faith, abstain from deception, and practice honesty and equity in all insurance matters. The sale of healthcare plans to the public significantly affects the public interest. The unfair acts and practices induced hundreds, if not thousands, of Colorado residents to purchase the illegal products and to pay premiums for illegal products.

137.    Plaintiffs and the class have been injured as a direct result of Defendants' conduct. They were sold unregulated insurance products that are illegal under Colorado law and paid premiums for these illegal products. The products do not have sufficient loss ratios to provide protection. The products provide less coverage than permitted under law, thereby rendering the policies less valuable than products that do comply with the law. Plaintiffs and the class have been denied care, or limited in care, due to illegal caps, exclusions and limitations. Plaintiffs and the class have foregone coverage

under the ACA, including subsidized benefit packages that would provide legal, comprehensive, and secure health insurance coverage. Defendants' polices were overpriced for the coverage they purported to provide given that a substantial percentage of the contributions were paid in fees to Aliera, causing Plaintiffs and the class to overpay for the illegal and unregulated policies. Additionally, Plaintiffs and the class lack sophistication and bargaining power relative to the Defendants.

**C.      Breach of Fiduciary Duty -- Aliera and Trinity**

138.    Plaintiffs reallege all prior allegations as though fully stated herein.

139.    Defendant Trinity, through its exclusive agent Aliera, represented that members voluntarily submit monthly contributions or gifts into a cost-sharing account, and that Trinity "acts as a neutral clearing house between members." *Appendix 2*, pp. 5, 16. While disclaiming that there is any legally binding agreement to reimburse members for medical needs, Aliera and Trinity claim Trinity will serve as "an independent and neutral clearing house, dispersing[sic] monthly contributions as described in the membership instructions and guidelines. *Id.*, p. 14

140.    Aliera and Trinity further represented their trustworthiness by claiming Trinity is a "religious organization," is "faith based," and is based on a "religious traditions." *Id.*, pp. 3, 5.

141.    Aliera and Trinity represented that "since Trinity HealthShare has nothing to gain or lose financially by determining if a need is eligible or not, the contributor designates Trinity HealthShare as the final authority for the interpretation of these guidelines." *Id.*, p. 21.

142.    Aliera and Trinity represented that monthly contributions are "voluntarily given" to Trinity "to hold as an escrow agent and to disburse according to the membership escrow instructions." *Id.*, p. 20

143.     Trinity, and its exclusive agent Aliera, have complete control over the financial "contributions" members pay, and complete control over the coverage decisions.

144.     Based on these representations and their control over members' "contributions," Aliera and Trinity have a fiduciary duty to the members.

145.     Defendant Aliera has also admitted in court filings in connection with the Georgia Litigation that it has a fiduciary duty to the members.

146.     Defendants have breached their fiduciary duty. Coverage decisions are made solely by the for-profit Aliera, and in order to secure its profits, not to provide coverage for members' medical needs. Plaintiffs and the class members have been arbitrarily denied claims for medical expenses, and have been denied pre-authorization of needed medical care, in order to enrich Defendants.

147.     The majority of the member contributions are paid to Aliera in undisclosed fees, and not to cover the medical needs of the members.

148.     Plaintiffs and the class members have been injured by Aliera's and Trinity's breaches of fiduciary duty. The funds that should have been used to pay their claims have instead been used to enrich Defendants. The profits should be disgorged and held in constructive trust for the benefit of the Plaintiffs and the class to pay their claims.

**D.      Breach of Fiduciary Duty – Aliera and Unity**

149.     Plaintiffs reallege all prior allegations as though fully stated herein.

150.     Defendant Unity, through its exclusive agent Aliera, represented that members voluntarily submit monthly contributions or gifts into a cost-sharing account, and that Unity "acts as a neutral clearing house between members." *Appendix 3,* pp.5, 16. While disclaiming that there is any legally binding agreement to reimburse members for medical needs, Aliera and Unity claim Unity will serve as "an independent and neutral

clearing house, dispersing[sic] monthly contributions as described in the membership instructions and guidelines. *Id.*, p. 16.

151.    Aliera and Unity further represented their trustworthiness by claiming Unity is a "religious organization," is "faith based," and is based on a "religious traditions." *Id.*, pp. 5, 7.

152.    Aliera and Unity represented that "since Unity HealthShare has nothing to gain or lose financially by determining if a need is eligible or not, the contributor designates Unity HealthShare as the final authority for the interpretation of these guidelines." *Id.*, p. 22.

153.    Aliera and Unity represented that monthly contributions are "voluntarily given" to Trinity "to hold as an escrow agent and to disburse according to the membership escrow instructions." *Id.*, p. 21.

154.    Unity, and its exclusive agent Aliera, have complete control over the financial "contributions" members pay, and complete control over the coverage decisions.

155.    Based on these representations and their control over members' "contributions," Aliera and Unity have a fiduciary duty to the members.

156.    Defendant Aliera has also admitted in court filings in connection with the Georgia Litigation that it has a fiduciary duty to the members.

157.    Defendants have breached their fiduciary duty. Coverage decisions are made solely by the for-profit Aliera, and in order to secure its profits, not to provide coverage for members' medical needs. Plaintiffs and the class members have been arbitrarily denied claims for medical expenses, and have been denied pre-authorization of needed medical care, in order to enrich Defendants.

158.     The majority of the member contributions are paid to Aliera in undisclosed fees, and not to cover the medical needs of the members.

159.     Plaintiffs and the class members have been injured by Aliera's and Unity's breaches of fiduciary duty. The funds that should have been used to pay their claims have instead been used to enrich Defendants. The profits should be disgorged and held in constructive trust for the benefit of the Plaintiffs and the class to pay their claims.

**E.     Unjust Enrichment Against Aliera**

160.     Plaintiffs reallege all prior allegations as though fully stated herein.

161.     Plaintiffs and the class paid substantial monthly contributions, the majority of which were siphoned off as fees to benefit Aliera.

162.     Plaintiffs and the class made the payments with the understanding that the funds would be shared among the members of Trinity or Unity to pay medical claims. They were never advised that a majority of their payments would actually go to Aliera's fees and commissions.

163.     Aliera has retained the members' contributions while arbitrarily denying medical claims, and has been unjustly enriched at the expense of Plaintiffs and the class.

164.     Plaintiffs and the class are entitled to restitution of the amount Aliera unjustly retained.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and the class members request that this Court:

(a)     Certify that this action may proceed as a class action as defined in ¶16 above;

(b)     Designate Plaintiffs Rebecca Smith, Ellen Larson, Justine Lund, and Jaime and Jared Beard as class representatives, and designate Eleanor Hamburger and Richard Spoonemore, Sirianni Youtz Spoonemore Hamburger, PLLC, Michael David

Myers, Myers & Company, PLLC, (and Victoria Lovato and Patrick J. Bernal, Michael Best & Friedrich, as class counsel;

(c)     Declare that Defendants' unauthorized health insurance plans were and are illegal contracts;

(d)     Declare that Defendants' actions as alleged herein towards the members of the class violate the Colorado Consumer Protection Act;

(e)     In accordance with C.R.S. § 10-3-1004, order Trinity to deposit cash or securities, or post a bond in an amount equal to the contributions made by Colorado residents for Trinity healthcare plans.

(f)     In accordance with C.R.S. § 10-3-1004, order Unity to deposit cash or securities, or post a bond in an amount equal to the contributions made by Colorado residents for Unity healthcare plans.

(g)     Enjoin Defendants from denying and delaying payment for legitimate health care claims;

(h)     Order Defendants to (i) rescind the unauthorized health insurance plans and refund all premiums improperly received from members of the proposed class, including interest; or, at the option of any class member (ii) reform the unauthorized health insurance plans to comply with the minimum mandatory benefits required under the relevant state insurance code and federal law, permit class members to submit claims for medical services, costs and other expenses that would have been covered;

(i)     Enter judgment for damages caused by Defendants' unfair and/or deceptive acts;

(j)     Order an award of treble damages for each violation of the Colorado Consumer Protection Act;

(k)     Enter judgment in favor of Plaintiffs and the class on their breach of fiduciary duty claims, order Defendants Aliera and Unity to disgorge all sums received in violation of their fiduciary duty from Unity members, and impose a constructive trust for the benefit of the class on all the amounts disgorged, and order Defendants Aliera and Trinity to disgorge all sums received in violation of their fiduciary duty from Trinity members, and impose a constructive trust for the benefit of the class on all the amounts disgorged;

(l)     Order restitution of all contributions Aliera unjustly retained;

(m)     Order payment of reasonable attorneys' fees; and

(n)     Grant such other relief as this Court may deem just, equitable and proper.

## JURY DEMAND

**PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

DATED:  June 19, 2020.

            s/ Victoria E. Lovato
Victoria E. Lovato, Atty. Reg. # 31700
MICHAEL BEST & FRIEDRICH LLP
1776 Lincoln Street, Suite 1100
Denver, CO 80203
Tel. (720) 240-9515
Email:  velovato@michaelbest.com

    s/ Patrick Bernal
_____

Patrick Bernal, Atty. Reg. #52956
MICHAEL BEST & FRIEDRICH LLP
8300 Arista Place, Suite 300
Broomfield, CO 80021
Tel. (303) 800-1580 / Fax (855) 732-0199
Email: pjbernal@michaelbest.com

Richard E. Spoonemore
Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: rick@sylaw.com
Email: ele@sylaw.com
(*Pro hac vice* admission to be requested)

Michael David Myers
MYERS & COMPANY PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188
Email: mmyers@myers-company.com
(*Pro hac vice* admission to be requested)

*Attorneys for Plaintiffs*

Plaintiffs' Addresses:
Rebecca Smith, 1780 Shallot Circle, Boulder, CO 80026
Ellen Larson, 5084 Balsam St., Colorado Springs, CO 80923
Justine Lund, 2812 Tallgrass Lane, Berthoud, CO 80513-2696
Jaime and Jared Beard, 5167 Morningside Way, Parker, CO 80134

## Local Rule 121 § 1-26(7) Certification

    Pursuant to Local Rule 121 § 1-26(7), a printable copy of this E-filed document is maintained by the filing parties at the law offices of Michael, Best & Friedrich, LLP in Denver, Colorado, and is available for inspection by other parties or the Court upon request.

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 1



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 06/12/2019 04:53 PM
ID Number: 20191485981

Document number: 20191485981
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE ONLY

### Statement of Foreign Entity Authority
filed pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, the entity name, and the true name, if different, are

Entity ID number
20191485981
*(Colorado Secretary of State ID number)*

Entity name
Trinity HealthShare, Inc.

True name
(if different from the entity name)

2. The form of entity and the jurisdiction under the law of which the entity is formed are

Form of entity
Foreign Nonprofit Corporation

Jurisdiction
Delaware

3. The principal office address of the entity's principal office is

Street address
5901 Peachtree-Dunwoody Rd.
*(Street number and name)*
Suite C160

Atlanta
*(City)*
CO
*(State)*
30342
*(ZIP/Postal Code)*
United States
*(Province – if applicable)*
*(Country)*

Mailing address
(**leave blank** if same as street address)
*(Street number and name or Post Office Box information)*

*(City)*
*(State)*
*(ZIP/Postal Code)*

*(Province – if applicable)*
*(Country)*

4. The registered agent name and registered agent address of the entity's registered agent are

Name
(if an individual)
*(Last)*
*(First)*
*(Middle)*
*(Suffix)*

or

(if an entity)
Corporation Service Company

*(Caution: Do not provide both an individual and an entity name.)*

AUTHORITY

Page 1 of 3

Rev. 12/01/2011

Street address          1900 W. Littleton Boulevard
                        _____
                                (Street number and name)

Littleton                              CO      80120
_____
        (City)                      (State)    (ZIP Code)

Mailing address
(**leave blank** if same as street address)  _____
                                (Street number and name or Post Office Box information)

_____
                                       CO
        (City)                      (State)    (ZIP Code)

*(The following statement is adopted by marking the box.)*
  ☒ The person appointed as registered agent above has consented to being so appointed.

5. The date the entity commenced or expects to commence transacting business or conducting activities in Colorado is 08/13/2018 _____.
                             *(mm/dd/yyyy)*

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
  ☐ This document contains additional information as provided by law.

7. **(Caution:** *Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

  *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
  The delayed effective date and, if applicable, time of this document is/are _____
                                            *(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

      Thead                    William
      _____
           *(Last)*            *(First)*        *(Middle)*      *(Suffix)*
      5901 Peachtree-Dunwoody Rd.
      _____
      *(Street number and name or Post Office Box information)*
      Suite C160
      _____

      Atlanta                   GA     30342
      _____
        *(City)*          *(State)*    *(ZIP/Postal Code)*
                           United States
      _____
      *(Province – if applicable)*    *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
  ☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.   While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 2



## 2018-2019 MEMBER GUIDE





# ALIERACARE™
## VALUE | PLUS | PREMIUM



### INDIVIDUAL & FAMILY



990 Hammond Drive, Suite 700
Atlanta, GA 30328
**Toll-Free 844-834-3456**
**www.alierahealthcare.com**

AlieraCare Plans are NOT Insurance.



AlieraCare Plans are NOT Insurance.

# CONTENTS

**Member Guide**................................................................ 2

   Welcome.................................................................. 2

     Member Portal ..................................................... 2

     Contact Information ............................................ 2

     Plan Services & Membership at a Glance .................... 4

     Getting Started .................................................. 6

**Part I:**
**How to Use Your Membership**............................................. 9

   Preventive Care ................................................. 10

   Urgent Care ......................................................11

   Primary Care .....................................................12

   Specialty Care ...................................................13

   Hospitalization ...................................................13

**Part II:**
**How Your Healthcare Cost-Sharing Ministry**
**(HCSM) Works** ...................................................................14

     Membership Qualifications...................................15

      Statement of Beliefs.......................................18

     Definition of Terms.............................................19

     Contributors' Instructions and Conditions....................21

**Part III:**
**Your Summary of Cost-Sharing, Eligible Needs,**
**& Limits** ...........................................................................22

     Limits of Sharing.............................................. 26

   Medical Expenses Not Generally Shared By HCSM ........ 27

   Pre-Authorization Required............................................. 29

   Dispute Resolution and Appeal........................................ 30

   Appendix A: Plan Details Value Plan ............................ 32

   Appendix A: Plan Details Plus Plan ............................. 33

   Appendix A: Plan Details Premium Plan......................... 34

   Appendix A: Plan Details Value, Plus, and Premium....... 35

   Appendix B: Terms, Conditions,
   & Special Considerations............................................... 36

     Abbreviations ................................................. 37

   Appendix C: Legal Notices............................................... 38

# MEMBER GUIDE

## WELCOME

Welcome to Aliera Healthcare, Inc. | Trinity HealthShare. Thank you for becoming a member. We are committed to providing you and your family with unparalleled service and care at an affordable cost, and we pledge to keep our focus on what's most important – your overall health and wellness.

Please take a few minutes to review the information in this guide. The more informed you are, the easier it will be to get the care you need when you need it the most. Your membership card(s) and this booklet provide important information about your Plan, as well as the steps you need to take to access healthcare at one of the thousands of participating network provider locations. Your welcome information, Member Portal access and temporary member cards are contained in your Welcome Email; please print it and save a copy for reference.

If you have any questions about your Plan, activating your Membership Card, setting up your telemedicine account, Rx discount program, or accessing a healthcare provider, please contact a Member Care Specialist for assistance, **Monday through Friday, 8 a.m. to 8 p.m. ET at (844) 834-3456.**

## Member Portal

Username and password credentials are needed to enter the Member's portal to update payment or personal information. Visit www.alierahealthcare.com and click the Member Login tab. Your user name and password are on the Welcome Email sent at the time of initial enrollment. Member Services can send you a copy of this email following confirmation of identity.

## Contact Information

For general information, account management, monthly contribution, or medical needs, please contact us:

| | |
|---|---|
| **Phone:** | 844-834-3456 |
| **Fax:** | 404-937-6557 |
| **Email:** | memberservices@alierahealthcare.com or memberservices@trinityhealthshare.org |
| **Online:** | www.alierahealthcare.com or www.trinityhealthshare.org |
| **Mail:** | 990 Hammond Drive, Suite 700 Atlanta, GA  30328 |

## Disclaimer

AlieraCare offering by Trinity HealthShare, through Aliera Healthcare, Inc., is a faith-based medical needs sharing membership. Medical needs are only shared by the members according to the membership guidelines. Our members agree to the Statement of Beliefs and voluntarily submit monthly contributions into a cost-sharing account with Trinity HealthShare, acting as a neutral clearing house between members. Organizations like ours have been operating successfully for years. We are including the following caveat for all to consider:

This publication or membership is not issued by an insurance company, nor is it offered through an insurance company. This publication or the membership does not guarantee or promise that your eligible medical needs will be shared by the membership. This publication or the membership should never be considered as a substitute for an insurance policy. If the publication or the membership is unable to share in all or part of your eligible medical needs, or whether or not this membership continues to operate, you will remain financially liable for any and all unpaid medical needs.

This is not a legally binding agreement to reimburse any member for medical needs a member may incur, but is instead, an opportunity for members to care for one another in a time of need, to present their medical needs to other members as outlined in the membership guidelines. The financial assistance members receive will come from other members' monthly contributions that are placed in a sharing account, not from Trinity HealthShare.

## PLAN SERVICES & MEMBERSHIP AT A GLANCE

Aliera Healthcare services in conjunction with Trinity HealthShare cost-sharing creates a full range of services and offerings, each part summarized below:

### Preventive Care

As part of our solution, the Plans cover medical services recommended by the USPSTF and outlined in the ACA for preventive care. There is zero out of pocket expense and zero obligation to reach the Member Shared Responsibility Amount (MSRA) for any scheduled preventive care service or routine in-network check-up, pap smear, flu shot and more. It's easier to stay healthy with regular preventive care.

### Episodic Primary Care

Primary care is at the core of an Aliera plan, and we consider it a key step in living a healthier lifestyle. Our model is based on an innovative approach to care that is truly patient-centered, combining excellent service with a modern approach. This includes medical care needs such as primary care, office visits, sick care, and the general care of a member's day to day medical needs.

### Chronic Maintenance

With AlieraCare Premium, members are eligible to receive chronic care management from their primary care physician for conditions such as diabetes, asthma, blood pressure, cardiac conditions, etc.

### Labs & Diagnostics

Labs at in-network facilities are included.

### Telemedicine

With full 24/7 365-day access to a board-certified physician, it has never been simpler to stay healthy. You can contact them easily by phone or via video chat. If it's something minor such as a sinus infection, poison ivy or pink eye they can even send a prescription right over to your pharmacist.

### Urgent Care

For those medical situations that can't wait or are more complex than primary care services, AlieraCare plans offer access to Urgent Care facilities at hundreds of medical centers throughout the United States.

## PLAN SERVICES & MEMBERSHIP AT A GLANCE

### Membership

Trinity HealthShare is a health care sharing ministry (HCSM) which acts as an organizational clearing house to administer sharing contributions across qualifying members healthcare needs. The AlieraCare membership is NOT health insurance. The membership is based on a religious tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. Because Trinity HealthShare is a religious organization, members are required to agree with the organizations Statement of Beliefs; see Part II of this guide for the full description and membership details.

### Specialty Care

For most everyday medical conditions, your PCP is your one-stop medical shop. However, there are cases when it's time to see a specialist who's had additional education and been board certified for that specialty. For situations like these, the AlieraCare Premium plans provides specialty care offerings after the members shared responsibility has been met (MSRA). A member will need to receive a PCP referral to see a specialist for treatment or consultation outside of their scope of knowledge.

### Hospitalization

Hospitalization is eligible, once the Member Shared Responsibility Amount has been met, under all the individual plans.

### Surgery

Both in-patient and out-patient procedures are eligible, once the Member Shared Responsibility Amount has been met, under all individual plans.

### Emergency Room

An emergency is defined as treatment that must be rendered to the patient immediately for the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death. Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.



4

5

# GETTING STARTED

## What does it mean?

Many of the terms used in describing health cost-sharing ma be unfamiliar to those new to the programs and plans provic by Aliera and Trinity. Please refer to the Definition of Terms section for a quick and easy understanding of terms used in this guide and other plan documents.

1. **Activate Your Membership**

   On or after your effective date, visit www.alierahealthcar com to securely enter your information. Click the Actival tab on the navigation bar and follow the instructions. **If you require assistance, contact a Member Care Specialist toll-free at (844) 834-3456 or email memberservices@alierahealthcare.com.**



2. **Set Up Your Telemedicine Account**

   Follow the steps below to set up your telemedicine account. If you have not activated your Membership Card, or if your Membership fees are not paid up to date, you are not eligible to set up your telemedicine account.

   • Set up your account (Primary Member)
     Visit www.firstcalltelemed.com, Click "Set up account." Follow the online instructions and provide the required information, including your medical history.

6

# GETTING STARTED



• Set up minor dependents (17 years or younger)
  Log in to your account and click "My Family" on the top menu. Follow the online instructions to provide the necessary information and complete your dependent's medical history.

• Set up adult dependents (18 – 26 years)
  Adult dependents must set up their own account. Visit the website and click "Set up account." Follow the online instructions to provide the required information and to complete your medical history.

3. **Set Up your Prescription Discount Account**

   Follow the steps below to set up your prescription discount account. If you have not activated your Membership Card, or if your Membership fees are not paid up to date, you are not eligible to set up your prescription discount account.

Please go to www.myrxvalet.com/memberlogin.php

1. Enter your Member ID that is located on your Aliera Healthcare ID card

2. For your Group ID type in Aliera

3. Complete your profile for yourself and any dependents

After registration is complete, you will receive an email with instructions and a video on how to use Rx Valet for home delivery and at your local pharmacy.

7

## GETTING STARTED

**Please download the Rx Valet APP on your smartphone at your convenience.**

If you are experiencing an urgent situation and don't have time to set up your account, you can hand your Aliera card to the pharmacist to receive your medication. The discount will not be as great, so please set up your account when you have time.

**Home Delivery Prescription Information:**

- Home Delivery orders are fulfilled exclusively through Advanced Pharmacy, LLC. To save time, have your physician send your prescription directly to Advanced Pharmacy electronically.
- Alternatively, they can also transfer your existing prescriptions from another pharmacy to fulfill your order. Please call their live Customer Care Team at 1-855-798-2538 and provide the medication details, pharmacy name, and pharmacy telephone number.
- Electronic prescriptions should be sent to **Advanced Pharmacy, LLC located at 350-D Feaster Road Greenville, SC 29615.**

Phone: 855-240-9368      Fax: 888-415-7906
NPI: 1174830475            NCPDP: 4229971

4.  **Review Your Offerings**
    This guide contains the information you need to understand each offering available with your Plan. Keep your Member Card with you at all times; the contact number for your telemedicine provider is printed on your card. It is highly encouraged to contact your telemedicine provider before seeking medical attention.

8

## PART I

## How to Use Your Membership

### The Telemedicine Program

More than 80% of primary medical conditions can be resolved by your telemedicine provider. It is always encouraged that members contact their telemedicine provider first for quick, convenient medical assistance. The contact information for your telemedicine provider is found on your member card. Instructions are also found on the back of your Welcome Letter, as well as on our web site, under Member Resources.

### Offerings of the Telemedicine Program

- At home, at work, or while traveling in the US, speak to a telemedicine doctor from anywhere, anytime, on the go.
- 24/7 access to a doctor via face-to-face internet consultation or by phone is available for you and dependents on your Plan.
- Speak with the next available doctor or schedule an appointment for a more convenient time.
- Telemedicine doctors typically respond within 15 minutes of your call.
- Save time and money by avoiding expensive emergency room visits, waiting for an appointment, or driving to a local facility.
- Telemedicine consultations are free for you and dependents on your Plan.
- Telemedicine providers can treat conditions such as:
  - ▷ Cold and flu symptoms
  - ▷ Bronchitis
  - ▷ Allergies
  - ▷ Poison ivy
  - ▷ Pink eye
  - ▷ Urinary tract infections
  - ▷ Respiratory infections
  - ▷ Sinus problems
  - ▷ Ear infections, and more

Antibiotics are not always the answer to treat a medical condition. Doctors may choose not to prescribe antibiotics for viral illnesses such as common colds, sore throats, coughs, sinus infections, and the flu.

If the telemedicine doctor recommends that you see your PCP or visit an urgent care facility, contact Aliera's Concierge Service, and a member care specialist will be happy to assist you with scheduling an appointment.

9

# PREVENTIVE CARE

It's easier to stay healthy when you have regular preventive care. Members have no out-of-pocket expenses for preventive services, which include, but are not limited to, routine in-network checkups, pap smears, flu shots and more.

## How to Use Preventive Care Services

1. Download the Preventive Healthcare Guidebook from the link found in your Welcome email or visit us online at www.alierahealthcare.com or www.trinityhealthshare.org

2. Members do not need to call their telemedicine provider to schedule preventive care.

3. Upon arrival at a PCP, please present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not share the costs of the provider.

4. Preventive health services must be appropriate for the eligible person and follow the guidelines below:

   A) In general – those of the U.S. Preventive Services Task Force that have an A or B rating.

   B) For immunizations – those of the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

   C) For preventive care and screenings for children and adolescents – those of the Health Resources and Services Administration.

   D) For preventive care and screenings for women – those of the Health Resources and Services Administration that are not included in section (A) of the U.S. Preventive Services Task Force schedule.

## Labs and Diagnostics

Aliera and Trinity Members have access to lab work in the convenience of their in-network provider's office or at any lab location nationwide.

# URGENT CARE

Your membership raises the standard of healthcare available to you by putting individuals first, treating them with clinical excellence, and focusing on their well-being. Members can access services from hundreds of Urgent Care network facilities throughout the United States.

▶ Plans vary, and can provide up to two (2) visits, where consult fee may apply.

▶ See Appendix for your specific plan details.

▶ X-rays are included, and subject to $25 per read fee at an Urgent Care facility.

## How to Use the Urgent Care Service

1. Call 911 if your emergency is life threatening; otherwise, please contact your telemedicine provider first via telephone or a scheduled face-to-face internet conference. Your provider will determine if your medical condition can be resolved without visiting a local Urgent Care facility.

2. If your medical issue cannot be resolved after your free consultation with a telemedicine doctor, visit the closest in-network Urgent Care facility.

3. Upon arrival at an Urgent Care facility, present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.

4. At time of service, payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays if needed may be due. Costs may be higher depending on your state and provider.

## If Urgent Care Services are Unavailable

If an in-network Urgent Care facility is unavailable to a Member requiring immediate Urgent Care, please adhere to the following procedure:

1. Visit www.alierahealthcare.com. Click "Network" to find the nearest Urgent Care facility under MultiPlan.

2. If the nearest in-network facility is more than 20 miles away from the Member, is closed (after 6:00 p.m.), or is no longer in business, the Member should seek out the nearest Urgent Care facility or hospital emergency room to receive urgent medical attention.

3. AlieraCare products are not health insurance plans and Aliera nor Trinity are responsible for payment to out-of-network Urgent Care or hospital emergency room facilities. The Member is solely responsible for such Urgent Care medical payments. Aliera and or Trinity maintain an allotment fund designed to provide a Member with supplemental payment assistance (ex gratia) in the amount of $105.00 to offset the cost incurred at an out-of-network Urgent Care or Hospital Emergency Room facility. This monetary assistance is limited to one visit per year, per Member. Payment is made directly to the Member after confirmation of submitted proof of Urgent Care necessity and unavailability of an in-network provider.

## PRIMARY CARE

### Primary Care For Sick Care

In addition to our Urgent Care services, many of our plans offer Members under the age of 65 episodic primary care or sick care.

- ▶ Plans with annual PCP visits include one (1), three (3), or five (5) visits, each with consult fee ranging from $20 to $40 in certain markets.
- ▶ For convenience, some clinics are open evenings and weekends.

### How to Use Primary Care Service for Sick Care

1. Contact your telemedicine provider to speak with a U.S. board-certified doctor via telephone or a scheduled face-to-face internet conference.
2. The telemedicine doctor may be able to resolve your medical issue and prescribe medication if needed. More than 80% of primary medical conditions can be resolved by your telemedicine provider.
3. If your medical issue cannot be resolved after no fee consultation with the telemedicine doctor, visit the closest in-network Primary Care facility.
4. Upon arrival at a clinic, present your Membership Card and one photo ID. The front desk admin will check your eligibility status before you can see a provider. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.
5. At the time of service, a payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays if needed. Costs may be higher depending on your state and provider.

## SPECIALTY CARE

### Specialty Care

AlieraCare Premium members are required to obtain referrals to visit a specialist, except for women in need of gynecological care for routine medical needs. Specialty visits have a consult fee of $75 and the member has full responsibility of the bill until their Member Shared Responsibility Amount (MSRA) has been met. After MSRA is met, Specialty visits only have the cost of the $75 consult fee.

### Hospitalization

Your hospitalization cost-sharing is provided to you in an effort to alleviate the stress and strain during times of crisis or medical needs.

1. Members are required to pre-authorize all hospitalization services and visits unless it is an obvious medical emergency. Please see pre-authorization section for instructions.
2. The member will be responsible for first reaching their MSRA before any cost-sharing will be available. Once the MSRA has been reached in full, the sharing will then be reimbursed directly back to the providers and hospital facilities.
3. Several plans allow for fixed cost-sharing in the emergency room. Please see Appendix A for your exact plan details.

### PPO Network

With a growing nationwide PPO network of more than 1,000,000 healthcare professionals and more than 6,000 facilities, Multiplan PHCS network offers Plan Members a range of quality choices to help them stay healthy.

- ▶ Search for providers by distance, cost efficiency, and specialty.

### Find a Network Healthcare Professional

- ▶ Visit www.alierahealthcare.com
- ▶ Hover over the Member Resources tab
- ▶ Click Provider Network
- ▶ Click on the Medical Provider logo associated with your plan.
- ▶ Search for a provider by Zip Code, City, County, State, or other search criteria.

Call Aliera Healthcare at (844) 834-3456
OR
Trinity HealthShare at (844) 763-5338.

Select the Provider Coordination Department and a care coordinator will help you navigate the healthcare process effectively and efficiently.

**PART II**

**MEMBERSHIP QUALIFICATIONS**

## How Your Healthcare Cost-Sharing Ministry (HCSM) Works

### Membership Overview

Trinity HealthShare is a clearing house that administers voluntary sharing of healthcare needs for qualifying members. The membership is based on a tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. The Trinity HealthShare membership is not health insurance.

### Guidelines Purpose and Use

The HCSM guidelines are provided as an outline for eligible needs in which contributions are shared in accordance with the membership's clearing house instructions. They are not for the purpose of describing to potential contributors the amount that will be shared on their behalf and do not create a legally enforceable right on the part of any contributor. Neither these guidelines nor any other arrangement between contributors and Trinity HealthShare creates any rights for any contributor as a reciprocal beneficiary, as a third-party beneficiary, or otherwise.

The edition of the guidelines in effect, on the date of medical services, supersedes all previous editions of the guidelines and any other communication, written or verbal. With written notice to the general membership, the guidelines may change at any time based on the preferences of the membership and on the decisions, recommendations, and approval of the Board of Trustees.

An exception to a specific provision only modifies that provision and does not supersede or void any other provisions.

### Individuals Helping Individuals

Contributors participating in the membership help individuals with their medical needs. Trinity HealthShare facilitates in this assistance and acts as an independent and neutral clearing house, dispersing monthly contributions as described in the membership instructions and guidelines.

To become and remain a member of Trinity HealthShare, a person must meet the following criteria:

**Religious Beliefs and Standards.** The person must have a belief of helping others and/or maintaining a healthy lifestyle as outlined in the Statement of Beliefs contained in the membership application. If at any time during participation in the membership, the individual is not honoring the Statement of Beliefs, they will be subject to removal from participating in the membership.

**Medical History.** The person must meet the criteria to be qualified for a membership on his/her application date, based on the criteria set forth in this guidebook and the membership application.

If, at any time, it is discovered that a member did not submit a complete and accurate medical history on the membership application, the criteria set forth in the Membership Eligibility Manual on his/her application date will be applied, and could result in either a retroactive membership limitation or a retroactive denial to his/her effective date of membership.

Members may apply to have a membership limitation removed by providing medical evidence that they qualify for such removal according to the criteria set forth in the Membership Eligibility Manual. Membership limitations and denials can be applied retroactively but cannot be removed retroactively.

**Application, Acceptance, and Effective Date.** A person must submit a membership application and be accepted into the membership by meeting the criteria of the Member Eligibility Manual. The membership begins on a date specified by Trinity HealthShare in writing to the member.

**Dependent(s).** A dependent may participate under a combined membership with the head of household.

A dependent wishes to continue participating in the membership but no longer qualifies under a combined membership must apply and qualify for a membership based on the criteria set forth in the Membership Eligibility Manual.

Under a combined membership, the head of household is responsible for ensuring that everyone participating under the combined membership meets and complies with the Statement of Beliefs and all guideline provisions.

**Financial Participation.** Monthly contributions are requested to be received by the 1st or 15th of each month depending on the member's effective date. If the monthly contribution is not received within 5 days of the due date, an administrative fee may be assessed to track, receive, and post the monthly contribution. If the monthly contribution is not received by the end of the month, a membership will become inactive as of the last day of the month in which a monthly contribution was received.

Any member who has a membership that has become inactive will be able to reapply for membership under the terms outlined to them in writing by Trinity HealthShare. A member will not be able to reapply for membership if their account has been made inactive a total of three times.

Needs occurring after a member's inactive date and before they reapply are not eligible for sharing.

**When Available Shares are less than Eligible Needs.** In any given month, the available suggested share amounts may or may not meet the eligible needs submitted for sharing. If a member's eligible bills exceed the available shares to meet those needs, the following actions may be taken:

1. A pro-rata sharing of eligible needs may be initiated, whereby the members share a percentage of eligible medical bills within that month and hold back the balance of those needs to be shared the following month.

2. If the suggested share amount is not adequate to meet the eligible needs submitted for sharing over a 60-day period, then the suggested share amount may be increased in sufficient proportion to satisfy the eligible needs. This action may be undertaken temporarily or on an ongoing basis.

**Other Criteria.** Children under the age of 18 may not qualify for their own membership. Non-U.S. citizens may qualify for membership as determined by Trinity HealthShare on a case-by-case basis.

### Monthly Contributions

Monthly contributions are voluntary contributions or gifts that are non-refundable. As a non-insurance membership, neither Trinity HealthShare nor the membership are liable for any part of an individual's medical need. All contributors are responsible for their own medical needs. Although monthly contributions are voluntary contributions or gifts, there are administrative costs associated with monitoring the receipt and disbursement of such contributions or gifts. Therefore, declined credit cards, returned ACH payments, or any contribution received after the members reoccurring active date may incur an administrative fee.

### Important Information About Plan Changes:

Members wishing to change to a membership type other than that which they are currently participating may, at the discretion of Trinity HealthShare, be required to submit a new signed and dated membership application for review. Membership type changes can only become effective on the first of the month after the new membership application has been approved.

1. When switching from one annual product category to another (i.e. AlieraCare to Trinity HealthShare's CarePlus Advantage) your plan will be reset as if it is a new enrollment. This rule does not apply when transitioning from an InterimCare plan.

2. You are allowed two plan changes per membership year. The first is free of cost, the second will incur the application fee of the desired product.

Contributors wishing to discontinue participation in the membership must submit the request in writing by the 20th day of the month before which the contributions will cease. The request should contain the reason why the contributor is discontinuing participation in the membership. Should the contributor fail to follow these guidelines as they pertain to discontinuing their participation in the membership and later wish to reinstate their membership, unsubmitted contributions from the prior participation must be submitted with a new application.

**A member is not eligible for cost-sharing when a member:**

A) Receives care within the first 60 days of the plan and cancels membership within 30 days of receiving medical care, except within the last 90 days of the membership term.

B) Receives or requires surgery within the first 60 days of becoming a member except in the case of an accident.

### Early Voluntary Termination

Members of the Trinity HealthShare may terminate their membership at any time, with 30 days prior notice. Trinity HealthShare plans are not a substitute for "short term medical plans." Medical expenses incurred during the term of the membership and followed by early voluntary termination within 90 days of incurring medical expenses, will be reviewed and may not be eligible for cost-sharing, where the early termination was not as a direct result of affordability issues with the health sharing program.

## MEMBERSHIP QUALIFICATIONS

### Statement of Beliefs

At the core of what we do, and how we relate to and engage with one another as a community of people, is a set of common beliefs. Our Statement of Shared Beliefs is as follows:

1. We believe that our personal rights and liberties originate from God and are bestowed on us by God.
2. We believe every individual has a fundamental religious right to worship God in his or her own way.
3. We believe it is our moral and ethical obligation to assist our fellow man when they are in need per our available resources and opportunity.
4. We believe it is our spiritual duty to God and our ethical duty to others to maintain a healthy lifestyle and avoid foods, behaviors, or habits that produce sickness or disease to ourselves or others.
5. We believe it is our fundamental right of conscience to direct our own healthcare in consultation with physicians, family, or other valued advisors.

## DEFINITION OF TERMS

Terms used throughout the Member Guide and other documents are defined as follows:

**Affiliated Practitioner.** Medical care professionals or facilities that are under contract with a network of providers with whom Trinity HealthShare works. Affiliated providers are those that participate in the PHCS network. A list of providers can be found at http://www.multiplan.com.

**Application Date.** The date Trinity HealthShare receives a complete membership application.

**Combined Membership.** Two or more family members residing in the same household.

**Contributor.** Person named as head of household under the membership.

**Dependent.** The head of household's spouse or unmarried child(ren), under the age of 20 or 26 if a full-time student, who are the head of household's dependent by birth, legal adoption, or marriage who is participating under the same combined membership.

**Eligible.** Medical needs that qualify for voluntary sharing of contributions from escrowed funds, subject to the sharing limits.

**Escrow Instructions.** Instructions contained on the membership application outlining the order in which voluntary monthly contributions may be shared by Trinity HealthShare

**Guidelines.** Provided as an outline for eligible medical needs in which contributions are shared in accordance with the membership's escrow instructions.

**Head of Household.** Contributor participating by himself for herself; or the husband or father that participates in the membership; or the wife or mother that participates in the membership. The Head of Household is the oldest member on the plan.

**Licensed Medical Physician.** An individual engaged in providing medical care and who has received state license approval as a practicing Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.).

**Medically Necessary.** A service, procedure, or medication necessary to restore or maintain physical function and is provided in the most cost-effective setting consistent with the member's condition. Services or care administered as a precaution against an illness or condition or for the convenience of any party are not medically necessary. The fact that a provider may prescribe, administer, or recommend services or care does not make it medically necessary, even if it is not listed as a membership limitation or an ineligible need in these guidelines. To help determine medical necessity, Trinity HealthShare may request the member's medical

18

19

## DEFINITION OF TERMS

records and may require a second opinion from an affiliated provider.

**Member(s).** A person(s) who qualifies to receive voluntary sharing of contributions for eligible medical needs per the membership clearing house instructions, guidelines, and membership type.

**Member Shared Responsibility Amounts (MSRA).** The amounts of an eligible need that do not qualify for sharing because the member is responsible for those amounts.

**Membership.** All members of Trinity HealthShare.

**Membership Eligibility Manual.** The reference materials that contain the criteria used to determine if a potential member is eligible for participation in the membership and if any membership limitations apply.

**Membership Type.** HCSM sharing options are available with different member shared responsibility amounts (MSRA) and sharing limits as selected in writing on the membership application and approved by Trinity HealthShare.

**Monthly Contributions.** Monetary contributions, excluding the annual membership fee, voluntarily given to Trinity HealthShare to hold as an escrow agent and to disburse according to the membership escrow instructions.

**Need(s).** Charges or expenses for medical services from a licensed medical practitioner or facility arising from an illness or accident for a single member.

**Non-affiliated Practitioner.** Medical care professionals or facilities that are not participating within our current network.

**Pre-existing Condition.** Any illness or accident for which a person has been diagnosed, received medical treatment, been examined, taken medication, or had symptoms within 24 months prior to the effective date. Symptoms include but are not limited to the following: abnormal discharge or bleeding; abnormal growth/break; cut or tear; discoloration; deformity; full or partial body function loss; obvious damage, illness, or abnormality; impaired breathing; impaired motion; inflammation or swelling; itching; numbness; pain that interferes with normal use; unexplained or unplanned weight gain or loss exceeding 25% of the total body weight occurring within a six-month period; fainting, loss of consciousness, or seizure; abnormal results from a test administered by a medical practitioner.

**Usual, Customary and Reasonable (UCR).** The lesser of the actual charge or the charge most other providers would make for those or comparable services or supplies, as determined by Trinity HealthShare.

## CONTRIBUTORS' INSTRUCTIONS AND CONDITIONS

By submitting monthly contributions, the contributors instruct Trinity HealthShare to share clearing house funds in accordance with the membership instructions. Since Trinity HealthShare has nothing to gain or lose financially by determining if a need is eligible or not, the contributor designates Trinity HealthShare as the final authority for the interpretation of these guidelines. By participation in the membership, the member accepts these conditions.

**PART III**

**YOUR SUMMARY OF COST-SHARING, ELIGIBLE NEEDS, & LIMITS**

## Your Summary of Cost-Sharing, Eligible Needs, & Limits

### Eligible Medical Expenses*

Medical Expenses Eligible for Sharing. Medical costs are shared on a per person per incident basis for illnesses or injuries incurring medical expenses after the membership effective date when medically necessary and provided by or under the direction of licensed physicians, osteopaths, urgent care facilities, clinics, emergency rooms, or hospitals (inpatient and outpatient), or other approved providers. Unless otherwise limited or excluded by these Guidelines, medical expenses eligible for sharing include, but are not limited to, physician and hospital services, emergency medical care, surgical procedures, medical testing, x-rays, ambulance transportation, and prescriptions.

*See the Appendix for other limits and conditions of sharing by plan*

1. **Allergy Office Visits and Testing**
2. **Anesthesiologist Services**
3. **Ambulance.** Emergency land or air ambulance transportation to the nearest medical facility capable of providing the medically necessary care to avoid seriously jeopardizing the sharing member's life or health. Air transportation is limited to $10,000.
4. **Cancer.** Cancer sharing eligibility is different based on plan option chosen. AlieraCare plans have a 12 month wait period for cancer. Sharing is available the 1st day of the 13 month of continuous membership. Any pre-existing or recurring cancer condition is not eligible for sharing. Cancer sharing will not be available for individuals who have cancer at the time of or five (5) years prior to application. If cancer existed outside of the 5-year time frame of a pre-existing look-back, the following must be met in the five (5) years prior to application, to be eligible for future, non-recurring cancer incidents.

   1. The condition had not been treated nor was future treatment prescribed/planned;
   2. The condition had not produced harmful symptoms (only benign symptoms); 3. The condition had not deteriorated. Cancer is limited to a maximum per term of $500,000 when applicable.

5. **Chemotherapy.** Subject to cancer limitations.
6. **Radiation Therapy.** Subject to cancer limitations.

7. **Chronic Maintenance.** Chronic maintenance is eligible when a member has chosen a plan with chronic maintenance specifically included and a listing of the maximum number of allowable visits. See 'Appendix A' attached hereto.
8. **Cardiac Rehabilitation.** Eligible after MSRA
9. **Competitive Sports.** Plan holders who participate in organized and/or sanctioned competitive sports are eligible for $5,000 (max) of sharing per incident in an emergency room, subject to the member-shared responsibility amount.
10. **Emergency Room.** Emergency room services for stabilization or initiation of treatment of a medical emergency condition provided on an outpatient basis at a hospital, clinic, or Urgent Care facility, including when hospital admission occurs within twenty-three (23) hours of emergency room treatment.
11. **Eye Care.** Limited to medical necessity and accident only. Excludes cosmetic, frames, lenses, contacts, extensive eye exams and subject to pre-existing limitations.
12. **Hospitalization.** Hospital charges for inpatient or outpatient hospital treatment or surgery for a medically diagnosed condition.
13. **Labs & Diagnostics.** The membership includes over 180 different lab tests, at any lab facility, to ensure the member gets the medical care they need.
14. **Maternity.** Maternity medical expenses are only eligible for sharing in the Premium AlieraCare Plan, which offers sharing for medical expenses rendered for a natural delivery up to $5,000. Medical expenses for maternity ending in a delivery by emergency cesarean section that are medically necessary, are eligible for sharing up to $8,000 subject to the applicable Member Shared Responsibility Amount. Medical expenses for a newborn arising from complications at the time of delivery, including, but not limited to, premature birth, are treated as a separate incident and limited to $50,000 of eligible sharing, subject to the Member Shared Responsibility Amount. See the Appendix for specific sharing inclusions and limits for your plan choice.
15. **Mental Health.** Plan holders are eligible for $2,500 (max) for Psychotherapy office visits and $1,000 (max) at out-patient facilities. Excludes in-patient and residential settings.
16. **Occupational Therapy.** Up to six (6) visits per membership year for occupational therapy.

22

23

## YOUR SUMMARY OF COST-SHARING, ELIGIBLE NEEDS, & LIMITS

17. **Organ Transplant Limit.** Eligible needs requiring organ transplant may be shared up to a maximum of $150,000 per member. This includes all costs in conjunction with the actual transplant procedure. Needs requiring multiple organ transplants will be considered on a case-by-case basis.

18. **Physical Therapy.** Up to six (6) visits per membership year for physical therapy by a licensed physical therapist.

19. **Prescription Drugs.** The AlieraCare plan includes a service by RX Valet, which includes discounts for prescription drugs. See Appendix for details.

20. **Preventive.** Most programs from either Trinity HealthShare or Aliera provide everyone with the necessities of the 63 Preventive Care services as outlined by the United States Preventive Task force. (Excludes CarePlus Advantage.) Preventive Care includes the PCP office visit and does not require a co-expense or consult fee.

21. **Primary Care.** Depending on your plan choice, primary care is at the core of preventing medical issues from escalating into a more catastrophic need. See Appendix for the specific plan details.

22. **Routine Hearing Exams.** At primary care (PCP) only.

23. **Sleep Disorders.** Overnight Sleep Testing Limit: All components of a polysomnogram must be completed in one session. A second overnight test will not be eligible for sharing under any circumstance. Overnight sleep testing must be medically necessary and will require pre-authorization. Allowed charges will not exceed the Usual, Customary, and Reasonable charges for the area.

24. **Smoking Cessation.** Members who have acknowledged they smoke and made an additional contribution are provided the opportunity to obtain free smoking cessation medication and counseling through the eligible preventive services.

25. **Specialty Care.** Specialty Care is included in the AlieraCare Premium plan. Specialty visits have a consult fee of $75 and the member has full responsibility of the bill until their Member Shared Responsibility Amount (MSRA) has been met. After MSRA is met, Specialty visits only have the cost of the $75 consult fee.

26. **Speech Therapy.** Up to six (6) visits per membership year. Only applicable after a stroke.

27. **Surgical Offerings.** Non-life-threatening surgical offerings are not available for the first 60 days of membership for Premium plans and all other plans require six (6) month wait period. Please verify eligibility by calling Members Services before receiving any surgical services.

28. **Telemedicine.** Telemedicine is included in all AlieraCare programs offered by Trinity HealthShare and Aliera Healthcare as your first line of defense. Your membership provides you and your family 24/7/365 access to a U.S. Board certified medical doctor.

29. **Urgent Care.** If your plan provides cost-sharing for Urgent Care, you will have the added offering of enjoying the ability to choose an Urgent Care facility in lieu of an emergency room. See the Appendix for any Urgent Care options and any limitations to plan.

30. **X-rays.** X-rays listed on your plan details in the Appendix are for imaging services at PCP or Urgent Care facilities only and requires a $25 read fee per view at time of service. Your MSRA will apply to all other x-rays. MRI, CT Scans and other diagnostics must be paid with your MSRA before cost-sharing is provided.

*Medical Expense Incident is any medically diagnosed condition receiving medical treatment and incurring medical expenses of the same diagnosis. All related medical bills of the same diagnosis comprise the same incident. Such expenses must be submitted for sharing in the manner and form specified by Trinity HealthShare. This may include, but not be limited to, standard industry billing forms (HCFA1500 and/or UB 92) and medical records. Members share these kinds of costs.

## LIMITS OF SHARING (MAXIMUM PAYABLE)

Total eligible needs shared from member contributions are limited as defined in this section and as further limited in writing to the individual member.

1. **Lifetime Limits.** $1,000,000: the maximum amount shared for eligible needs over the course of an individual member's lifetime.

2. **Per Incident.** The occurrence of one particular sickness, illness, or accident.

3. **Cancer Limits when applicable.** Cancer is limited to a maximum per term of $500,000 when applicable

4. **Member Shared Responsibility Amounts (MSRA).** The eligible amount that does not qualify for sharing based on the membership type chosen by the member.

5. **Office Visit/Urgent Care.** Office visits, in particular, primary and urgent, have certain limits and inclusions. Please refer to the Appendix for your specific plan.

6. **Non-Affiliated Practitioner.** Services rendered by a non-affiliated practitioner will not be eligible for sharing nor will any amount be applied to your MRSA unless specified differently in the plan details contained herein.

7. **Cost-Sharing for Pre-Existing Conditions.** Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24-month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.

**Other Resources.** Offerings available to the member from other sources such as insurance, VA, Tricare, private grants, or by a liable third party (primary, auto, home insurance, educational, etc.), will be considered the member's primary benefit source, and the member will be required to file medical claims with those providers first. If there are medical expenses that those sources do not pay, the member is authorized to submit the excess medical expenses for sharing, and the MSRA will be waived, up to the maximum MSRA as defined in the member's plan. The MSRA will only be waived if a third party source pays on the member's behalf. Sharing of monthly contributions for a need that is later paid, or found to payable by another source will automatically allow Trinity HealthShare full rights to recover the amounts that were shared with the member.

## MEDICAL EXPENSES NOT GENERALLY SHARED BY HCSM

Only needs incurred on or after the membership effective date are eligible for sharing under the membership instructions. The member (or the member's provider) must submit a request for sharing in the manner and format specified by Trinity HealthShare. This includes, but is not limited to, a Need Processing Form, standard industry billing forms (HCFA 1500 and/or most recent UB form), and may include medical records. All participating members have a responsibility to abide by the Members' Rights and Responsibilities published by Trinity HealthShare and are included at the end of these guidelines.

Needs arising from any one of the following are not eligible for sharing under the membership clearing house instructions:

1. Abortion Services
2. Acupuncture Services
3. Aqua Therapy
4. B12 Injections
5. Biofeedback
6. Birth Control (Female)
7. Birth Control (Male) Elective Sterilization
8. Birth Control (Male) Reversal of Sterilization
9. Cataract Contacts or Glasses
10. Chemical Face Peels
11. Chiropractic Services
12. Christian Science Practitioner
13. Cochlear Devices
14. Cosmetic Surgery
15. Cost-Sharing for Pre-existing Conditions. Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24-month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.
16. Custodial Care Services
17. Dental Services
18. Dermabrasion Services
19. Diabetic Insulin, Supplies, and Syringes
20. Doula
21. Durable Medical Equipment
22. Education Services
23. Exercise Equipment
24. Experimental Drugs
25. Experimental Procedures
26. Extreme sports: Sports that voluntarily put an individual in a life-threatening situation. Sports such as but not limited to "free climb" rock climbing, parachuting, fighting, martial arts, racing, cliff diving, powerboat racing, air racing, motorcycle racing, extreme skiing, wing-suit, and similar.
27. Gender Dysphoria Office Visit – PCP
28. Gender Dysphoria Office Visit – Specialist

26

27

## MEDICAL EXPENSES NOT GENERALLY SHARED BY HCSM

29. Gender Dysphoria
-30. Genetic Testing
31. Group Therapy Services
32. Hemodialysis
33. Home Health Care
34. Home Infusion Services
35. Hospice Services
36. Hypnotherapy Services
37. Infertility Diagnostic or treatment
38. Infertility Services
39. Investigational Drugs/Procedures
40. Lifestyles or activities engaged in after the application date that conflicts with the Statement of Beliefs (on the membership application).
41. Massage Therapy
42. Midwifery
43. MILIEU Situational Therapy Services
44. Morbid Obesity
45. Non-Routine Hearing Exams & Hearing Aids
46. Nurse Practitioner
47. Orthotics (back, neck, knee, wrist, etc.)
48. Orthopedic Shoes
49. Pain Management
50. Personal aircraft includes hang gliders, parasails, ultra-lights, hot air balloons, sky/diving, and any other aircraft not operated by a commercially licensed public carrier.
51. Personal Convenience Items
52. Post-Surgical Bras
53. Podiatry Services
54. Preadmission Testing
55. Private Duty Nursing Services
56. Professional Sports Injuries
57. Prosthetic Appliances
58. Pulmonary Rehab
59. Robotic Surgery
60. Routine Nursery Care of Newborn Infant
61. Self-Inflicted Injury
62. Sexual Dysfunction Services
63. Sexual Transformation Services
64. Skilled Nursing Facility
65. Substance Abuse
66. Surgical Stockings
67. Treatment or referrals received or obtained from any family member including, but not limited to, father, mother, aunt, uncle, grandparent, sibling, cousin, dependent, or any in-laws.

## PRE-AUTHORIZATION REQUIRED

**Non-Emergency Surgery, Procedure, or Test.** The member must have the following procedures or services pre-authorized as medically necessary prior to receiving the service. Failure to comply with this requirement will render the service not eligible for sharing.

Hospitalizations. Non-emergency prior to admission; emergency visits notification to Trinity HealthShare within 48 hours.

- MRI studies/CT scans/Ultrasounds
- Sleep studies must be completed in one session
- Physical or occupational therapy
- Speech therapy under limited circumstances only
- Cardiac testing, procedures, and treatments
- In-patient cancer testing, procedures, and treatments
- Infusion therapy within facility
- Nuclide studies
- EMG/EEG
- Ophthalmic procedures
- ER visits, emergency surgery, procedure, or test: Non-emergency use of the emergency room is not eligible for sharing. Trinity HealthShare must be notified of all ER visits within 48 hours. Medical records will be reviewed for all ER visits to determine eligibility. An emergency is defined as treatment that must be rendered to the patient immediately for *the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death.* Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.

**Eligibility for Cancer Needs.** In order for needs related to cancer hospitalization of any type to be eligible (e.g. breast, colorectal, leukemia, lymphoma, prostate, skin, etc.), the member must meet the following requirements:

The member is required to contact Trinity HealthShare within 30 days of diagnosis. If the member fails to notify Trinity HealthShare within the 30-day time frame, the member will be responsible for 50% of the total allowed charges after the MRSA(s) has been assessed to the member for in-patient cancer hospitalization.

Early detection provides the best chance for successful treatment and in the most cost effective manner. Effective January 1, 2017, the membership requires that all members aged 40 and older receive appropriate screening tests every other year — mammogram or thermography and pap smear with pelvic exams for women and PSA testing for men. *Failure to obtain biannual mammograms and gynecological tests listed above for women or PSA tests for men will render future needs for breast, cervical, endometrial, ovarian, or prostate cancer ineligible for sharing.*

## DISPUTE RESOLUTION AND APPEAL

## DISPUTE RESOLUTION AND APPEAL

Trinity HealthShare is a voluntary association of like-minded people who come together to assist each other by sharing medical expenses. Such a sharing and caring association does not lend itself well to the mentality of legally enforceable rights. However, it is recognized that differences of opinion will occur, and that a methodology for resolving disputes must be available. Therefore, by becoming a Sharing Member of Trinity HealthShare you agree that any dispute you have with or against Trinity HealthShare its associates, or employees will be settled using the following steps of action, and only as a course of last resort.

If a determination is made with which the sharing member disagrees and believes there is a logically defensible reason why the initial determination is wrong, then the sharing member may file an appeal.

A. **1st Level Appeal.** Most differences of opinion can be resolved simply by calling Trinity HealthShare who will try to resolve the matter telephonically within a reasonable amount of time.

B. **2nd Level Appeal.** If the sharing member is unsatisfied with the determination of the member services representative, then the sharing member may request a review by the Internal Resolution Committee, made up of three Trinity HealthShare officials. The appeal must be in writing, stating the elements of the dispute and the relevant facts. Importantly, the appeal should address all of the following:

1. What information does Trinity HealthShare have that is either incomplete or incorrect?

2. How do you believe Trinity HealthShare has misinterpreted the information already on hand?

3. Which provision in the Trinity HealthShare Guidelines do you believe Trinity HealthShare applied incorrectly?

Within thirty (30) days, the Internal Resolution Committee will render a written decision, unless additional medical documentation is required to make an accurate decision.

C. **3rd Level Appeal.** Should the matter remain unresolved, then the aggrieved party may ask that the dispute be submitted to three sharing members in good standing and randomly chosen by Trinity HealthShare, who shall agree to review the matter and shall constitute an External Resolution Committee. Within thirty (30) days the External Resolution Committee shall render their opinion in writing, unless additional medical documentation is required to make an accurate decision.

D. **Final Appeal.** If the aggrieved sharing member disagrees with the conclusion of his/her fellow sharing

members, then the aggrieved party may ask that the dispute be submitted to a medical expense auditor, who shall have the matter reviewed by a panel consisting of personnel who were not involved in the original determination and who shall render their opinion in writing within thirty (30) days, unless additional medical documentation is required to make an accurate decision.

E. **Mediation and Arbitration.** If the aggrieved sharing member disagrees with the conclusion of the Final Appeal Panel, then the matter shall be resolved by first submitting the disputed matter to mediation. If the dispute is not resolved the matter will be submitted to legally binding arbitration in accordance with the Rules and Procedure of the American Arbitration Association. Sharing members agree and understand that these methods shall be the sole remedy to resolve any controversy or claim arising out of the Sharing Guidelines, and expressly waive their right to file a lawsuit in any civil court against one another for such disputes; except to enforce an arbitration decision. Any arbitration shall be held in Atlanta, Georgia, and conducted in the English language subject to the laws of the State of Georgia. Trinity HealthShare shall pay the filing fees for the arbitration and arbitrator in full at the time of filing. All other expenses of the arbitration shall be paid by each party including costs related to transportation, accommodations, experts, evidence gathering, and legal counsel. Further agreed that the aggrieved sharing member shall reimburse the full costs associated with the arbitration, should the arbitrator render a judgment in favor of Trinity HealthShare and not the aggrieved sharing member.

The aggrieved sharing member agrees to be legally bound by the arbitrator's final decision. The parties may alternatively elect to use other professional arbitration services available in the Atlanta metropolitan area, by mutual agreement.

## APPENDIX A: PLAN DETAILS
## VALUE PLAN

| Plan Services[1] | Multiplan PHCS Network |
|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| Wellness & Preventive Care | 100% |
| Telemedicine* | 100% |
| Primary Care | 1 per year** $20 Consult Fee |
| Urgent Care | N/A |
| Labs & Diagnostics | Preventive Only |
| X-Rays*** | Preventive Only |
| Chronic Maintenance | N/A |
| Pediatrics | Preventive Only |
| OB/GYN | Preventive Only |
| Prescription Discount | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | |
| MSRA Options / Per member | $5,000, $7,500, $10,000 |
| Per Incident Maximum Limit | $150,000 |
| Lifetime Maximum Limit | $1,000,000 |
| Specialty Care[5] | N/A |
| Maternity[7] | N/A |
| Hospitalization | Included |
| In-Patient Surgery | Included |
| Out-Patient Surgery | Included |
| Emergency Room[6] | Full MSRA |

*See Plan Details Appendix on page 35*
32

## APPENDIX A: PLAN DETAILS
## PLUS PLAN

| Plan Services[1] | Multiplan PHCS Network |
|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| Wellness & Preventive Care | 100% |
| Telemedicine* | 100% |
| Primary Care | 3 per year** $20 Consult Fee |
| Urgent Care | 1 per year** $20 Consult Fee |
| Labs & Diagnostics | PCP & Urgent Care |
| X-Rays*** | 100%*** |
| Chronic Maintenance | N/A |
| Pediatrics | Preventive Only |
| OB/GYN | Preventive Only |
| Prescription Discount | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | |
| MSRA Options / Per member | $5,000, $7,500, $10,000 |
| Per Incident Maximum Limit | $250,000 |
| Lifetime Maximum Limit | $1,000,000 |
| Specialty Care[5] | N/A |
| Maternity[7] | N/A |
| Hospitalization | Included |
| In-Patient Surgery | Included |
| Out-Patient Surgery | Included |
| Emergency Room[6] | $500 MSRA |

*See Plan Details Appendix on page 35*
33

## APPENDIX A: PLAN DETAILS
## PREMIUM PLAN

| Plan Services[1] | Multiplan PHCS Network |
|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| Wellness & Preventive Care | 100% |
| Telemedicine* | 100% |
| Primary Care | 5 per year** $20 Consult Fee |
| Urgent Care | 2 per year** $20 Consult Fee |
| Labs & Diagnostics | PCP & Urgent Care |
| X-Rays*** | 100%*** |
| Chronic Maintenance | Included with PCP |
| Pediatrics | As Primary Care |
| OB/GYN | As Primary Care |
| Prescription Discount | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | |
| MSRA Options / Per member | $5,000, $7,500, $10,000 |
| Per Incident Maximum Limit | $500,000 |
| Lifetime Maximum Limit | $1,000,000 |
| Specialty Care[5] | $75 Consult Fee (100% after MSRA) |
| Maternity[7] | $5,000 Max |
| Hospitalization | Included |
| In-Patient Surgery | Included |
| Out-Patient Surgery | Included |
| Emergency Room[6] | $300 MSRA |

See Plan Details Appendix on page 35
34

## APPENDIX A: PLAN DETAILS
## VALUE, PLUS, AND PREMIUM PLANS

1. Non-emergency surgical services are unavailable for the first 6 months for Value and Plus, and 2 months for Premium. Surgical services do not include cosmetic surgery.
2. Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24 month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.
3. Eligibility for cancer conditions is provided after 12 months of continuous membership, if a pre-existing cancer condition did not exist prior to or at the time of application.
4. The consult fee is in addition to the cost of your specialty visit and does not apply toward your annual MSRA.
5. Maternity services are unavailable for the first 10 months of membership.
6. ER visits are subject to review, and are meant only for life threatening situations. Maximum out-of-pocket is $300 for the Premium, $500 for the Plus plan, and full MSRA for the Value plan.
7. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student.

Trinity HealthShare plans follow medical eligibility review protocols described in the plan but are not a promise to pay. Sharing is available for all eligible medical needs.

**Administrative and Conditional Fees:**
$125 one-time application fee per enrollment. Add $60 for persons who smoke. Add $130 per member for additional $500,000 per incident.

\* Annual physicals are available immediately at the cost of a Primary Care (PCP) visit. An inclusive annual physical is only available after 9 months of continual membership; lifestyle lab testing not included
\*\* $25 per x-ray read fee at Urgent Care, (may vary by city)
\*\*\* Add $50 per additional dependent for families of 6 or more

35

## APPENDIX B: TERMS, CONDITIONS, & SPECIAL CONSIDERATIONS

## APPENDIX B: TERMS, CONDITIONS, & SPECIAL CONSIDERATIONS

1. The Welcome Kit you received electronically includes this Member Guide, your Membership Card(s), a Welcome Letter, and important information to activate your membership.

2. Keep your Membership Card with you at all times to present to a provider to confirm eligibility.

3. The ACA is subject to change at any time; Aliera reserves the right to adhere to those changes without notice to the Member.

4. Activate your Plan Membership by following the instructions in this Member Guide.

5. Set up your telemedicine account by following the instructions on the Welcome Letter. Within three weeks of enrollment in Aliera's telemedicine partnering company, Members receive ID Card(s) for the telemedicine service along with instructions on how to utilize the service.

6. Telemedicine phone consultations are available 24/7/365, with face-to-face internet consultations available between the hours of 7 a.m. and 9 p.m., Monday – Friday.

7. Telemedicine does not guarantee that a prescription will be written.

8. Telemedicine does not prescribe DEA-controlled substances, non-therapeutic drugs, and certain other drugs which may be harmful because of their potential for abuse. Telemedicine doctors reserve the right to deny care for potential misuse of services.

9. Durable Medical Equipment (DME) – i.e. crutches, etc. – is not included in your Plan. Members will be charged for DME at time of service.

10. Member Care Specialists are available to assist you, Monday through Friday, 8 a.m. to 8 p.m. ET at (844) 834-3456. If you call after hours, follow the prompts.

11. At the time of service, payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays at PCP or Urgent Care if needed. Consult fees vary in different states and may be higher in some cities, including but not limited to, New York City, Chicago, Detroit, Miami, Sacramento, Los Angeles, and San Francisco.

12. Plans may vary from state to state. Providers may be added or removed from Aliera's network at any time without notice.

13. Not all geographical areas are serviced by Aliera Healthcare. Should a Member visit an emergency room because urgent care facilities are unavailable in the Member's area, Aliera offers a one-time, once-a-year, $105 credit (ex gratia) to the Member to help offset the costs incurred.

14. Aliera telemedicine partners do not replace the Primary Care Provider.

15. Primary Care is defined as "episodic primary care" or "sick care." Members are responsible for paying a consult fee at the time of service; no consult fee is due for preventive service.

16. Most network facilities are able to accommodate both urgent care and primary care needs.

17. Not all PPO providers accept an AlieraCare plan. While Aliera offers one of the largest PPO networks in the country, some providers may not participate.

### Disclosures

1. Aliera Healthcare, the Aliera Healthcare logo, and other plan or service logos are trademarks of Aliera Healthcare, Inc. and may not be used without written permission.

2. Aliera and Trinity programs are NOT insurance. Aliera Healthcare, Inc. / Trinity HealthShare does not guarantee the quality of services or products offered by individual providers. Members may change providers upon 30 days' notice if not satisfied with the medical services provided.

3. Aliera's Healthcare Plans offer services only to Members and dependents on your Plan.

4. Aliera reserves the right to interpret the terms of this membership to determine the level of medical services received hereunder.

5. This membership is issued in consideration of the Member's application and the Member's payment of a monthly fee as provided under these Plans. Omissions and misstatements, or incorrect, incomplete, fraudulent, or intentional misrepresentation to the assumed risk in your application may void your membership, and services may be denied.

### Abbreviations

| | |
|---|---|
| ACA | Affordable Care Act (Obamacare) |
| CMS | Center for Medicare and Medicaid Services |
| DEA | Drug Enforcement Administration |
| DME | Durable Medical Equipment |
| DPCMH | Direct Primary Care Medical Home Plans |
| HCSM | Health Care Sharing Ministry |
| MEC | Minimum Essential Coverage |
| PCP | Primary Care Provider |
| PPO | Participating Provider Organization |
| UC | Urgent Care |

# APPENDIX C: LEGAL NOTICES

# APPENDIX C: LEGAL NOTICES

The following legal notices are the result of discussions by Trinity HealthShare or other healthcare sharing ministries with several state regulators and are part of an effort to ensure that Sharing Members understand that Trinity HealthShare is not an insurance company and that it does not guarantee payment of medical costs. Our role is to enable self-pay patients to help fellow Aliera members through voluntary financial gifts.

## General Legal Notice

This program is not an insurance company nor is it offered through an insurance company. This program does not guarantee or promise that your medical bills will be paid or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this program should never be considered as a substitute for an insurance policy. Whether you receive any payments for medical expenses and whether or not this program continues to operate, you are always liable for any unpaid bills.

## State Specific Notices

**Alabama Code Title 22-6A-2**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Arizona Statute 20-122**
Notice: the organization facilitating the sharing of medical expenses is not an insurance company and the ministry's guidelines and plan of operation are not an insurance policy. Whether anyone chooses to assist you with your medical bills will be completely voluntary because participants are not compelled by law to contribute toward your medical bills. Therefore, participation in the ministry or a subscription to any of its documents should not be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills.

**Arkansas Code 23-60-104.2**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. If anyone chooses to assist you with your medical bills, it will be totally voluntary because participants are not compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive a payment for medical expenses or if this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Florida Statute 624.1265**
Trinity HealthShare is not an insurance company, and membership is not offered through an insurance company. Trinity HealthShare is not subject to the regulatory requirements or consumer protections of the Florida Insurance Code.

**Georgia Statute 33-1-20**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Idaho Statute 41-121**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Illinois Statute 215-5/4-Class 1-b**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation constitute or create an insurance policy. Any assistance you receive with your

## APPENDIX C: LEGAL NOTICES

## APPENDIX C: LEGAL NOTICES

medical bills will be totally voluntary. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Indiana Code 27-1-2.1

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any other participant can be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Kentucky Revised Statute 304.1-120 (7)

Notice: Under Kentucky law, the religious organization facilitating the sharing of medical expenses is not an insurance company, and its guidelines, plan of operation, or any other document of the religious organization do not constitute or create an insurance policy. Participation in the religious organization or a subscription to any of its documents shall not be considered insurance. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any participant shall be compelled by law to contribute toward your medical bills. Whether or not you receive any payments for medical expenses, and whether or not this organization continues to operate, you shall be personally responsible for the payment of your medical bills.

### Louisiana Revised Statute Title 22-318,319

Notice: The ministry facilitating the sharing of medical expenses is not an insurance company. Neither the guidelines nor the plan of operation of the ministry constitutes an insurance policy. Financial assistance for the payment of medical expenses is strictly voluntary. Participation in the ministry or a subscription to any publication issued by the ministry shall not be considered as enrollment in any health insurance plan or as a waiver of your responsibility to pay your medical expenses.

### Maine Revised Statute Title 24-A, §704, sub-§3

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy.

Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Maryland Article 48, Section 1-202(4)

Notice: This publication is not issued by an insurance company nor is it offered through an insurance company. It does not guarantee or promise that your medical bills will be published or assigned to others for payment. No other subscriber will be compelled to contribute toward the cost of your medical bills. Therefore, this publication should never be considered a substitute for an insurance policy. This activity is not regulated by the State Insurance Administration, and your liabilities are not covered by the Life and Health Guaranty Fund. Whether or not you receive any payments for medical expenses and whether or not this entity continues to operate, you are always liable for any unpaid bills.

### Mississippi Title 83-77-1

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment of medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Missouri Section 376.1750

Notice: This publication is not an insurance company nor is it offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other subscriber or member will be compelled to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

### Nebraska Revised Statute Chapter 44-311

IMPORTANT NOTICE. This organization is not an insurance

## APPENDIX C: LEGAL NOTICES

## APPENDIX C: LEGAL NOTICES

company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the Nebraska Department of Insurance. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

### New Hampshire Section 126-V:1

IMPORTANT NOTICE This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the New Hampshire Insurance Department. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

### North Carolina Statute 58-49-12

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be voluntary. No other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally liable for the payment of your own medical bills.

### Pennsylvania 40 Penn. Statute Section 23(b)

Notice: This publication is not an insurance company nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be

published or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this publication should never be considered a substitute for insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always liable for any unpaid bills.

### South Dakota Statute Title 58-1-3.3

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payments for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Texas Code Title 8, K, 1681.001

Notice: This health care sharing ministry facilitates the sharing of medical expenses and is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the ministry or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills. Complaints concerning this health care sharing ministry may be reported to the office of the Texas attorney general.

The ministry will assign a recommended cost sharing amount to the membership each month ("Monthly Share Amount"). By submitting the Monthly Share Amount, you instruct the ministry to assign your contribution as prescribed by the Guidelines.  Up to 40% of your member contribution goes towards the administration of this plan.  Administration costs are not all inclusive of vendor costs, which could account for up to 32% of the member contribution (monthly recommended share amount). Contributions to the member "Share Box" will never be less than 28% of the member monthly recommended share amount.

### Virginia Code 38.2-6300-6301

Notice: This publication is not insurance, and is not offered through an insurance company. Whether anyone chooses

# APPENDIX C: LEGAL NOTICES

to assist you with your medical bills will be totally voluntary, as no other member will be compelled by law to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

**Wisconsin Statute 600.01 (1) (b) (9)**

ATTENTION: This publication is not issued by an insurance company, nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be published or assigned to others for payment. Whether anyone chooses to pay your medical bills is entirely voluntary. This publication should never be considered a substitute for an insurance policy. Whether or not you receive any payments for medical expenses, and whether or not this publication continues to operate, you are responsible for the payment of your own medical bills.

This is NOT Insurance.



© 2017- 2019 Aliera Healthcare, Inc., and
Trinity HealthShare, Inc. All rights reserved.

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 3

## | MEMBER GUIDE





INDIVIDUAL/FAMILY

5901 Peachtree Dunwoody Road, Suite B-200
Atlanta, GA 30328
Toll-Free 844-834-3456
www.alierahealthcare.com







AlieraCare Plans are NOT Insurance.        AlieraCare Plans are NOT Insurance.

# CONTENTS

Contents............................................................ 3
Member Guide.................................................. 4
   Welcome....................................................... 4
   Plan Services and Membership at a Glance................... 6

   Preventive Care............................................. 6
   Episodic Primary Care...................................... 6
   Chronic Care................................................ 6
   Labs & Diagnostics.......................................... 6
   Prescription Drug Program................................... 6
   Urgent Care................................................. 6
   Membership.................................................. 7
   Hospitalization............................................. 7
   Surgery..................................................... 7
Part I............................................................. 11
   The Telemedicine Program.................................. 11
   Concierge Service & Care Coordination..................... 11
   Preventive Care........................................... 12
   Labs and Diagnostics...................................... 12
   Urgent Care............................................... 13
   Primary Care for Sick Care................................ 14
   Specialty Care............................................ 15
   Hospitalization........................................... 15
   PPO Network............................................... 15
Part II............................................................ 16
   Membership Overview....................................... 16
   Membership Qualifications................................. 17
   Monthly Contributions..................................... 21
   Statement of Beliefs...................................... 20
   Definitions of Terms...................................... 20
   Contributors' Instructions and Conditions................. 22
Part III........................................................... 23
   Eligible Medical Expenses................................. 23
   Limits of Sharing (maximum payable)....................... 27
   Pre-Authorization Required................................ 31
   Dispute Resolution and Appeal............................. 32
Appendix A: Plan Details.................................. 37
Appendix B: Terms, Conditions,
& Special Considerations................................. 40
   Abbreviations............................................. 41
Appendix C: Legal Notices................................ 42

# MEMBER GUIDE

## WELCOME

Welcome to Aliera Healthcare, Inc. | Unity Healthshare, LLC. Thank you for becoming a member. We are committed to providing you and your family with unparalleled service and care at an affordable cost, and we pledge to keep our focus on what's most important – your overall health and wellness.

Please take a few minutes to review the information in this guide. The more informed you are, the easier it will be to get the care you need when you need it the most. Your membership card(s) and this booklet provide important information about your Plan, as well as the steps you need to take to access healthcare at one of the thousands of participating network provider locations. Your welcome information, Member Portal access and temporary member cards are contained in your Welcome Email: please print it and save a copy for reference.

If you have any questions about your Plan, activating your Membership Card, setting up your telemedicine account, Rx discount program, or accessing a healthcare provider, please contact a Member Care Specialist for assistance, **Monday through Friday, 8 a.m. to 8 p.m. ET at (844) 834-3456.**

## Member Portal

Username and password credentials are needed to enter the Member's portal to update payment or personal information. Visit www.AlieraHealthcare.com and click the Member Login tab. Your user name and password are on the Welcome Email sent at the time of initial enrollment. Member Services can send you a copy of this email following confirmation of identity.

## Contact Information

For general information, account management, monthly contribution, or medical needs, please contact us:

**Phone:**  844-834-3456

**Fax:**  404-937-6557

**Email:**  memberservices@alierahealthcare.com or memberservices@unityhealthshare.org

**Online:**  www.alierahealthcare.com or www.unityhealthshare.org

**Mail:**  5901 Peachtree Dunwoody Road, Suite B-200 Atlanta, Georgia 30328

## Disclaimer

AlieraCare offering by Unity Healthshare, LLC, through Aliera Healthcare, Inc., is a faith-based medical needs sharing membership. Medical needs are only shared by the members according to the membership guidelines. Our members agree to the Statement of Beliefs and voluntarily submit monthly contributions into a cost sharing account with Unity Healthshare, LLC, acting as a neutral clearing house between members. Organizations like ours have been operating successfully for years. We are including the following caveat for all to consider:

> This publication or membership is not issued by an insurance company, nor is it offered through an insurance company. This publication or the membership does not guarantee or promise that your eligible medical needs will be shared by the membership. This publication or the membership should never be considered as a substitute for an insurance policy. If the publication or the membership is unable to share in all or part of your eligible medical needs, or whether or not this membership continues to operate, you will remain financially liable for any and all unpaid medical needs.

> This is not a legally binding agreement to reimburse any member for medical needs a member may incur, but is instead, an opportunity for members to care for one another in a time of need, to present their medical needs to other members as outlined in the membership guidelines. The financial assistance members receive will come from other members' monthly contributions that are placed in a sharing account, not from Unity Healthshare, LLC.

# PLAN SERVICES & MEMBERSHIP AT A GLANCE

Aliera Healthcare, Inc. services in conjuction with Unity Healthshare, LLC cost sharing creates a full range of services and benefits, each part summarized below:

## Preventive Care

As part of our solution, the plans cover medical services recommended by the USPSTF and outlined in the ACA for preventive care. There is zero out of pocket expense and zero obligation to reach the Member Shared Responsbility Amount (MSRA) for any scheduled preventive care service or routine in-network check-up, pap smear, flu shot and more. It's easier to stay healthy with regular preventive care.

## Episodic Primary Care

Primary care is at the core of an Aliera Plan, and we consider it a key step in living a healthier lifestyle. Our model is based on an innovative approach to care that is truly patient-centered, combining excellent service with a modern approach. This includes medical care needs such as primary care, office visits, sick care, and the general care of a member's day to day medical needs.

## Chronic Maintenance

With an AlieraCare Bronze, Silver, or Gold plan, members are eligible to receive chronic care management from your primary care physician for conditions such as diabetes, asthma, blood pressure, cardiac conditions, etc.

## Labs & Diagnostics

Labs at in-network facilities are included.

## Telemedicine

With full 24/7 365-day access to a board-certified physician, it has never been simpler to stay healthy. You can contact them easily by phone or via video chat. If it's something minor such as a sinus infection, poison ivy or pink eye they can even send a prescription right over to your pharmacist.

## Prescription Drug Program

The AlieraCare Bronze, Silver, or Gold prescription savings program delivers significant discounts for a variety of drugs (depending on prescription), saving members an average of 55% on prescription drug purchases. After $1,500 of prescription drug expenditures through Rx Valet, members are eligible for a percentage of reimbursement for preferred and mail order drugs. Maximum reimbursement of $4,000 per plan year. See Appendix for details.

## Urgent care

For those medical situations that can't wait or are more complex than primary care services, AlieraCare Bronze, Silver, and Gold plans offer access to Urgent Care facilities at hundreds of medical centers throughout the United States.

## PLAN SERVICES & MEMBERSHIP AT A GLANCE

### Membership

Unity Healthshare, LLC is a health care sharing ministry (HCSM) which acts as an organizational clearing house to administer sharing contributions across qualifying members healthcare needs. The AlieraCare membership is NOT health insurance. The membership is based on a religious tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. Because Unity Healthshare, LLC is a religious organization, members are required to agree with the organizations Statement of Beliefs; see Part II of this guide for the full description and membership details.

### Specialty Care

For most everyday medical conditions, your PCP is your one-stop medical shop. However, there are cases when it's time to see a specialist who's had additional education and been board certified for that specialty. For situations like these, the AlieraCare Bronze, Silver, and Gold plans provides specialty care benefits at the cost of just a consult fee. A member will need to receive a PCP referral to see a specialist for treatment or consultation outside of their scope of knowledge.

### Hospitalization

Hospitalization is eligible, once the Member Shared Responsibility Amount has been met, under all the individual plans.

### Surgery

Both in-patient and out-patient procedures are eligible, once the Member Shared Responsibility Amount has been met, under all individual plans

### Emergency Room

An emergency is defined as treatment that must be rendered to the patient immediately for the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death. Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.

**UNITY HEALTHSHARE**

## GETTING STARTED

**What does it mean?** Many of the terms used in describing health cost sharing may be unfamiliar to those new to the programs and plans provided by Aliera and Unity. Please refer to the Definition of Terms section for a quick and easy understanding of terms used in this guide and other plan documents.

1.  **Activate Your Membership**
    On or after your effective date, visit www.alierahealthcare.com to securely enter your information. Click the Activate tab on the navigation bar and follow the instructions.
    **If you require assistance, contact a Member Care Specialist toll-free at (844) 834-3456 or email memberservices@alierahealthcare.com.**



2.  **Set Up Your Telemedicine Account**
    Follow the steps below to set up your telemedicine account. If you have not activated your Membership Card, or if your Membership fees are not paid up to date, you are not eligible to set up your telemedicine account.
    - Set up your account (Primary Member)
      Visit www.firstcalltelemed.com, Click "Set up account." Follow the online instructions and provide the required information, including your medical history.

## GETTING STARTED



- Set up minor dependents (17 years or younger)
  Log in to your account and click "My Family" on the top menu. Follow the online instructions to provide the necessary information and complete your dependent's medical history.
- Set up adult dependents (18 – 26 years)
  Adult dependents must set up their own account. Visit the website and click "Set up account." Follow the online instructions to provide the required information and to complete your medical history.

3.  **Set Up your Prescription Discount Account**
    Follow the steps below to set up your prescription discount account. If you have not activated your Membership Card, or if your Membership fees are not paid up to date, you are not eligible to set up your prescription discount account.

Please go to www.myrxvalet.com/memberlogin.php

1.  Enter your Member ID that is located on your Aliera Healthcare ID card
2.  For your Group ID type in Aliera
3.  Complete your profile for yourself and any dependents

After registration is complete, you will receive an email with instructions and a video on how to use Rx Valet for home delivery and at your local pharmacy.

## GETTING STARTED

### Please download the Rx Valet APP on your smartphone at your convenience.

If you are experiencing an urgent situation and don't have time to set up your account, you can hand your Aliera card to the pharmacist to receive your medication. The discount will not be as great, so please set up your account when you have time.

**Home Delivery Prescription Information:**

- Home Delivery orders are fulfilled exclusively through Advanced Pharmacy, LLC. To save time, have your physician send your prescription directly to Advanced Pharmacy electronically.
- Alternatively, they can also transfer your existing prescriptions from another pharmacy to fulfill your order. Please call their live Customer Care Team at 1-855-798-2538 and provide the medication details, pharmacy name, and pharmacy telephone number.
- Electronic prescriptions should be sent to **Advanced Pharmacy, LLC located at 350-D Feaster Road Greenville, SC 29615.**

**Phone:** 855-240-9368          **Fax:** 888-415-7906
**NPI:** 1174830475                 **NCPDP:** 4229971

3.  **REVIEW YOUR BENEFITS**
    This guide contains the information you need to understand each benefit available with your Plan. Keep your Member Card with you at all times; the contact number for your telemedicine provider is printed on your card. You must always contact your telemedicine provider before seeking medical attention.

# PART I

## How to Use Your Membership

### The Telemedicine Program

More than 80% of primary medical conditions can be resolved by your telemedicine provider. Members should contact their telemedicine provider first for quick, convenient medical assistance. The contact information for your telemedicine provider is found on your member card. Instructions are also found on the back of your Welcome Letter, as well as on our web site, under Member Resources.

### Benefits of the Telemedicine Program

- At home, at work, or while traveling in the US, speak to a telemedicine doctor from anywhere, anytime, on the go.
- 24/7 access to a doctor via face-to-face internet consultation or by phone is available for you and dependents on your Plan.
- Speak with the next available doctor or schedule an appointment for a more convenient time.
- Telemedicine doctors typically respond within 15 minutes of your call.
- Save time and money by avoiding expensive emergency room visits, waiting for an appointment, or driving to a local facility.
- Telemedicine consultations are free for you and dependents on your Plan.
- Telemedicine providers can treat conditions such as:
  - ► Cold and flu symptoms
  - ► Bronchitis
  - ► Allergies
  - ► Poison ivy
  - ► Pink eye
  - ► Urinary tract infections
  - ► Respiratory infections
  - ► Sinus problems
  - ► Ear infections, and more

Antibiotics are not always the answer to treat a medical condition. Doctors may choose not to prescribe antibiotics for viral illnesses such as common colds, sore throats, coughs, sinus infections, and the flu.

If the telemedicine doctor recommends that you see your PCP or visit an urgent care facility, contact Aliera's Concierge Service, and a member care specialist will be happy to assist you with scheduling an appointment.

# PREVENTIVE CARE

It's easier to stay healthy when you have regular preventive care. Members have no out-of-pocket expenses for preventive services, which include, but are not limited to, routine in-network checkups, pap smears, flu shots and more.

## How to Use Preventive Care Services

1. Download the Preventive Healthcare Guidebook from the link found in your Welcome email or visit us online at www.AlieraHealthcare.com. or www.unityhealthshare.com
2. Members do not need to call their telemedicine provider to schedule preventive care.
3. Upon arrival at a PCP, please present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not share the costs of the provider.
4. Preventive health services must be appropriate for the eligible person and follow the guidelines below:
   A) In general – those of the U.S. Preventive Services Task Force that have an A or B rating.
   B) For immunizations – those of the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.
   C) For preventive care and screenings for children and adolescents – those of the Health Resources and Services Administration.
   D) For preventive care and screenings for women – those of the Health Resources and Services Administration that are not included in section (A) of the U.S. Preventive Services Task Force schedule.

### Labs and Diagnostics

Aliera and Unity Members have access to lab work in the convenience of their in-network provider's office or at any lab location nationwide.

11

12

# URGENT CARE

Your membership raises the standard of healthcare available to you by putting individuals first, treating them with clinical excellence, and focusing on their well-being. Members can access services from hundreds of Urgent Care network facilities throughout the United States.

▶ AlieraCare Bronze, Silver, and Gold plans have unlimited urgent care visits..

▶ See Appendix for your specific plan details.

▶ X-rays are included, and subject to $25 per read fee at Urgent Care.

## How to Use the Urgent Care Service

1. Call 911 if your emergency is life threatening; otherwise, please contact your telemedicine provider first via telephone or a scheduled face-to-face internet conference. Your provider will determine if your medical condition can be resolved without visiting a local urgent care facility.

2. If your medical issue cannot be resolved after your free consultation with a telemedicine doctor, visit the closest in-network Urgent Care facility.

3. Upon arrival at an Urgent Care facility, present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.

4. At time of service, payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays if needed may be due. Costs may be higher depending on your state and provider.

## If Urgent Care Services are Unavailable

If an Urgent Care facility in the network is unavailable to a Member requiring immediate urgent care, please adhere to the following procedure:

1. Visit www.alierahealthcare.com. Click "Network" to find the nearest urgent care facility under MultiPlan.

2. If the nearest in-network facility is more than 20 miles away from the Member, is closed (after 6:00 p.m.), or is no longer in business, the Member should seek out the nearest Urgent Care facility or hospital emergency room to receive urgent medical attention.

# PRIMARY CARE

3. AlieraCare products are not health insurance plans and Aliera nor Unity are responsible for payment to out-of-network Urgent Care or hospital emergency room facilities. The Member is solely responsible for such urgent care medical payments. Aliera and or Unity maintain an allotment fund designed to provide a Member with supplemental payment assistance (ex gratia) in the amount of $105.00 to offset the cost incurred at an out-of-network Urgent Care or Hospital emergency room facility. This monetary assistance is limited to one visit per year, per Member. Payment is made directly to the Member after confirmation of submitted proof of urgent care necessity and unavailability of an in-network provider.

### Primary Care For Sick Care

In addition to our urgent care services, many of our plans offer Members under the age of 65 episodic primary care or sick care.

▶ AlieraCare Bronze, Silver, and Gold plans have unlimited primary care visits.

▶ Annual Physicals are available immediately.

▶ For convenience, some clinics are open evenings and weekends.

## How to Use Primary Care Service for Sick Care

1. Contact your telemedicine provider to speak with a U.S. board-certified doctor via telephone or a scheduled face-to-face internet conference.

2. The telemedicine doctor may be able to resolve your medical issue and prescribe medication if needed. More than 80% of primary medical conditions can be resolved by your telemedicine provider.

3. If your medical issue cannot be resolved after a no fee consultation with the telemedicine doctor, visit the closest in-network primary care facility.

4. Upon arrival at a clinic, present your Membership Card and one photo ID. The front desk admin will check your eligibility status before you can see a provider. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.

5. At the time of service, a consult fee is due for the consultation, and a $25 per read fee for X-rays if needed. Costs may be higher depending on your state and provider.

# SPECIALTY CARE

### Specialty Care

AlieraCare members are required to obtain referrals to visit a specialist, except for women in need of gynecological care for routine medical needs. Specialty visits have a consult fee at the time of service.

### Hospitalization

Your hospitalization cost-sharing is provided to you in an effort to alleviate the stress and strain during times of crisis or medical needs.

1. Members are required to pre-authorize all hospitalization services and visits unless it is an obvious medical emergency. Please see pre-authorization section for instructions
2. The member will be responsible for first reaching their MSRA before any cost sharing will be available. Once the MSRA has been reached in full, the sharing will then be reimbursed directly back to the providers and hospital facilities.
3. Several plans allow for fixed cost sharing in the emergency room. Please see Appendix A for your exact plan details.

### PPO Network

With a growing nationwide PPO network of more than 1,000,000 healthcare professionals and more than 6,000 facilities, Multiplan PHCS network offers Plan Members a range of quality choices to help them stay healthy.

► Search for providers by distance, cost efficiency, and specialty.

### Find a Network Healthcare Professional

► Visit **www.alierahealthcare.com**
► Hover over the Member Resources tab
► Click Provider Network
► Click on the Medical Provider logo associated with your plan.
► Search for a provider by Zip Code, City, County, State, or other search criteria.

Call Aliera Healthcare at (844) 834-3456 or Unity Healthshare, LLC at (800)-847-9794. Select the Provider Coordination Department and a care coordinator will help you navigate the healthcare process effectively and efficiently.

# PART II

## How Your Healthcare Cost Sharing Ministry (HCSM) Works

### Membership Overview

Unity Healthshare, LLC is a clearing house that administers voluntary sharing of healthcare needs for qualifying members. The membership is based on a tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. The Unity Healthshare, LLC membership is not health insurance.

## Guidelines Purpose and Use

The HCSM guidelines are provided as an outline for eligible needs in which contributions are shared in accordance with the membership's clearing house instructions. They are not for the purpose of describing to potential contributors the amount that will be shared on their behalf and do not create a legally enforceable right on the part of any contributor. Neither these guidelines nor any other arrangement between contr butors and Unity Healthshare, LLC creates any rights for any contr butor as a reciprocal beneficiary, as a third-party beneficiary, or otherwise.

The edition of the guidelines in effect, on the date of medical services, supersedes all previous editions of the guidelines and any other communication, written or verbal. With written notice to the general membership, the guidelines may change at any time based on the preferences of the membership and on the decisions, recommendations, and approval of the Board of Trustees.

An exception to a specific provision only modifies that provision and does not supersede or void any other provisions.

## Individuals Helping Individuals

Contr butors participating in the membership help individuals with their medical needs. Unity Healthshare, LLC facilitates in this assistance and acts as an independent and neutral clearing house, dispersing monthly contributions as described in the membership instructions and guidelines.

## MEMBERSHIP QUALIFICATIONS

To become and remain a member of Unity Healthshare, LLC, a person must meet the following criteria:

**Religious Beliefs and Standards.** The person must have a belief of helping others and/or maintaining a healthy lifestyle as outlined in the Statement of Beliefs contained in the membership application. If at any time during participation in the membership, the individual is not honoring the Statement of Beliefs, they will be subject to removal from participating in the membership.

**Medical History**. The person must meet the criteria to be qualified for a membership on his/her application date, based on the criteria set forth in this guidebook and the membership application.

If, at any time, it is discovered that a member did not submit a complete and accurate medical history on the membership application, the criteria set forth in the Membership Eligibility Manual on his/her application date will be applied, and could result in either a retroactive membership limitation or a retroactive denial to his/her effective date of membership.

Members may apply to have a membership limitation removed by providing medical evidence that they qualify for such removal according to the criteria set forth in the Membership Eligibility Manual. Membership limitations and denials can be applied retroactively but cannot be removed retroactively.

**Application, Acceptance, and Effective Date.** A person must submit a membership application and be accepted into the membership by meeting the criteria of the Member Eligibility Manual. The membership begins on a date specified by Unity Healthshare, LLC in writing to the member.

**Dependent(s).** A dependent may participate under a combined membership with the head of household.

A dependent wishes to continue participating in the membership but no longer qualifies under a combined membership must apply and qualify for a membership based on the criteria set forth in the Membership Eligibility Manual.

Under a combined membership, the head of household is responsible for ensuring that everyone participating under the combined membership meets and complies with the Statement of Beliefs and all guideline provisions.

**Financial Participation.** Monthly contributions are requested to be received by the 1st or 15th of each month depending on the member's effective date. If the monthly contribution is not received within 5 days of the due date, an administrative fee may be assessed to track, receive, and post the monthly contr bution. If the monthly contribution is not received by the end of the month, a membership will become inactive as of the last day of the month in which a monthly contribution was received.

## MEMBERSHIP QUALIFICATIONS

Any member who has a membership that has become inactive will be able to reapply for membership under the terms outlined to them in writing by Unity Healthshare, LLC. A member will not be able to reapply for membership if their account has been inactive a total of three times.

Needs occurring after a member's inactive date and before they reapply are not eligible for sharing.

**Administrative Costs**. The fees for the first two months of membership are applied as an administrative fee. Beginning the third month of membership and each month following, a fee of $25 is assigned to administrative costs from each contr bution amount regardless of family size. A single, couple, or family membership all contribute $25 from their monthly contr bution for administration. In addition, the annual membership dues are also utilized by Unity Healthshare, LLC to defray administrative costs.

**When Available Shares are less than Eligible Needs.** In any given month, the available suggested share amounts may or may not meet the eligible needs submitted for sharing. If a member's eligible bills exceed the available shares to meet those needs, the following actions may be taken:

1. A pro-rata sharing of eligible needs may be initiated, whereby the members share a percentage of eligible medical bills within that month and hold back the balance of those needs to be shared the following month.

2. If the suggested share amount is not adequate to meet the eligible needs submitted for sharing over a 60-day period, then the suggested share amount may be increased in sufficient proportion to satisfy the elig ble needs. This action may be undertaken temporarily or on an ongoing basis.

**Other Criteria.** Children under the age of 18 may not qualify for their own membership. Non-U.S. citizens may qualify for membership as determined by Unity Healthshare, LLC on a case-by-case basis.

### Monthly Contributions

Monthly contr butions are voluntary contributions or gifts that are non-refundable. As a non-insurance membership, neither Unity Healthshare, LLC nor the membership are liable for any part of an individual's medical need. All contributors are responsible for their own medical needs. Although monthly contributions are voluntary contr butions or gifts, there are administrative costs associated with monitoring the receipt and disbursement of such contributions or gifts. Therefore, declined credit cards, returned ACH payments, or any contribution received after the members reoccurring active date may incur an administrative fee.

## MEMBERSHIP QUALIFICATIONS

### Important Information About Plan Changes:

Members wishing to change to a membership type other than that which they are currently participating may, at the discretion of Unity Healthshare, LLC, be required to submit a new signed and dated membership application for review. Membership type changes can only become effective on the first of the month after the new membership application has been approved.

1. When switching from one annual product category to another (i.e. AlieraCare to Unity Healthshare's Careplus Advantage) your plan will be reset as if it is a new enrollment. This rule does not apply when transitioning from an InterimCare plan.

2. You are allowed two plan changes per membership year. The first is free of cost, the second will incur the application fee of the desired product.

Contributors wishing to discontinue participation in the membership must submit the request in writing by the 20th day of the month before which the contributions will cease. The request should contain the reason why the contributor is discontinuing participation in the membership. Should the contributor fail to follow these guidelines as they pertain to discontinuing their participation in the membership and later wish to reinstate their membership, unsubmitted contributions from the prior participation must be submitted with a new application.

**A member is not eligible for cost sharing when a member:**

A) Receives care within the first 60 days of the plan and cancels membership within 30 days of receiving medical care; except within the last 90 days of the membership term;

B) Receives or requires surgery within the first 60 days of becoming a member except in the case of an accident.

### Early Voluntary Termination

Members of the Unity Healthshare, LLC may terminate their membership at any time, with 30 days prior notice. Unity Healthshare, LLC plans are not a substitute for "short term medical plans". Medical expenses incurred during the term of the membership and followed by early voluntary termination within 90 days of incurring medical expenses, will be reviewed and may not be eligible for cost sharing, where the early termination was not as a direct result of affordability issues with the health sharing program.

## MEMBERSHIP QUALIFICATIONS

### Statement of Beliefs

At the core of what we do, and how we relate to and engage with one another as a community of people, is a set of common beliefs. Our Statement of Shared Beliefs is as follows:

1. We believe that our personal rights and liberties originate from God and are bestowed on us by God.

2. We believe every individual has a fundamental religious right to worship God in his or her own way.

3. We believe it is our moral and ethical obligation to assist our fellow man when they are in need per our available resources and opportunity.

4. We believe it is our spiritual duty to God and our ethical duty to others to maintain a healthy lifestyle and avoid foods, behaviors, or habits that produce sickness or disease to ourselves or others.

5. We believe it is our fundamental right of conscience to direct our own healthcare in consultation with physicians, family, or other valued advisors.

### Definitions of Terms

Terms used throughout the Member Quick Guide and other documents are defined as follows:

**Affiliated Practitioner.** Medical care professionals or facilities that are under contract with a network of providers with whom Unity Healthshare, LLC works. Affiliated providers are those that participate in the PHCS network. A list of providers can be found at http://www.multiplan.com.

**Application Date.** The date Unity Healthshare, LLC receives a complete membership application.

**Combined Membership.** Two or more family members residing in the same household.

**Contributor.** Person named as head of household under the membership.

**Dependent.** The head of household's spouse or unmarried child(ren), under the age of 20 – 26 if a full-time student, who are the head of household's dependent by birth, legal adoption, or marriage who is participating under the same combined membership.

**Eligible.** Medical needs that qualify for voluntary sharing of contributions from escrowed funds, subject to the sharing limits.

**Escrow Instructions.** Instructions contained on the membership application outlining the order in which voluntary monthly contributions may be shared by Unity Healthshare, LLC.

**Guidelines.** Provided as an outline for eligible medical needs in which contr butions are shared in accordance with the membership's escrow instructions.

## DEFINITION OF TERMS

**Head of Household.** Contributor participating by himself or by herself; or the husband or father that participates in the membership; or the wife or mother that participates in the membership. The Head of Household is the oldest member on the plan.

**Licensed Medical Physician.** An individual engaged in providing medical care and who has received state license approval as a practicing Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.).

**Medically Necessary.** A service, procedure, or medication necessary to restore or maintain physical function and is provided in the most cost-effective setting consistent with the member's condition. Services or care administered as a precaution against an illness or condition or for the convenience of any party are not medically necessary. The fact that a provider may prescribe, administer, or recommend services or care does not make it medically necessary, even if it is not listed as a membership limitation or an ineligible need in these guidelines. To help determine medical necessity, Unity Healthshare, LLC may request the member's medical records and may require a second opinion from an affiliated provider.

**Member(s).** A person(s) who qualifies to receive voluntary sharing of contributions for eligible medical needs per the membership clearing house instructions, guidelines, and membership type.

**Member Shared Responsibility Amounts (MSRA).** The amounts of an eligible need that do not qualify for sharing because the member is responsible for those amounts.

**Membership.** All members of Unity Healthshare, LLC.

**Membership Eligibility Manual.** The reference materials that contain the criteria used to determine if a potential member is eligible for participation in the membership and if any membership limitations apply.

**Membership Type.** HCSM sharing options are available with different member shared responsibility amounts (MSRA) and sharing limits as selected in writing on the membership application and approved by Unity Healthshare, LLC.

**Monthly Contributions.** Monetary contributions, excluding the annual membership fee, voluntarily given to Unity Healthshare, LLC. to hold as an escrow agent and to disburse according to the membership escrow instructions.

**Need(s).** Charges or expenses for medical services from a licensed medical practitioner or facility arising from an illness or accident for a single member.

## DEFINITION OF TERMS

**Non-affiliated Practitioner.** Medical care professionals or facilities that are not participating within the current network.

**Pre-existing Condition.** Any illness or accident for which a person has been diagnosed, received medical treatment, been examined, taken medication, or had symptoms within 24 months prior to the effective date. Symptoms include but are not limited to the following: abnormal discharge or bleeding; abnormal growth/break; cut or tear; discoloration; deformity; full or partial body function loss; obvious damage, illness, or abnormality; impaired breathing; impaired motion; inflammation or swelling; itching; numbness; pain that interferes with normal use; unexplained or unplanned weight gain or loss exceeding 25% of the total body weight occurring within a six-month period; fainting, loss of consciousness, or seizure; abnormal results from a test administered by a medical practitioner.

**Usual, Customary and Reasonable (UCR).** The lesser of the actual charge or the charge most other providers would make for those or comparable services or supplies, as determined by Unity Healthshare, LLC.

### Contributors' Instructions and Conditions

By submitting monthly contributions, the contributors instruct Unity Healthshare, LLC to share clearing house funds in accordance with the membership instructions. Since Unity Healthshare, LLC has nothing to gain or lose financially by determining if a need is eligible or not, the contributor designates Unity Healthshare, LLC as the final authority for the interpretation of these guidelines. By participation in the membership, the member accepts these conditions as enforceable.

# PART III

## Your Summary of Cost Sharing, Eligible Needs, & Limits

**See the Appendix for other limits and conditions of sharing by plan**

## Eligible Medical Expenses*

Medical Expenses Eligible for Sharing. Medical costs are shared on a per person, per incident basis for illnesses or injuries incurring medical expenses after the membership effective date when medically necessary and provided by or under the direction of licensed Physicians, Osteopaths, Urgent Care facilities, clinics, emergency rooms, or hospitals (in-patient and out-patient), or other approved providers. Unless otherwise limited or excluded by these Guidelines, medical expenses eligible for sharing include, but are not limited to, physician and hospital services, emergency medical care, surgical procedures, medical testing, x-rays, ambulance transportation, and prescriptions.

1. **Allergy Office Visits and Testing**

2. **Anesthesiologist Services**

3. **Ambulance.** Emergency land or air ambulance transportation to the nearest medical facility capable of providing the medically necessary care to avoid seriously jeopardizing the sharing member's life or health. Air transportation is limited to $10,000.

4. **B12 Injections.** Eligible at a PCP or Specialist only.

5. **Birthing Center.** Eligible after MSRA.

6. **Cancer.** Cancer sharing eligibility is available immediately for new occurrences of cancer. Any pre-existing or recurring cancer condition is not eligible for sharing. Cancer sharing will not be available for individuals who have cancer at the time of or five (5) years prior to application. If cancer existed outside of the 5-year time frame of a pre-existing look-back, the following must be met in the five (5) years prior to application, to be eligible for future, non-recurring cancer incidents. 1. The condition had not been treated nor was future treatment prescribed/planned; 2. The condition had not produced harmful symptoms (only benign symptoms); 3. The condition had not deteriorated. Cancer is limited to a maximum per term of $500,000 when applicable.

7. **Chemotherapy.** Subject to cancer limitations.

8. **Radiation Therapy.** Subject to cancer limitations.

9. **Chronic Maintenance.** Chronic maintenance is eligible when a member has chosen a plan with chronic maintenance specifically included and a listing of the maximum number of allowable visits. See 'Appendix A' attached hereto.

# YOUR SUMMARY OF COST SHARING, ELIGIBLE NEEDS, & LIMITS

10. **Cardiac Rehabilitation.** Eligible after MSRA.

11. **Diagnostic Lab & Pathology.** Eligible after MSRA.

12. **Diagnostic Lab & Radiology.** Eligible after MSRA.

13. **Emergency Room.** Emergency room services for stabilization or initiation of treatment of a medical emergency condition provided on an outpatient basis at a hospital, clinic, or Urgent Care facility, including when hospital admission occurs within twenty-three (23) hours of emergency room treatment.

14. **Eye Care.** Limited to medical necessity and accident only. Excludes cosmetic, frames, lenses, contacts, extensive eye exams and subject to pre-existing limitations.

15. **Home Health Care.** Eligible after MSRA.

16. **Home Infusion Services.** Eligible after MSRA.

17. **Hospice Services.** Eligible after MSRA.

18. **Hospitalization.** Hospital charges for inpatient or outpatient hospital treatment or surgery for a medically diagnosed condition.

19. **Maternity.** AlieraCare Bronze, Silver, and Gold plans have full maternity benefits. Medical expenses for maternity ending in a delivery by emergency cesarean section that are medically necessary, are eligible for sharing up to $8,000, subject to the applicable Member Shared Responsibility Amount. Medical expenses for a newborn arising from complications at the time of delivery, including, but not limited to, premature birth, are treated as a separate incident and limited to $50,000 of eligible sharing, subject to the Member Shared Responsibility Amount.

20. **Mental Health.** Plan holders are eligible for $2,500 (max) for Psychotherapy office visits and $1,000 (max) at out-patient facilities. Excludes in-patient and residential settings.

21. **Occupational Therapy.** Up to six (6) visits per membership year for occupational therapy

22. **Organ Transplant Limit.** Eligible needs requiring organ transplant may be shared up to a maximum of $150,000 per member. This includes all costs in conjunction with the actual transplant procedure. Needs requiring multiple organ transplants will be considered on a case-by-case basis.

23. **Physical Therapy.** Up to six (6) visits per membership year for physical therapy by a licensed physical therapist.

24. **Podiatry Services.** Eligible after MSRA.

25. **Preadmission Testing.** Eligible after MSRA.

## YOUR SUMMARY OF COST SHARING, ELIGIBLE NEEDS, & LIMITS

26. **Prescription Drugs.** The AlieraCare plan includes a service by RX Valet, which includes discounts for prescription drugs. See Appendix for details.

27. **Preventive.** Most programs from either Unity or Aliera provide everyone with the necessities of the 63 preventive care services as outlined by the United States Preventive Task force. (Excludes CarePlus Advantage.) Preventive care includes the PCP office visit and does not require a co-expense or consult fee.

28. **Primary Care.** Depending on your plan choice, primary care is at the core of preventing medical issues from escalating into a more catastrophic need. See Appendix for the specific plan details.

29. **Pulmonary Rehab**

30. **Retail Walk in Clinics.** Subject to specialty consult fee based on plan chosen. See Appendix for details.

31. **Routine Hearing Exams.** At Primary Care (PCP) only.

32. **Routine Nursing Care of Newborn Infant.** Eligible after MSRA.

33. **Skilled Nursing Facility.** Eligible after MSRA.

34. **Sleep Disorders.** Overnight Sleep Testing Limit: All components of a polysomnogram must be completed in one session. A second overnight test will not be eligible for sharing under any circumstance. Overnight sleep testing must be medically necessary and will require pre-authorization. Allowed charges will not exceed the Usual, Customary, and Reasonable charges for the area.

35. **Smoking Cessation.** Members who have acknowledged they smoke and made an additional contribution are provided the opportunity to obtain free smoking cessation medication and counseling through the eligible preventive services.

36. **Specialty Care.** For most everyday medical conditions, your PCP is your one-stop medical shop. However, there are cases when it's time to see a specialist who's had additional education and been board certified for that specialty. For situations like these, the AlieraCare Bronze, Silver, and Gold plans provides specialty care benefits at the cost of just a consult fee. A member will need to receive a PCP referral to see a specialist for treatment or consultation outside of their scope of knowledge.

37. **Speech Therapy.** Up to six (6) visits per membership year. Only applicable after a stroke.

38. **Surgical Benefits.** Non-life-threatening surgical benefits are not available for the first 60 days of membership. Please verify eligibility by calling Member Services before receiving any surgical services.

## YOUR SUMMARY OF COST SHARING, ELIGIBLE NEEDS, & LIMITS

39. **Telemedicine.** Telemedicine is included in all AlieraCare programs offered by Unity Healthshare, LLC and Aliera Healthcare as your first line of defense. Your membership provides you and your family 24/7/365 access to a U.S. Board certified medical doctor.

40. **Urgent Care.** If your plan provides cost sharing for Urgent Care, you will have the added benefit of enjoying the ability to choose an Urgent Care facility in lieu of an emergency room. See the Appendix for any urgent care options and any limitations to plan.

41. **X-rays.** X-rays listed on your plan details in the Appendix are for imaging services at PCP or Urgent Care facilities only and require a $25 read fee per view at time of service. Your MSRA will apply to all other x-rays. MRI, CT Scans and other diagnostics must be paid with your MSRA before cost sharing is provided.

*Medical Expense Incident is any medically diagnosed condition receiving medical treatment and incurring medical expenses of the same diagnosis. All related medical bills of the same diagnosis comprise the same incident. Such expenses must be submitted for sharing in the manner and form specified by Unity Healthshare, LLC. This may include, but not be limited to, standard industry billing forms (HCFA1500 and/or UB 92) and medical records. Members share these kinds of costs.*

## LIMITS OF SHARING

Total eligible needs shared from member contributions are limited as defined in this section and as further limited in writing to the individual member.

1. Lifetime Limits. $1,000,000: the maximum amount shared for eligible needs over the course of an individual member's lifetime.
2. Per Incident. The occurrence of one particular sickness, illness, or accident.
3. Cancer Limits when applicable. Cancer is limited to a maximum per term of $500,000 when applicable
4. Member Shared Respons bility Amounts (MSRA). Eligible needs are limited to the amounts in excess of the MSRA, which are applied per individual member per the plan year. MSRA(s). The eligible amount that does not qualify for sharing based on the membership type chosen by the member.
5. Non-Affiliated Practitioner. Services rendered by a non-affiliated practitioner will not be eligible for sharing nor will any amount be applied to your MRSA unless specified differently in the plan details contained herein.

**Cost Sharing for Pre-Existing Conditions**

**Bronze Program** cost sharing parameters for pre-existing conditions. The following restrictions are only applicable to a pre-existing condition and do not affect normal sharing for other non-pre-existing related incidents, events, etc.

1. Chronic or recurrent conditions that have evidenced signs/symptoms and/or received treatment and/or medication within the past 24 months are not eligible for sharing during the first 24 months of membership.
2. Upon inception of the 25th month of continuous membership and thereafter, the condition may no longer be subject to the pre-existing condition sharing limitations.
3. Appeals may be considered for earlier sharing in surgical interventions when it is in the mutual best interest of both the members and the membership to do so.

**Silver Program** cost sharing parameters for pre-existing conditions. The following restrictions are only applicable to a pre-existing condition and do not affect normal sharing for other non-pre-existing related incidents, events, etc.

1. During the first two years of continuous membership, sharing is available up to $10,000 of total medical expenses incurred for pre-existing conditions per year, after a separate MSRA equal to two times your plan MSRA.

## LIMITS OF SHARING

2. Upon inception of the 25th month of continuous membership and thereafter, the condition may no longer be subject to the pre-existing condition sharing limitations.
3. Appeals may be considered for earlier sharing in surgical interventions when it is in the mutual best interest of both the members and the membership to do so.

**Gold Program** cost sharing parameters for pre-existing conditions. The following restrictions are only applicable to a pre-existing condition and do not affect normal sharing for other non-pre-existing related incidents, events, etc.

1. During the first two years of continuous membership, sharing is available up to $20,000 of total medical expenses incurred for a pre-existing condition per year, after a separate MSRA equal to two times your plan MSRA.
2. Upon the inception of the 25th month of continuous membership and thereafter, the condition may no longer be subject to the pre-existing condition sharing limitations.
3. Appeals may be considered for earlier sharing in surgical interventions when it is in the mutual best interest of both the members and the membership to do so.

**Other Resources**. Benefits available to the member from other sources such as insurance, VA, Tricare, private grants, or by a liable third party (primary, auto, home insurance, educational, etc.), will be considered the member's primary benefit source, and the member will be required to file medical claims with those providers first. If there are medical expenses that those sources do not pay, the member is authorized to submit the excess medical expenses for sharing, and the MSRA will be waived, up to the maximum MSRA as defined in the member's plan. The MSRA will only be waived if a third party source pays on the member's behalf. Sharing of monthly contributions for a need that is later paid, or found to payable by another source will automatically allow Unity Healthshare, LLC full rights to recover the amounts that were shared with the member.

## MEDICAL EXPENSES NOT GENERALLY SHARED  BY HCSM

Only needs incurred on or after the membership effective date are eligible for sharing under the membership instructions. The member (or the member's provider) must submit a request for sharing in the manner and format specified by Unity Healthshare, LLC. This includes, but is not limited to, a Need Processing Form, standard industry billing forms (HCFA 1500 and/or most recent UB form), and may include medical records. All participating members have a responsibility to abide by the Members' Rights and Responsibilities published by Unity Healthshare, LLC and are included at the end of these guidelines. Needs arising from any one of the following are not eligible for sharing under the membership clearing house instructions:

1. Abortion Services
2. Acupuncture Services
3. Aqua Therapy
4. Biofeedback
5. Birth Control (Male) Elective Sterilization
6. Birth Control (Male) Reversal of Sterilization
7. Cataract Contacts or Glasses
8. Chemical Face Peels
9. Chiropractic Services
10. Christian Science Practitioner
11. Cochlear Devices
12. Cosmetic Surgery
13. Custodial Care Services
14. Dental Services
15. Dermabrasion Services
16. Diabetic Insulin, Supplies, and Syringes
17. Doula
18. Durable Medical Equipment
19. Education Services
20. Exercise Equipment
21. Experimental Drugs
22. Experimental Procedures
23. Extreme sports: Sports that voluntarily put an individual in a life-threatening situation. Sports such as but not limited to "free climb" rock climbing, parachuting, fighting, martial arts, racing, cliff diving, powerboat racing, air racing, motorcycle racing, extreme skiing, wingsuit, and similar.
24. Gender Dysphoria Office Visit – PCP
25. Gender Dysphoria Office Visit – Specialist
26. Gender Dysphoria
27. Genetic Testing

## MEDICAL EXPENSES NOT GENERALLY SHARED  BY HCSM

28. Group Therapy Services
29. Hemodialysis
30. Hypnotherapy Services
31. Infertility Diagnostic or treatment
32. Infertility Services
33. Investigational Drugs/Procedures
34. Lifestyles or activities engaged in after the application date that conflicts with the Statement of Beliefs (on the membership application).
35. Massage Therapy
36. Midwifery
37. MILIEU Situational Therapy Services
38. Morbid Obesity
39. Non- Routine Hearing Exams & Hearing Aids
40. Nurse Practitioner
41. Orthotics (back, neck, knee, wrist, etc.)
42. Orthopedic Shoes
43. Pain Management
44. Personal aircraft includes hang gliders, parasails, ultra-lights, hot air balloons, sky-diving, and any other aircraft not operated by a commercially licensed public carrier.
45. Personal Convenience Items
46. Post-Surgical Bras
47. Private Duty Nursing Services
48. Professional Sports Injuries.
49. Prosthetic Appliances
50. Robotic Surgery
51. Self-Inflicted Injury
52. Sexual Dysfunction Services
53. Sexual Transformation Services
54. Substance Abuse
55. Surgical Stockings
56. Treatment or referrals received or obtained from any family member including, but not limited to, father, mother, aunt, uncle, grandparent, sibling, cousin, dependent, or any in-laws.

## PRE-AUTHORIZATION REQUIRED

**Non-Emergency Surgery, Procedure, or Test.** The member must have the following procedures or services pre-authorized as medically necessary prior to receiving the service. Failure to comply with this requirement will render the service not eligible for sharing.

Hospitalizations. Non-emergency prior to admission; emergency visits notification to Unity Healthshare, LLC within 48 hours.

- MRI studies/CT scans/Ultrasounds
- Sleep studies must be completed in one session
- Physical or occupational therapy
- Speech therapy under limited circumstances only
- Cardiac testing, procedures, and treatments
- In-patient cancer testing, procedures, and treatments
- Infusion therapy within facility
- Nuclide studies
- EMG/EEG
- Ophthalmic procedures
- ER visits, emergency surgery, procedure, or test: Non-emergency use of the emergency room is not eligible for sharing. Unity Healthshare, LLC must be notified of all ER visits within 48 hours. Medical records will be reviewed for all ER visits to determine eligibility. An emergency is defined as treatment that must be rendered to the patient immediately for the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death. Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.

**Eligibility for Cancer Needs.** In order for needs related to cancer hospitalization of any type to be eligible (e.g. breast, colorectal, leukemia, lymphoma, prostate, skin, etc.), the member must meet the following requirements:

The member is required to contact Unity Healthshare, LLC within 30 days of diagnosis. If the member fails to notify Unity Healthshare, LLC within the 30-day time frame, the member will be responsible for 50% of the total allowed charges after the MRSA(s) has been assessed to the member for in-patient cancer hospitalization.

Early detection provides the best chance for successful treatment and in the most cost effective manner. Effective January 1, 2017, the membership requires that all members aged 40 and older receive appropriate screening tests every other year – mammogram or thermography and pap smear with pelvic exams for women and PSA testing for men. Failure to obtain biannual mammograms and gynecological tests listed above for women or PSA tests for men will render future needs for breast, cervical, endometrial, ovarian, or prostate cancer ineligible for sharing.

31

## DISPUTE RESOLUTION AND APPEAL

Unity Healthshare, LLC is a voluntary association of like-minded people who come together to assist each other by sharing medical expenses. Such a sharing and caring association does not lend itself well to the mentality of legally enforceable rights. However, it is recognized that differences of opinion will occur, and that a methodology for resolving disputes must be available. Therefore, by becoming a Sharing Member of Unity Healthshare, LLC, you agree that any dispute you have with or against Unity Healthshare, LLC, its associates, or employees will be settled using the following steps of action, and only as a course of last resort.

If a determination is made with which the sharing member disagrees and believes there is a logically defensible reason why the initial determination is wrong, then the sharing member may file an appeal.

A. 1st Level Appeal. Most differences of opinion can be resolved simply by calling Unity Healthshare, LLC who will try to resolve the matter telephonically within a reasonable amount of time.

B. 2nd Level Appeal. If the sharing member is unsatisfied with the determination of the member services representative, then the sharing member may request a review by the Internal Resolution Committee, made up of three Unity Healthshare, LLC officials. The appeal must be in writing, stating the elements of the dispute and the relevant facts. Importantly, the appeal should address all of the following:

1. What information does Unity Healthshare, LLC have that is either incomplete or incorrect?

2. How do you believe Unity Healthshare, LLC has misinterpreted the information already on hand?

3. Which provision in the Unity Healthshare, LLC Guidelines do you believe Unity Healthshare, LLC applied incorrectly?

Within thirty (30) days, the Internal Resolution Committee will render a written decision, unless additional medical documentation is required to make an accurate decision.

C. 3rd Level Appeal. Should the matter remain unresolved, then the aggrieved party may ask that the dispute be submitted to three sharing members in good standing and randomly chosen by Unity Healthshare, LLC, who shall agree to review the matter and shall constitute an External Resolution Committee. Within thirty (30) days the External Resolution Committee shall render their opinion in writing, unless additional medical documentation is required to make an accurate decision.

32

## DISPUTE RESOLUTION AND APPEAL

D. **Final Appeal.** If the aggrieved sharing member disagrees with the conclusion of his/her fellow sharing members, then the aggrieved party may ask that the dispute be submitted to a medical expense auditor, who shall have the matter reviewed by a panel consisting of personnel who were not involved in the original determination and who shall render their opinion in writing within thirty (30) days, unless additional medical documentation is required to make an accurate decision.

E. **Mediation and Arbitration.** If the aggrieved sharing member disagrees with the conclusion of the Final Appeal Panel, then the matter shall be submitted by first submitting the disputed matter to mediation. If the dispute is not resolved the matter will be submitted to legally binding arbitration in accordance with the Rules and Procedure of the American Arbitration Association. Sharing members agree and understand that these methods shall be the sole remedy to resolve any controversy or claim arising out of the Sharing Guidelines, and expressly waive their right to file a lawsuit in any civil court against one another for such disputes; except to enforce an arbitration decision. Any arbitration shall be held in Atlanta, Georgia, and conducted in the English language subject to the laws of the State of Georgia. Unity Healthshare, LLC shall pay the filing fees for the arbitration and arbitrator in full at the time of filing. All other expenses of the arbitration shall be paid by each party including costs related to transportation, accommodations, experts, evidence gathering, and legal counsel. Further agreed that the aggrieved sharing member shall reimburse the full costs associated with the arbitration, should the arbitrator render a judgment in favor of Unity Healthshare, LLC and not the aggrieved sharing member.

The aggrieved sharing member agrees to be legally bound by the arbitrator's final decision. The parties may alternatively elect to use other professional arbitration services available in the Atlanta metropolitan area, by mutual agreement.

## APPENDIX A: PLAN DETAILS BRONZE LEVEL

PPO Network   **PPO Multiplan PHCS**

| Eligible Medical Cost Sharing | Network | Non-Network |
|---|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | | |
| **Wellness & Preventive Care** | 100% | 50% after MSRA |
| **Telemedicine** | Unlimited | Unlimited |
| **Primary Care** | $50 Consult Fee | 50% after MSRA |
| **Specialty Care** | $125 Consult Fee | 50% after MSRA |
| **Urgent Care** | $100 Consult Fee | 50% after MSRA |
| **Emergency Room Services**[1] Emergency room services including hospital facility and physician charges. | $500 Consult Fee | $500 Consult Fee |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)**[2,3,4] | | |
| **MSRA** Per member 1 (1–2 members) | $1,000, $2,500, $5,000, $10,000 | 50% towards MSRA |
| **MSRA** Family maximum (3+ members) | $3,000, $7,500, $15,000, $30,000 | 50% towards MSRA |
| **Out-of-Pocket Maximum** Per member 1 (1–2 members) | $3,000, $7,500, $15,000, $30,000 | $6,000, $15,000, $30,000, $60,000 |
| **Out-of-Pocket Maximum** – Family maximum (3+ members) | $9,000, $22,500, $45,000, $90,000 | $18,000, $45,000, $90,000, $180,000 |
| **Co-expense (Plan Pays)** | 60% after MSRA | 50% after MSRA |
| **Hospitalization In-Patient]** | 60% after MSRA | 50% after MSRA |
| **Hospitalization Out-Patient** | 60% after MSRA | 50% after MSRA |
| **Imaging** Eligible charges for CT, PET scans, MRIs, and  he charges for related supplies. [Unity] | 60% after MSRA | 50% after MSRA |
| **Laboratory Out-Patient and Professional Services** Sharing eligible for professional components of labs, including office, out-patient, and in-patient charges. | 60% after MSRA | 50% after MSRA |
| **X-rays and Diagnostic Imaging** Sharing eligible for the professional components of labs, including the office, out-patient, and in-patient charges. | 60% after MSRA | 50% after MSRA |
| **Generic Prescription Drugs** | No cost-sharing | Not eligible |
| **Preferred Brand Drugs** | 50% cost-sharing* | Not eligible |
| **Non-Preferred Brand Drugs** | No cost-sharing | Not eligible |
| **Mail-Order** | 75% cost-sharing* | Not eligible |

*See Legal Appendix on page 37*

## APPENDIX A: PLAN DETAILS
## SILVER LEVEL

PPO Network   **PPO Multiplan PHCS**

| Eligible Medical Cost Sharing | Network | Non-Network |
|---|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | | |
| **Wellness & Preventive Care** | 100% | 60% after MSRA |
| **Telemedicine** | Unlimited | Unlimited |
| **Primary Care** | $35 Consult Fee | 60% after MSRA |
| **Specialty Care** | $75 Consult Fee | 60% after MSRA |
| **Urgent Care** | $75 Consult Fee | 60% after MSRA |
| **Emergency Room Services** [Aliera] Emergency room services including hospital facility and physician charges. | $300 Consult Fee | $500 Consult Fee |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | | |
| **MSRA** Per member 1 (1–2 members) | $1,000, $2,500, $5,000, $10,000 | 60% towards MSRA |
| **MSRA** Family maximum (3+ members) | $3,000, $7,500, $15,000, $30,000 | 60% towards MSRA |
| **Out-of-Pocket Maximum** Per member 1 (1–2 members) | $3,000, $7,500, $15,000, $30,000 | $6,000, $15,000, $30,000, $60,000 |
| **Out-of-Pocket Maximum – Family** maximum (3+ members) | $9,000, $22,500, $45,000, $90,000 | $18,000, $45,000, $90,000, $180,000 |
| **Co-expense (Plan Pays)** | 70% after MSRA | 60% after MSRA |
| **Hospitalization In-Patient** | 70% after MSRA | 60% after MSRA |
| **Hospitalization Out-Patient** [Unity] | 70% after MSRA | 60% after MSRA |
| **Imaging** Eligible charges for CT, PET scans, MRIs, and the charges for related supplies. | 70% after MSRA | 60% after MSRA |
| **Laboratory Out-Patient and Professional Services** Sharing eligible for professional components of labs, including o fice, out-patient, and in-patient charges. | 70% after MSRA | 60% after MSRA |
| **X-rays and Diagnostic Imaging** Sharing eligible for the professional components of labs, including the office, out-patient, and in-patient charges. | 70% after MSRA | 60% after MSRA |
| **Generic Prescription Drugs** | No cost-sharing | Not eligible |
| **Preferred Brand Drugs** | 50% cost-sharing* | Not eligible |
| **Non-Preferred Brand Drugs** | No cost-sharing | Not eligible |
| **Mail-Order** | 75% cost-sharing* | Not eligible |

35   *See Legal Appendix on page 37*

## APPENDIX A: PLAN DETAILS
## GOLD LEVEL

PPO Network   **PPO Multiplan PHCS**

| Eligible Medical Cost Sharing | Network | Non-Network |
|---|---|---|
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | | |
| **Wellness & Preventive Care** | 100% | 70% after MSRA |
| **Telemedicine** | Unlimited | Unlimited |
| **Primary Care** | $20 Consult Fee | 70% after MSRA |
| **Specialty Care** | $75 Consult Fee | 70% after MSRA |
| **Urgent Care** | $75 Consult Fee | 70% after MSRA |
| **Emergency Room Services** Emergency room services including hospital facility and physician charges. | $150 Consult Fee | $300 Consult Fee |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | | |
| **MSRA** Per member 1 (1–2 members) | $1,000, $2,500, $5,000, $10,000 | 70% towards MSRA |
| **MSRA** Family maximum (3+ members) | $3,000, $7,500, $15,000, $30,000 | 70% towards MSRA |
| **Out-of-Pocket Maximum** Per member 1 (1–2 members) | $3,000, $7,500, $15,000, $30,000 | $6,000, $15,000, $30,000, $60,000 |
| **Out-of-Pocket Maximum – Family** maximum (3+ members) | $9,000, $22,500, $45,000, $90,000 | $18,000, $45,000, $90,000, $180,000 |
| **Co-expense (Plan Pays)** | 80% after MSRA | 70% after MSRA |
| **Hospitalization In-Patient** | 80% after MSRA | 70% after MSRA |
| **Hospitalization Out-Patient** | 80% after MSRA | 70% after MSRA |
| **Imaging** Eligible charges for CT, PET scans, MRIs, and  he charges for related supplies. | 80% after MSRA | 70% after MSRA |
| **Laboratory Out-Patient and Professional Services** Sharing eligible for professional components of labs, including office, out-patient, and in-patient charges. | 80% after MSRA | 70% after MSRA |
| **X-rays and Diagnostic Imaging** Sharing eligible for the professional components of labs, including the office, out-patient, and in-patient charges. | 80% after MSRA | 70% after MSRA |
| **Generic Prescription Drugs** | No cost-sharing | Not eligible |
| **Preferred Brand Drugs** | 50% cost-sharing* | Not eligible |
| **Non-Preferred Brand Drugs** | No cost-sharing | Not eligible |
| **Mail-Order** | 75% cost-sharing* | Not eligible |

*See Legal Appendix on page 37*   36

## APPENDIX A: PLAN DETAILS
## BRONZE

**Lifetime Maximum Sharing: $1,000,000**

**Bronze Program cost-sharing parameters for pre-existing conditions.** Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24 month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.

   a. Pre-existing Condition: chronic or recurrent conditions that have evidenced signs/symptoms and/or received treatment and/or medication within the past 24 months are not elig ble for sharing during the first 24 months of membership.

   b. Upon the 25th month of continuous membership and thereafter, the condition will no longer be subject to the pre-existing condition sharing limitations.

   c. Appeals may be considered for earlier sharing in surgical interventions when it is in the best interest of both the members and the membership to do so.

Cancer sharing is available immediately. Cancer sharing is only available for non-recurrent cancer diagnosis.

   1. ER visits are subject to review, and are meant only for life threatening situations.

   2. All members seeking cost-sharing must use the prescription services Rx Valet included with your plan. Prescription drugs are eligible for cost-sharing by the percentage shown once a separate MSRA of $1,500 for all prescriptions is met. Members are required to pay prescription cost out-of-pocket before submitting receipts to Unity Healthshare, LLC mailing address, Attn. Unity Rx Claims, for review and cost-sharing. Maximum reimbursement of $4,000 per plan year.

   3. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student. Unity Healthshare, LLC plans follow medical eligibility review protocols described in the plan but are not a promise to pay. Sharing is available for all eligible medical needs.

**Administrative and Conditional Fees:** $125 one-time application fee per enrollment

Products NOT available in: AK, HI, MD, ME, PR, WA, WY; subject to change w/o prior notice.

## APPENDIX A: PLAN DETAILS
## SILVER

**Lifetime Maximum Sharing: $1,000,000**

**Silver Program cost-sharing parameters for pre-existing conditions.** Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have limitations during the first 24 months of membership.

   a. During the first two years (24 months) of continuous membership, sharing is available up to $10,000 of total medical expenses incurred for pre-existing conditions per year, after a separate MSRA equal to two times your plan MSRA.

   b. Upon inception of the 25th month of continuous membership and thereafter, the condition may no longer be subject to the pre-existing condition sharing limitations.

   c. Appeals may be considered for earlier sharing in surgical interventions when it is in the mutual best interest of both the members and the membership to do so.

Cancer sharing is available immediately. Cancer sharing is only available for non-recurrent cancer diagnosis.

   1. ER visits are subject to review, and are meant only for life threatening situations.

   2. All members seeking cost-sharing must use the prescription services Rx Valet included with your plan. Prescription drugs are eligible for cost-sharing by the percentage shown once a separate MSRA of $1,500 for all prescriptions is met. Members are required to pay prescription cost out-of-pocket before submitting receipts to Unity Healthshare, LLC mailing address, Attn. Unity Rx Claims, for review and cost-sharing. Maximum reimbursement of $4,000 per plan year.

   3. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student. Unity Healthshare, LLC plans follow medical elig bility review protocols descr bed in the plan but are not a promise to pay. Sharing is available for all eligible medical nee

**Administrative and Conditional Fees:** $125 one-time application fee per enrollment

Products NOT available in: AK, HI, MD, ME, PR, WA, WY; subject to change w/o prior notice.

## APPENDIX A: PLAN DETAILS
## GOLD

**Lifetime Maximum Sharing: $1,000,000**

**Gold Program cost-sharing parameters for pre-existing conditions.** Hospitalization, Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have limitations during the first 24 months of membership.

   a. During the first two years (24 months) of continuous membership, sharing is available up to $20,000 of total medical expenses incurred for pre-existing conditions per year, after a separate MSRA equal to two times your plan MSRA.

   b. Upon inception of the 25th month of continuous membership and thereafter, the condition may no longer be subject to the pre-existing condition sharing limitations.

   c. Appeals may be considered for earlier sharing in surgical interventions when it is in the mutual best interest of both the members and the membership to do so.

Cancer sharing is available immediately. Cancer sharing is only available for non-recurrent cancer diagnosis.

1. ER visits are subject to review, and are meant only for life threatening situations.

2. All members seeking cost-sharing must use the prescription services Rx Valet included with your plan. Prescription drugs are eligible for cost-sharing by the percentage shown once a separate MSRA of $1,500 for all prescriptions is met. Members are required to pay prescription cost out-of-pocket before submitting receipts to Unity Healthshare, LLC mailing address, Attn. Unity Rx Claims, for review and cost-sharing. Maximum reimbursement of $4,000 per plan year.

3. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student.Unity Healthshare, LLC plans follow medical eligibility review protocols described in the plan but are not a promise to pay. Sharing is available for all eligible medical needs.

**Administrative and Conditional Fees:** $125 one-time application fee per enrollment

Products NOT available in: AK, HI, MD, ME, PR, WA, WY; subject to change w/o prior notice.

## APPENDIX B: TERMS, CONDITIONS,
## & SPECIAL CONSIDERATIONS

1. The Welcome Kit you received electronically includes this Quick Guide, your Membership Card(s), a Welcome Letter, and important information to activate your membership.

2. Keep your Membership Card with you at all times to present to a provider to confirm eligibility.

3. The ACA is subject to change at any time; Aliera reserves the right to adhere to those changes without notice to the Member.

4. Activate your Plan Membership by following the instructions in this Quick Guide.

5. Set up your telemedicine account by following the instructions on the Welcome Letter. Within three weeks of enrollment in Aliera's telemedicine partnering company, Members receive ID Card(s) for the telemedicine service along with instructions on how to utilize the service.

6. Telemedicine operates subject to state regulations and may not be available in certain states.

7. Telemedicine phone consultations are available 24/7/365, with face-to-face internet consultations available between the hours of 7 a.m. and 9 p.m., Monday – Friday.

8. Telemedicine does not guarantee that a prescription will be written.

9. Telemedicine does not prescr be DEA-controlled substances, non-therapeutic drugs, and certain other drugs which may be harmful because of their potential for abuse. Telemedicine doctors reserve the right to deny care for potential misuse of services.

10. Durable Medical Equipment (DME) – i.e. crutches, etc. – is not included in your Plan. Members will be charged for DME at time of service.

11. Aliera cannot guarantee that a provider will accept an Aliera Plan if the Member fails to contact the Aliera Concierge Service first.

12. Member Care Specialists are available to assist you, Monday through Friday, 8 a.m. to 8 p.m. EST at (844) 834-3456. If you call after hours, follow the prompts.

13. Plans may vary from state to state. Providers may be added or removed from Aliera's network at any time without notice.

14. Not all geographical areas are serviced by Aliera Healthcare. Should a Member visit an emergency room because urgent care facilities are unavailable in the Member's area, Aliera offers a one-time, once-a-year, $105 credit (ex gratia) to the Member to help offset the costs incurred.

# APPENDIX B: TERMS, CONDITIONS, & SPECIAL CONSIDERATIONS

15. Aliera telemedicine partners do not replace the Primary Care Provider.

16. Primary Care is defined as "episodic primary care" or "sick care." Members are responsible for paying a consult fee at the time of service; no consult fee is due for preventive service.

17. Most network facilities are able to accommodate both urgent care and primary care needs.

18. Not all PPO providers accept an AlieraCare plan. While Aliera offers one of the largest PPO networks in the country, some providers may not participate.

## Disclosures

1. Aliera Healthcare, the Aliera Healthcare logo, and other plan or service logos are trademarks of Aliera Healthcare, Inc. and may not be used without written permission.

2. Aliera and Unity programs are NOT insurance. Aliera Healthcare, Inc./Unity Healthshare, LLC does not guarantee the quality of services or products offered by individual providers. Members may change providers upon 30 days' notice if not satisfied with the medical services provided.

3. Aliera's Healthcare Plans offer services only to Members and dependents on your Plan.

4. Aliera reserves the right to interpret the terms of this membership to determine the level of medical services received hereunder.

5. This membership is issued in consideration of the Member's application and the Member's payment of a monthly fee as provided under these Plans. Omissions and misstatements, or incorrect, incomplete, fraudulent, or intentional misrepresentation to the assumed risk in your application may void your membership, and services may be denied.

## Abbreviations

| | |
|---|---|
| **ACA** | Affordable Care Act (Obamacare) |
| **CMS** | Center for Medicare and Medicaid Services |
| **DEA** | Drug Enforcement Administration |
| **DME** | Durable Medical Equipment |
| **DPCMH** | Direct Primary Care Medical Home Plans |
| **HCSM** | Health Care Sharing Ministry |
| **MEC** | Minimum Essential Coverage |
| **PCP** | Primary Care Provider |
| **PPO** | Participating Provider Organization |
| **UC** | Urgent Care |

# APPENDIX C: LEGAL NOTICES

The following legal notices are the result of discussions by Unity Healthshare, LLC or other healthcare sharing ministries with several state regulators and are part of an effort to ensure that Sharing Members understand that Unity Healthshare, LLC is not an insurance company and that it does not guarantee payment of medical costs. Our role is to enable self-pay patients to help fellow Americans through voluntary financial gifts.

## General Legal Notice

This program is not an insurance company nor is it offered through an insurance company. This program does not guarantee or promise that your medical bills will be paid or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this program should never be considered as a substitute for an insurance policy. Whether you receive any payments for medical expenses and whether or not this program continues to operate, you are always liable for any unpaid bills.

## State Specific Notices

### Alabama Code Title 22-6A-2

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Arizona Statute 20-122

Notice: the organization facilitating the sharing of medical expenses is not an insurance company and the ministry's guidelines and plan of operation are not an insurance policy. Whether anyone chooses to assist you with your medical bills will be completely voluntary because participants are not compelled by law to contribute toward your medical bills. Therefore, participation in the ministry or a subscription to any of its documents should not be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills.

## APPENDIX C: LEGAL NOTICES

### Arkansas Code 23-60-104.2

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. If anyone chooses to assist you with your medical bills, it will be totally voluntary because participants are not compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive a payment for medical expenses or if this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Florida Statute 624.1265

Unity Healthshare, LLC is not an insurance company, and membership is not offered through an insurance company. Unity Healthshare, LLC is not subject to the regulatory requirements or consumer protections of the Florida Insurance Code.

### Georgia Statute 33-1-20

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Idaho Statute 41-121

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

## APPENDIX C: LEGAL NOTICES

### Illinois Statute 215-5/4-Class 1-b

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation constitute or create an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally respons ble for the payment of your own medical bills.

### Indiana Code 27-1-2.1

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any other participant can be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally respons ble for the payment of your own medical bills.

### Kentucky Revised Statute 304.1-120 (7)

Notice: Under Kentucky law, the religious organization facilitating the sharing of medical expenses is not an insurance company, and its guidelines, plan of operation, or any other document of the religious organization do not constitute or create an insurance policy. Participation in the religious organization or a subscription to any of its documents shall not be considered insurance. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any participant shall be compelled by law to contribute toward your medical bills. Whether or not you receive any payments for medical expenses, and whether or not this organization continues to operate, you shall be personally responsible for the payment of your medical bills.

### Louisiana Revised Statute Title 22-318,319

Notice: The ministry facilitating the sharing of medical expenses is not an insurance company. Neither the guidelines nor the plan of operation of the ministry constitutes an insurance policy. Financial assistance for the payment of medical expenses is strictly voluntary. Participation in the ministry or a subscription to any publication issued by the ministry shall not be considered as enrollment in any health insurance plan or as a waiver of your responsibility to pay your medical expenses.

# APPENDIX C: LEGAL NOTICES

**Maine Revised Statute Title 24-A, §704, sub-§3**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Maryland Article 48, Section 1-202(4)**

Notice: This publication is not issued by an insurance company nor is it offered through an insurance company. It does not guarantee or promise that your medical bills will be published or assigned to others for payment. No other subscr ber will be compelled to contribute toward the cost of your medical bills. Therefore, this publication should never be considered a substitute for an insurance policy. This activity is not regulated by the State Insurance Administration, and your liabilities are not covered by the Life and Health Guaranty Fund. Whether or not you receive any payments for medical expenses and whether or not this entity continues to operate, you are always liable for any unpaid bills.

**Mississippi Title 83-77-1**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment of medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Missouri Section 376.1750**

Notice: This publication is not an insurance company nor is it offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other subscr ber or member will be compelled to contr bute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

# APPENDIX C: LEGAL NOTICES

**Nebraska Revised Statute Chapter 44-311**

IMPORTANT NOTICE. This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contr bute toward your medical bills. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally respons ble for the payment of your own medical bills. This organization is not regulated by the Nebraska Department of Insurance. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

**New Hampshire Section 126-V:1**

IMPORTANT NOTICE This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the New Hampshire Insurance Department. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

**North Carolina Statute 58-49-12**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be voluntary. No other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally liable for the payment of your own medical bills.

# APPENDIX C: LEGAL NOTICES

# APPENDIX C: LEGAL NOTICES

**Pennsylvania 40 Penn. Statute Section 23(b)**

Notice: This publication is not an insurance company nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be published or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this publication should never be considered a substitute for insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always liable for any unpaid bills.

**South Dakota Statute Title 58-1-3.3**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payments for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Texas Code Title 8, K, 1681.001**

Notice: This health care sharing ministry facilitates the sharing of medical expenses and is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the ministry or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills. Complaints concerning this health care sharing ministry may be reported to the office of the Texas attorney general.

**Virginia Code 38.2-6300-6301**

Notice: This publication is not insurance, and is not offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other member will be compelled by law to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for

the payment of your own medical bills.

**Wisconsin Statute 600.01 (1) (b) (9)**

ATTENTION: This publication is not issued by an insurance company, nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be published or assigned to others for payment. Whether anyone chooses to pay your medical bills is entirely voluntary. This publication should never be considered a substitute for an insurance policy. Whether or not you receive any payments for medical expenses, and whether or not this publication continues to operate, you are responsible for the payment of your own medical bills.

This is NOT Insurance.

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 4



**2018 MEMBER GUIDE**



# ALIERACARE™
### VALUE | PLUS | PREMIUM



**INDIVIDUAL & FAMILY**



**ALIERA™**
HEALTHCARE

AlieraCare Plans are NOT Insurance.

# CONTENTS

**Member Guide** ............................................................. 2

  Welcome ................................................................... 2

    Member Portal ...................................................... 2

    Contact Information .............................................. 2

    Plan Services & Membership at a Glance ...................... 4

    Getting Started ..................................................... 6

**Part I:**

**How to Use Your Membership** .................................... 9

  Preventive Care ....................................................... 10

  Urgent Care ............................................................ 11

  Primary Care .......................................................... 12

  Specialty Care ........................................................ 13

  Hospitalization ....................................................... 13

**Part II:**

**How Your Healthcare Cost-Sharing Ministry**

**(HCSM) Works** ......................................................... 14

    Membership Qualifications .................................... 15

    Statement of Beliefs ............................................. 18

  Definition of Terms .................................................. 19

    Contributors' Instructions and Conditions .................... 21

**Part III:**

**Your Summary of Cost-Sharing, Eligible Needs,**

**& Limits** ................................................................ 22

    Limits of Sharing .................................................. 26

  Medical Expenses Not Generally Shared By HCSM ......... 27

  Pre-Authorization Required ....................................... 29

  Dispute Resolution and Appeal .................................. 30

  Appendix A: Plan Details Value Plan ............................ 32

  Appendix A: Plan Details Plus Plan ............................. 33

  Appendix A: Plan Details Premium Plan ........................ 34

  Appendix A: Plan Details Value, Plus, and Premium ....... 35

  Appendix B: Terms, Conditions,

  & Special Considerations .......................................... 36

    Abbreviations ...................................................... 37

  Appendix C: Legal Notices ........................................ 39

## MEMBER GUIDE

## WELCOME

Welcome to Aliera Healthcare, Inc. | Trinity HealthShare. Thank you for becoming a member. We are committed to providing you and your family with unparalleled service and care at an affordable cost, and we pledge to keep our focus on what's most important – your overall health and wellness.

Please take a few minutes to review the information in this guide. The more informed you are, the easier it will be to get the care you need when you need it the most. Your membership card(s) and this booklet provide important information about your Plan, as well as the steps you need to take to access healthcare at one of the thousands of participating network provider locations. Your welcome information, Member Portal access and temporary member cards are contained in your Welcome Email: please print it and save a copy for reference.

If you have any questions about your Plan, activating your Membership Card, setting up your telemedicine account, Rx discount program, or accessing a healthcare provider, please contact a Member Care Specialist for assistance, **Monday through Friday, 8 a.m. to 8 p.m. ET at (844) 834-3456.**

### Member Portal

Username and password credentials are needed to enter the Member's portal to update payment or personal information. Visit www.alierahealthcare.com and click the Member Login tab. Your user name and password are on the Welcome Email sent at the time of initial enrollment. Member Services can send you a copy of this email following confirmation of identity.

### Contact Information

For general information, account management, monthly contribution, or medical needs, please contact us:

| | |
|---|---|
| **Phone:** | 844-834-3456 |
| **Fax:** | 404-937-6557 |
| **Email:** | memberservices@alierahealthcare.com or memberservices@trinityhealthshare.org |
| **Online:** | www.alierahealthcare.com or www.trinityhealthshare.org |
| **Mail:** | 990 Hammond Drive, Suite 700 Atlanta, GA  30328 |

## Disclaimer

AlieraCare offering by Trinity HealthShare, through Aliera Healthcare, Inc., is a faith-based medical needs sharing membership. Medical needs are only shared by the members according to the membership guidelines. Our members agree to the Statement of Beliefs and voluntarily submit monthly contributions into a cost-sharing account with Trinity HealthShare, acting as a neutral clearing house between members. Organizations l ke ours have been operating successfully for years. We are including the following caveat for all to consider:

This publication or membership is not issued by an insurance company, nor is it offered through an insurance company. This publication or the membership does not guarantee or promise that your eligible medical needs will be shared by the membership. This publication or the membership should never be considered as a substitute for an insurance policy. If the publication or the membership is unable to share in all or part of your eligible medical needs, or whether or not this membership continues to operate, you will remain financially liable for any and all unpaid medical needs.

This is not a legally binding agreement to reimburse any member for medical needs a member may incur, but is instead, an opportunity for members to care for one another in a time of need, to present their medical needs to other members as outlined in the membership guidelines. The financial assistance members receive will come from other members' monthly contributions that are placed in a sharing account, not from Trinity HealthShare.

## PLAN SERVICES & MEMBERSHIP AT A GLANCE

Aliera Healthcare services in conjunction with Trinity HealthShare cost-sharing creates a full range of services and offerings, each part summarized below:

### Preventive Care

As part of our solution, the Plans cover medical services recommended by the USPSTF and outlined in the ACA for preventive care. There is zero out of pocket expense and zero obligation to reach the Member Shared Responsibility Amount (MSRA) for any scheduled preventive care service or routine in-network check-up, pap smear, flu shot and more. It's easier to stay healthy with regular preventive care.

### Episodic Primary Care

Primary care is at the core of an Aliera plan, and we consider it a key step in living a healthier lifestyle. Our model is based on an innovative approach to care that is truly patient-centered, combining excellent service with a modern approach. This includes medical care needs such as primary care, office visits, sick care, and the general care of a member's day to day medical needs.

### Chronic Maintenance

With AlieraCare Premium, members are eligible to receive chronic care management from their primary care physician for conditions such as diabetes, asthma, blood pressure, cardiac conditions, etc.

### Labs & Diagnostics

Labs at in-network facilities are included.

### Telemedicine

With full 24/7 365-day access to a board-certified physician, it has never been simpler to stay healthy. You can contact them easily by phone or via video chat. If it's something minor such as a sinus infection, poison ivy or pink eye they can even send a prescription right over to your pharmacist.

### Urgent Care

For those medical situations that can't wait or are more complex than primary care services, AlieraCare plans offer access to Urgent Care facilities at hundreds of medical centers throughout the United States.

# PLAN SERVICES & MEMBERSHIP AT A GLANCE

## Membership

Trinity HealthShare is a health care sharing ministry (HCSM) which acts as an organizational clearing house to administer sharing contributions across qualifying members healthcare needs. The AlieraCare membership is NOT health insurance. The membership is based on a religious tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. Because Trinity HealthShare is a religious organization, members are required to agree with the organizations Statement of Beliefs; see Part II of this guide for the full description and membership details.

## Specialty Care

For most everyday medical conditions, your PCP is your one-stop medical shop. However, there are cases when it's time to see a specialist who's had additional education and been board certified for that specialty. For situations like these, the AlieraCare Premium plans provides specialty care offerings after the members shared responsibility has been met (MSRA). A member will need to receive a PCP referral to see a specialist for treatment or consultation outside of their scope of knowledge.

## Hospitalization

Hospitalization is eligible, once the Member Shared Responsibility Amount has been met, under all the individual plans.

## Surgery

Both in-patient and out-patient procedures are eligible, once the Member Shared Responsibility Amount has been met, under all individual plans.

## Emergency Room

An emergency is defined as treatment that must be rendered to the patient immediately for the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death. Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.



# GETTING STARTED

## What does it mean?

Many of the terms used in describing health cost-sharing may
be unfamiliar to those new to the programs and plans provided
by Aliera and Trinity. Please refer to the Definition of Terms
section for a quick and easy understanding of terms used in
this guide and other plan documents.

1. **Activate Your Membership**
   On or after your effective date, visit www.alierahealthcare.
   com to securely enter your information. Click the Activate
   tab on the navigation bar and follow the instructions.
   **If you require assistance, contact a Member Care
   Specialist toll-free at (844) 834-3456 or email
   memberservices@alierahealthcare.com.**



2. **Set Up Your Telemedicine Account**
   Follow the steps below to set up your telemedicine
   account. If you have not activated your Membership Card,
   or if your Membership fees are not paid up to date, you
   are not eligible to set up your telemedicine account.
   - Set up your account (Primary Member)
     Visit www.firstcalltelemed.com, Click "Set up account."
     Follow the online instructions and provide the required
     information, including your medical history.

# GETTING STARTED



- Set up minor dependents (17 years or younger)
  Log in to your account and click "My Family" on the top menu. Follow the online instructions to provide the necessary information and complete your dependent's medical history.
- Set up adult dependents (18 – 26 years)
  Adult dependents must set up their own account. Visit the website and click "Set up account." Follow the online instructions to provide the required information and to complete your medical history.

3. **Set Up your Prescription Discount Account**
   Follow the steps below to set up your prescription discount account. If you have not activated your Membership Card, or if your Membership fees are not paid up to date, you are not eligible to set up your prescription discount account.

Please go to www.myrxvalet.com/memberlogin.php

1. Enter your Member ID that is located on your Aliera Healthcare ID card
2. For your Group ID type in Aliera
3. Complete your profile for yourself and any dependents

After registration is complete, you will receive an email with instructions and a video on how to use Rx Valet for home delivery and at your local pharmacy.

## GETTING STARTED

**Please download the Rx Valet APP on your smartphone at your convenience.**

If you are experiencing an urgent situation and don't have time to set up your account, you can hand your Aliera card to the pharmacist to receive your medication. The discount will not be as great, so please set up your account when you have time.

**Home Delivery Prescription Information:**

- Home Delivery orders are fulfilled exclusively through Advanced Pharmacy, LLC. To save time, have your physician send your prescription directly to Advanced Pharmacy electronically.
- Alternatively, they can also transfer your existing prescriptions from another pharmacy to fulfill your order. Please call their live Customer Care Team at 1-855-798-2538 and provide the medication details, pharmacy name, and pharmacy telephone number.
- Electronic prescriptions should be sent to **Advanced Pharmacy, LLC located at 350-D Feaster Road Greenville, SC 29615.**

**Phone:** 855-240-9368          **Fax:** 888-415-7906
**NPI:** 1174830475          **NCPDP:** 4229971

4. **Review Your Offerings**
   This guide contains the information you need to understand each offering available with your Plan. Keep your Member Card with you at all times; the contact number for your telemedicine provider is printed on your card. It is highly encouraged to contact your telemedicine provider before seeking medical attention.

8

**PART I**

## How to Use Your Membership

### The Telemedicine Program

More than 80% of primary medical conditions can be resolved by your telemedicine provider. It is always encouraged that members contact their telemedicine provider first for quick, convenient medical assistance. The contact information for your telemedicine provider is found on your member card. Instructions are also found on the back of your Welcome Letter, as well as on our web site, under Member Resources.

### Offerings of the Telemedicine Program

- At home, at work, or while traveling in the US, speak to a telemedicine doctor from anywhere, anytime, on the go.
- 24/7 access to a doctor via face-to-face internet consultation or by phone is available for you and dependents on your Plan.
- Speak with the next available doctor or schedule an appointment for a more convenient time.
- Telemedicine doctors typically respond within 15 minutes of your call.
- Save time and money by avoiding expensive emergency room visits, waiting for an appointment, or driving to a local facility.
- Telemedicine consultations are free for you and dependents on your Plan.
- Telemedicine providers can treat conditions such as:
  - ► Cold and flu symptoms
  - ► Bronchitis
  - ► Allergies
  - ► Poison ivy
  - ► Pink eye
  - ► Urinary tract infections
  - ► Respiratory infections
  - ► Sinus problems
  - ► Ear infections, and more

Antibiotics are not always the answer to treat a medical condition. Doctors may choose not to prescribe antibiotics for viral illnesses such as common colds, sore throats, coughs, sinus infections, and the flu.

If the telemedicine doctor recommends that you see your PCP or visit an urgent care facility, contact Aliera's Concierge Service, and a member care specialist will be happy to assist you with scheduling an appointment.

# PREVENTIVE CARE

It's easier to stay healthy when you have regular preventive care. Members have no out-of-pocket expenses for preventive services, which include, but are not limited to, routine in-network checkups, pap smears, flu shots and more.

## How to Use Preventive Care Services

1. Download the Preventive Healthcare Guidebook from the link found in your Welcome email or visit us online at www.alierahealthcare.com or www.trinityhealthshare.org

2. Members do not need to call their telemedicine provider to schedule preventive care.

3. Upon arrival at a PCP, please present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not share the costs of the provider.

4. Preventive health services must be appropriate for the eligible person and follow the guidelines below:

   A) In general – those of the U.S. Preventive Services Task Force that have an A or B rating.

   B) For immunizations – those of the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

   C) For preventive care and screenings for children and adolescents – those of the Health Resources and Services Administration.

   D) For preventive care and screenings for women – those of the Health Resources and Services Administration that are not included in section (A) of the U.S. Preventive Services Task Force schedule.

## Labs and Diagnostics

Aliera and Trinity Members have access to lab work in the convenience of their in-network provider's office or at any lab location nationwide.

10

# URGENT CARE

Your membership raises the standard of healthcare available to you by putting individuals first, treating them with clinical excellence, and focusing on their well-being. Members can access services from hundreds of Urgent Care network facilities throughout the United States.

- ► Plans vary, and can provide up to two (2) visits, where consult fee may apply.
- ► See Appendix for your specific plan details.
- ► X-rays are included, and subject to $25 per read fee at an Urgent Care facility.

## How to Use the Urgent Care Service

1. Call 911 if your emergency is life threatening; otherwise, please contact your telemedicine provider first via telephone or a scheduled face-to-face internet conference. Your provider will determine if your medical condition can be resolved without visiting a local Urgent Care facility.

2. If your medical issue cannot be resolved after your free consultation with a telemedicine doctor, visit the closest in-network Urgent Care facility.

3. Upon arrival at an Urgent Care facility, present your Membership Card and one photo ID. The front desk admin will check your eligibility status. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.

4. At time of service, payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays if needed may be due. Costs may be higher depending on your state and provider.

## If Urgent Care Services are Unavailable

If an in-network Urgent Care facility is unavailable to a Member requiring immediate Urgent Care, please adhere to the following procedure:

1. Visit www.alierahealthcare.com. Click "Network" to find the nearest Urgent Care facility under MultiPlan.

2. If the nearest in-network facility is more than 20 miles away from the Member, is closed (after 6:00 p.m.), or is no longer in business, the Member should seek out the nearest Urgent Care facility or hospital emergency room to receive urgent medical attention.

3. AlieraCare products are not health insurance plans and Aliera nor Trinity are responsible for payment to out-of-network Urgent Care or hospital emergency room facilities. The Member is solely responsible for such Urgent Care medical payments. Aliera and or Trinity maintain an allotment fund designed to provide a Member with supplemental payment assistance (ex gratia) in the amount of $105.00 to offset the cost incurred at an out-of-network Urgent Care or Hospital Emergency Room facility. This monetary assistance is limited to one visit per year, per Member. Payment is made directly to the Member after confirmation of submitted proof of Urgent Care necessity and unavailability of an in-network provider.

## PRIMARY CARE

### Primary Care For Sick Care

In addition to our Urgent Care services, many of our plans offer Members under the age of 65 episodic primary care or sick care.

► Plans with annual PCP visits include one (1), three (3), or five (5) visits, each with consult fee ranging from $20 to $40 in certain markets.

► For convenience, some clinics are open evenings and weekends.

### How to Use Primary Care Service for Sick Care

1. Contact your telemedicine provider to speak with a U.S. board-certified doctor via telephone or a scheduled face-to-face internet conference.

2. The telemedicine doctor may be able to resolve your medical issue and prescribe medication if needed. More than 80% of primary medical conditions can be resolved by your telemedicine provider.

3. If your medical issue cannot be resolved after no fee consultation with the telemedicine doctor, visit the closest in-network Primary Care facility.

4. Upon arrival at a clinic, present your Membership Card and one photo ID. The front desk admin will check your eligibility status before you can see a provider. If you have not activated your Membership Card, or if Membership fees are not current, your Plan will not cover the costs of the provider.

5. At the time of service, a payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays if needed. Costs may be higher depending on your state and provider.

## SPECIALTY CARE

### Specialty Care

AlieraCare Premium members are required to obtain referrals to visit a specialist, except for women in need of gynecological care for routine medical needs. Specialty visits have a consult fee of $75 and the member has full responsibility of the bill until their Member Shared Responsibility Amount (MSRA) has been met. After MSRA is met, Specialty visits only have the cost of the $75 consult fee.

### Hospitalization

Your hospitalization cost-sharing is provided to you in an effort to alleviate the stress and strain during times of crisis or medical needs.

1. Members are required to pre-authorize all hospitalization services and visits unless it is an obvious medical emergency. Please see pre-authorization section for instructions.
2. The member will be responsible for first reaching their MSRA before any cost-sharing will be available. Once the MSRA has been reached in full, the sharing will then be reimbursed directly back to the providers and hospital facilities.
3. Several plans allow for fixed cost-sharing in the emergency room. Please see Appendix A for your exact plan details.

### PPO Network

With a growing nationwide PPO network of more than 1,000,000 healthcare professionals and more than 6,000 facilities, Multiplan PHCS network offers Plan Members a range of quality choices to help them stay healthy.

▶ Search for providers by distance, cost efficiency, and specialty.

**Find a Network Healthcare Professional**
▶ Visit **www.alierahealthcare.com**
▶ Hover over the Member Resources tab
▶ Click Provider Network
▶ Click on the Medical Provider logo associated with your plan.
▶ Search for a provider by Zip Code, City, County, State, or other search criteria.

**Call Aliera Healthcare at (844) 834-3456**
**OR**
**Trinity HealthShare at (844) 763-5338.**

Select the Provider Coordination Department and a care coordinator will help you navigate the healthcare process effectively and efficiently.

13

# PART II

## How Your Healthcare Cost-Sharing Ministry (HCSM) Works

### Membership Overview

Trinity HealthShare is a clearing house that administers voluntary sharing of healthcare needs for qualifying members. The membership is based on a tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. The Trinity HealthShare membership is not health insurance.

### Guidelines Purpose and Use

The HCSM guidelines are provided as an outline for eligible needs in which contr butions are shared in accordance with the membership's clearing house instructions. They are not for the purpose of descr bing to potential contributors the amount that will be shared on their behalf and do not create a legally enforceable right on the part of any contributor. Neither these guidelines nor any other arrangement between contributors and Trinity HealthShare creates any rights for any contributor as a reciprocal beneficiary, as a third-party beneficiary, or otherwise.

The edition of the guidelines in effect, on the date of medical services, supersedes all previous editions of the guidelines and any other communication, written or verbal. With written notice to the general membership, the guidelines may change at any time based on the preferences of the membership and on the decisions, recommendations, and approval of the Board of Trustees.

An exception to a specific provision only modifies that provision and does not supersede or void any other provisions.

### Individuals Helping Individuals

Contributors participating in the membership help individuals with their medical needs. Trinity HealthShare facilitates in this assistance and acts as an independent and neutral clearing house, dispersing monthly contributions as described in the membership instructions and guidelines.

# MEMBERSHIP QUALIFICATIONS

To become and remain a member of Trinity HealthShare, a person must meet the following criteria:

**Religious Beliefs and Standards.** The person must have a belief of helping others and/or maintaining a healthy lifestyle as outlined in the Statement of Beliefs contained in the membership application. If at any time during participation in the membership, the individual is not honoring the Statement of Beliefs, they will be subject to removal from participating in the membership.

**Medical History.** The person must meet the criteria to be qualified for a membership on his/her application date, based on the criteria set forth in this guidebook and the membership application.

If, at any time, it is discovered that a member did not submit a complete and accurate medical history on the membership application, the criteria set forth in the Membership Eligibility Manual on his/her application date will be applied, and could result in either a retroactive membership limitation or a retroactive denial to his/her effective date of membership.

Members may apply to have a membership limitation removed by providing medical evidence that they qualify for such removal according to the criteria set forth in the Membership Eligibility Manual. Membership limitations and denials can be applied retroactively but cannot be removed retroactively.

**Application, Acceptance, and Effective Date.** A person must submit a membership application and be accepted into the membership by meeting the criteria of the Member Eligibility Manual. The membership begins on a date specified by Trinity HealthShare in writing to the member.

**Dependent(s).** A dependent may participate under a combined membership with the head of household.

A dependent wishes to continue participating in the membership but no longer qualifies under a combined membership must apply and qualify for a membership based on the criteria set forth in the Membership Eligibility Manual.

Under a combined membership, the head of household is responsible for ensuring that everyone participating under the combined membership meets and complies with the Statement of Beliefs and all guideline provisions.

**Financial Participation.** Monthly contributions are requested to be received by the 1st or 15th of each month depending on the member's effective date. If the monthly contribution is not received within 5 days of the due date, an administrative fee may be assessed to track, receive, and post the monthly contribution. If the monthly contribution is not received by the end of the month, a membership will become inactive as of the last day of the month in which a monthly contribution was received.

## MEMBERSHIP QUALIFICATIONS

Any member who has a membership that has become inactive will be able to reapply for membership under the terms outlined to them in writing by Trinity HealthShare. A member will not be able to reapply for membership if their account has been made inactive a total of three times.

Needs occurring after a member's inactive date and before they reapply are not eligible for sharing.

**When Available Shares are less than Eligible Needs.** In any given month, the available suggested share amounts may or may not meet the eligible needs submitted for sharing. If a member's eligible bills exceed the available shares to meet those needs, the following actions may be taken:

1. A pro-rata sharing of eligible needs may be initiated, whereby the members share a percentage of eligible medical bills within that month and hold back the balance of those needs to be shared the following month.

2. If the suggested share amount is not adequate to meet the eligible needs submitted for sharing over a 60-day period, then the suggested share amount may be increased in sufficient proportion to satisfy the eligible needs. This action may be undertaken temporarily or on an ongoing basis.

**Other Criteria.** Children under the age of 18 may not qualify for their own membership. Non-U.S. citizens may qualify for membership as determined by Trinity HealthShare on a case-by-case basis.

### Monthly Contributions

Monthly contributions are voluntary contributions or gifts that are non-refundable. As a non-insurance membership, neither Trinity HealthShare nor the membership are liable for any part of an individual's medical need. All contributors are responsible for their own medical needs. Although monthly contributions are voluntary contributions or gifts, there are administrative costs associated with monitoring the receipt and disbursement of such contributions or gifts. Therefore, declined credit cards, returned ACH payments, or any contribution received after the members reoccurring active date may incur an administrative fee.

## MEMBERSHIP QUALIFICATIONS

### Important Information About Plan Changes:

Members wishing to change to a membership type other than that which they are currently participating may, at the discretion of Trinity HealthShare, be required to submit a new signed and dated membership application for review. Membership type changes can only become effective on the first of the month after the new membership application has been approved.

1. When switching from one annual product category to another (i.e. AlieraCare to Trinity HealthShare's CarePlus Advantage) your plan will be reset as if it is a new enrollment. This rule does not apply when transitioning from an InterimCare plan.

2. You are allowed two plan changes per membership year. The first is free of cost, the second will incur the application fee of the desired product.

Contributors wishing to discontinue participation in the membership must submit the request in writing by the 20th day of the month before which the contributions will cease. The request should contain the reason why the contributor is discontinuing participation in the membership. Should the contributor fail to follow these guidelines as they pertain to discontinuing their participation in the membership and later wish to reinstate their membership, unsubmitted contributions from the prior participation must be submitted with a new application.

**A member is not eligible for cost-sharing when a member:**

A) Receives care within the first 60 days of the plan and cancels membership within 30 days of receiving medical care, except within the last 90 days of the membership term.

B) Receives or requires surgery within the first 60 days of becoming a member except in the case of an accident.

### Early Voluntary Termination

Members of the Trinity HealthShare may terminate their membership at any time, with 30 days prior notice. Trinity HealthShare plans are not a substitute for "short term medical plans." Medical expenses incurred during the term of the membership and followed by early voluntary termination within 90 days of incurring medical expenses, will be reviewed and may not be eligible for cost-sharing, where the early termination was not as a direct result of affordability issues with the health sharing program.

## MEMBERSHIP QUALIFICATIONS

### Statement of Beliefs

At the core of what we do, and how we relate to and engage with one another as a community of people, is a set of common beliefs. Our Statement of Shared Beliefs is as follows:

1. We believe that our personal rights and liberties originate from God and are bestowed on us by God.

2. We believe every individual has a fundamental religious right to worship God in his or her own way.

3. We believe it is our moral and ethical obligation to assist our fellow man when they are in need per our available resources and opportunity.

4. We believe it is our spiritual duty to God and our ethical duty to others to maintain a healthy lifestyle and avoid foods, behaviors, or habits that produce sickness or disease to ourselves or others.

5. We believe it is our fundamental right of conscience to direct our own healthcare in consultation with physicians, family, or other valued advisors.

# DEFINITION OF TERMS

Terms used throughout the Member Quick Guide and other documents are defined as follows:

**Affiliated Practitioner.** Medical care professionals or facilities that are under contract with a network of providers with whom Trinity HealthShare works. Affiliated providers are those that participate in the PHCS network. A list of providers can be found at http://www.multiplan.com.

**Application Date.** The date Trinity HealthShare receives a complete membership application.

**Combined Membership.** Two or more family members residing in the same household.

**Contributor.** Person named as head of household under the membership.

**Dependent.** The head of household's spouse or unmarried child(ren), under the age of 20 or 26 if a full-time student, who are the head of household's dependent by birth, legal adoption, or marriage who is participating under the same combined membership.

**Eligible.** Medical needs that qualify for voluntary sharing of contributions from escrowed funds, subject to the sharing limits.

**Escrow Instructions.** Instructions contained on the membership application outlining the order in which voluntary monthly contributions may be shared by Trinity HealthShare

**Guidelines.** Provided as an outline for eligible medical needs in which contributions are shared in accordance with the membership's escrow instructions.

**Head of Household.** Contributor participating by himself for herself; or the husband or father that participates in the membership; or the wife or mother that participates in the membership. The Head of Household is the oldest member on the plan.

**Licensed Medical Physician.** An individual engaged in providing medical care and who has received state license approval as a practicing Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.).

**Medically Necessary.** A service, procedure, or medication necessary to restore or maintain physical function and is provided in the most cost-effective setting consistent with the member's condition. Services or care administered as a precaution against an illness or condition or for the convenience of any party are not medically necessary. The fact that a provider may prescribe, administer, or recommend services or care does not make it medically necessary, even if it is not listed as a membership limitation or an ineligible need in these guidelines. To help determine medical necessity, Trinity HealthShare may request the member's medical

# DEFINITION OF TERMS

records and may require a second opinion from an affiliated provider.

**Member(s).** A person(s) who qualifies to receive voluntary sharing of contributions for eligible medical needs per the membership clearing house instructions, guidelines, and membership type.

**Member Shared Responsibility Amounts (MSRA).** The amounts of an eligible need that do not qualify for sharing because the member is responsible for those amounts.

**Membership.** All members of Trinity HealthShare.

**Membership Eligibility Manual.** The reference materials that contain the criteria used to determine if a potential member is eligible for participation in the membership and if any membership limitations apply.

**Membership Type.** HCSM sharing options are available with different member shared responsibility amounts (MSRA) and sharing limits as selected in writing on the membership application and approved by Trinity HealthShare.

**Monthly Contributions.** Monetary contributions, excluding the annual membership fee, voluntarily given to Trinity HealthShare to hold as an escrow agent and to disburse according to the membership escrow instructions.

**Need(s).** Charges or expenses for medical services from a licensed medical practitioner or facility arising from an illness or accident for a single member.

**Non-affiliated Practitioner.** Medical care professionals or facilities that are not participating within our current network.

**Pre-existing Condition.** Any illness or accident for which a person has been diagnosed, received medical treatment, been examined, taken medication, or had symptoms within 24 months prior to the effective date. Symptoms include but are not limited to the following: abnormal discharge or bleeding; abnormal growth/break; cut or tear; discoloration; deformity; full or partial body function loss; obvious damage, illness, or abnormality; impaired breathing; impaired motion; inflammation or swelling; itching; numbness; pain that interferes with normal use; unexplained or unplanned weight gain or loss exceeding 25% of the total body weight occurring within a six-month period; fainting, loss of consciousness, or seizure; abnormal results from a test administered by a medical practitioner.

**Usual, Customary and Reasonable (UCR).** The lesser of the actual charge or the charge most other providers would make for those or comparable services or supplies, as determined by Trinity HealthShare.

## CONTRIBUTORS' INSTRUCTIONS AND CONDITIONS

By submitting monthly contributions, the contributors instruct Trinity HealthShare to share clearing house funds in accordance with the membership instructions. Since Trinity HealthShare has nothing to gain or lose financially by determining if a need is eligible or not, the contributor designates Trinity HealthShare as the final authority for the interpretation of these guidelines. By participation in the membership, the member accepts these conditions

# PART III

## Your Summary of Cost-Sharing, Eligible Needs, & Limits

### Eligible Medical Expenses*

Medical Expenses Eligible for Sharing. Medical costs are shared on a per person per incident basis for illnesses or injuries incurring medical expenses after the membership effective date when medically necessary and provided by or under the direction of licensed physicians, osteopaths, urgent care facilities, clinics, emergency rooms, or hospitals (inpatient and outpatient), or other approved providers. Unless otherwise limited or excluded by these Guidelines, medical expenses eligible for sharing include, but are not limited to, physician and hospital services, emergency medical care, surgical procedures, medical testing, x-rays, ambulance transportation, and prescriptions.

*See the Appendix for other limits and conditions of sharing by plan

1. **Allergy Office Visits and Testing**
2. **Anesthesiologist Services**
3. **Ambulance.** Emergency land or air ambulance transportation to the nearest medical facility capable of providing the medically necessary care to avoid seriously jeopardizing the sharing member's life or health. Air transportation is limited to $10,000.
4. **Cancer.** Cancer sharing eligibility is different based on plan option chosen. AlieraCare plans have a 12 month wait period for cancer. Sharing is available the 1st day of the 13 month of continuous membership. Any pre-existing or recurring cancer condition is not eligible for sharing. Cancer sharing will not be available for individuals who have cancer at the time of or five (5) years prior to application. If cancer existed outside of the 5-year time frame of a pre-existing look-back, the following must be met in the five (5) years prior to application, to be eligible for future, non-recurring cancer incidents.
   1. The condition had not been treated nor was future treatment prescribed/planned;
   2. The condition had not produced harmful symptoms (only benign symptoms); 3. The condition had not deteriorated. Cancer is limited to a maximum per term of $500,000 when applicable.
5. **Chemotherapy.** Subject to cancer limitations.
6. **Radiation Therapy.** Subject to cancer limitations.

## YOUR SUMMARY OF COST-SHARING, ELIGIBLE NEEDS, & LIMITS

7. **Chronic Maintenance.** Chronic maintenance is eligible when a member has chosen a plan with chronic maintenance specifically included and a listing of the maximum number of allowable visits. See 'Appendix A' attached hereto.

8. **Cardiac Rehabilitation.** Eligible after MSRA

9. **Competitive Sports.** Plan holders who participate in organized and/or sanctioned competitive sports are eligible for $5,000 (max) of sharing per incident at an emergency room, subject to the member-shared responsibility amount.

10. **Emergency Room.** Emergency room services for stabilization or initiation of treatment of a medical emergency condition provided on an outpatient basis at a hospital, clinic, or Urgent Care facility, including when hospital admission occurs within twenty-three (23) hours of emergency room treatment.

11. **Eye Care.** Limited to medical necessity and accident only. Excludes cosmetic, frames, lenses, contacts, extensive eye exams and subject to pre-existing limitations.

12. **Hospitalization.** Hospital charges for inpatient or outpatient hospital treatment or surgery for a medically diagnosed condition.

13. **Labs & Diagnostics.** The membership includes over 180 different lab tests, at any lab facility, to ensure the member gets the medical care they need.

14. **Maternity.** Maternity medical expenses are only eligible for sharing in the Premium AlieraCare Plan, which offers sharing for medical expenses rendered for a natural delivery up to $5,000. Medical expenses for maternity ending in a delivery by emergency cesarean section that are medically necessary, are eligible for sharing up to $8,000 subject to the applicable Member Shared Responsibility Amount. Medical expenses for a newborn arising from complications at the time of delivery, including, but not limited to, premature birth, are treated as a separate incident and limited to $50,000 of eligible sharing, subject to the Member Shared Responsibility Amount. See the Appendix for specific sharing inclusions and limits for your plan choice.

15. **Mental Health.** Plan holders are eligible for $2,500 (max) for Psychotherapy office visits and $1,000 (max) at out-patient facilities. Excludes in-patient and residential settings.

16. **Occupational Therapy.** Up to six (6) visits per membership year for occupational therapy.

23

# YOUR SUMMARY OF COST-SHARING, ELIGIBLE NEEDS, & LIMITS

17. **Organ Transplant Limit.** Eligible needs requiring organ transplant may be shared up to a maximum of $150,000 per member. This includes all costs in conjunction with the actual transplant procedure. Needs requiring multiple organ transplants will be considered on a case-by-case basis.

18. **Physical Therapy.** Up to six (6) visits per membership year for physical therapy by a licensed physical therapist.

19. **Prescription Drugs.** The AlieraCare plan includes a service by RX Valet, which includes discounts for prescription drugs. See Appendix for details.

20. **Preventive.** Most programs from either Trinity HealthShare or Aliera provide everyone with the necessities of the 63 Preventive Care services as outlined by the United States Preventive Task force. (Excludes CarePlus Advantage.) Preventive Care includes the PCP office visit and does not require a co-expense or consult fee.

21. **Primary Care.** Depending on your plan choice, primary care is at the core of preventing medical issues from escalating into a more catastrophic need. See Appendix for the specific plan details.

22. **Routine Hearing Exams.** At primary care (PCP) only.

23. **Sleep Disorders.** Overnight Sleep Testing Limit: All components of a polysomnogram must be completed in one session. A second overnight test will not be eligible for sharing under any circumstance. Overnight sleep testing must be medically necessary and will require pre-authorization. Allowed charges will not exceed the Usual, Customary, and Reasonable charges for the area.

24. **Smoking Cessation.** Members who have acknowledged they smoke and made an additional contribution are provided the opportunity to obtain free smoking cessation medication and counseling through the eligible preventive services.

25. **Specialty Care.** Specialty Care is included in the AlieraCare Premium plan. Specialty visits have a consult fee of $75 and the member has full responsibility of the bill until their Member Shared Responsibility Amount (MSRA) has been met. After MSRA is met, Specialty visits only have the cost of the $75 consult fee.

26. **Speech Therapy.** Up to six (6) visits per membership year. Only applicable after a stroke.

27. **Surgical Offerings.** Non-life-threatening surgical offerings are not available for the first 60 days of membership for Premium plans and all other plans require six (6) month wait period. Please verify eligibility by calling Members Services before receiving any surgical services.

24

## YOUR SUMMARY OF COST-SHARING, ELIGIBLE NEEDS, & LIMITS

28. **Telemedicine.** Telemedicine is included in all AlieraCare programs offered by Trinity HealthShare and Aliera Healthcare as your first line of defense. Your membership provides you and your family 24/7/365 access to a U.S. Board certified medical doctor.

29. **Urgent Care.** If your plan provides cost-sharing for Urgent Care, you will have the added offering of enjoying the ability to choose an Urgent Care facility in lieu of an emergency room. See the Appendix for any Urgent Care options and any limitations to plan.

30. **X-rays.** X-rays listed on your plan details in the Appendix are for imaging services at PCP or Urgent Care facilities only and requires a $25 read fee per view at time of service. Your MSRA will apply to all other x-rays. MRI, CT Scans and other diagnostics must be paid with your MSRA before cost-sharing is provided.

*Medical Expense Incident is any medically diagnosed condition receiving medical treatment and incurring medical expenses of the same diagnosis. All related medical bills of the same diagnosis comprise the same incident. Such expenses must be submitted for sharing in the manner and form specified by Trinity HealthShare. This may include, but not be limited to, standard industry billing forms (HCFA1500 and/or UB 92) and medical records. Members share these kinds of costs.*

## LIMITS OF SHARING
## (MAXIMUM PAYABLE)

Total eligible needs shared from member contr butions are
limited as defined in this section and as further limited in writing
to the individual member.

1. **Lifetime Limits.** $1,000,000: the maximum amount
   shared for eligible needs over the course of an individual
   member's lifetime.

2. **Per Incident.** The occurrence of one particular sickness,
   illness, or accident.

3. **Cancer Limits when applicable.** Cancer is limited to a
   maximum per term of $500,000 when applicable

4. **Member Shared Responsibility Amounts (MSRA).**
   The eligible amount that does not qualify for sharing based
   on the membership type chosen by the member.

5. **Office Visit/Urgent Care.** Office visits, in particular,
   primary and urgent, have certain limits and inclusions.
   Please refer to the Appendix for your specific plan.

6. **Non-Affiliated Practitioner.** Services rendered by a
   non-affiliated practitioner will not be eligible for sharing nor
   will any amount be applied to your MRSA unless specified
   differently in the plan details contained herein.

7. **Cost-Sharing for Pre-Existing Conditions.**
   Hospitalization, In-Patient and Out-Patient Surgery,
   Specialty Care, and Emergency Room services for
   pre-existing conditions have a 24-month waiting period. All
   other healthcare services for pre-existing conditions are
   eligible upon effective date.

**Other Resources.** Offerings available to the member from
other sources such as insurance, VA, Tricare, private gxrants,
or by a liable third party (primary, auto, home insurance,
educational, etc.), will be considered the member's primary
benefit source, and the member will be required to file medical
claims with those providers first.  If there are medical expenses
that those sources do not pay, the member is authorized to
submit the excess medical expenses for sharing, and the
MSRA will be waived, up to the maximum MSRA as defined
in the member's plan. The MSRA will only be waived if a third
party source pays on the member's behalf.  Sharing of monthly
contributions for a need that is later paid, or found to payable
by another source will automatically allow Trinity HealthShare
full rights to recover the amounts that were shared with the
member.

## MEDICAL EXPENSES NOT GENERALLY SHARED BY HCSM

Only needs incurred on or after the membership effective date are eligible for sharing under the membership instructions. The member (or the member's provider) must submit a request for sharing in the manner and format specified by Trinity HealthShare. This includes, but is not limited to, a Need Processing Form, standard industry billing forms (HCFA 1500 and/or most recent UB form), and may include medical records. All participating members have a responsibility to abide by the Members' Rights and Responsibilities published by Trinity HealthShare and are included at the end of these guidelines.

Needs arising from any one of the following are not eligible for sharing under the membership clearing house instructions:

1. Abortion Services
2. Acupuncture Services
3. Aqua Therapy
4. B12 Injections
5. Biofeedback
6. Birth Control (Female)
7. Birth Control (Male) Elective Sterilization
8. Birth Control (Male) Reversal of Sterilization
9. Cataract Contacts or Glasses
10. Chemical Face Peels
11. Chiropractic Services
12. Christian Science Practitioner
13. Cochlear Devices
14. Cosmetic Surgery
15. Cost-Sharing for Pre-existing Conditions. Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24-month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.
16. Custodial Care Services
17. Dental Services
18. Dermabrasion Services
19. Diabetic Insulin, Supplies, and Syringes
20. Doula
21. Durable Medical Equipment
22. Education Services
23. Exercise Equipment
24. Experimental Drugs
25. Experimental Procedures
26. Extreme sports: Sports that voluntarily put an individual in a life-threatening situation. Sports such as but not limited to "free climb" rock climbing, parachuting, fighting, martial arts, racing, cliff diving, powerboat racing, air racing, motorcycle racing, extreme skiing, wing-suit, and similar.
27. Gender Dysphoria Office Visit – PCP
28. Gender Dysphoria Office Visit – Specialist

## MEDICAL EXPENSES NOT GENERALLY SHARED BY HCSM

29. Gender Dysphoria
30. Genetic Testing
31. Group Therapy Services
32. Hemodialysis
33. Home Health Care
34. Home Infusion Services
35. Hospice Services
36. Hypnotherapy Services
37. Infertility Diagnostic or treatment
38. Infertility Services
39. Investigational Drugs/Procedures
40. Lifestyles or activities engaged in after the application date that conflicts with the Statement of Beliefs (on the membership application).
41. Massage Therapy
42. Midwifery
43. MILIEU Situational Therapy Services
44. Morbid Obesity
45. Non-Routine Hearing Exams & Hearing Aids
46. Nurse Practitioner
47. Orthotics (back, neck, knee, wrist, etc.)
48. Orthopedic Shoes
49. Pain Management
50. Personal aircraft includes hang gliders, parasails, ultra-lights, hot air balloons, sky/diving, and any other aircraft not operated by a commercially licensed public carrier.
51. Personal Convenience Items
52. Post-Surgical Bras
53. Podiatry Services
54. Preadmission Testing
55. Private Duty Nursing Services
56. Professional Sports Injuries
57. Prosthetic Appliances
58. Pulmonary Rehab
59. Robotic Surgery
60. Routine Nursery Care of Newborn Infant
61. Self-Inflicted Injury
62. Sexual Dysfunction Services
63. Sexual Transformation Services
64. Skilled Nursing Facility
65. Substance Abuse
66. Surgical Stockings
67. Treatment or referrals received or obtained from any family member including, but not limited to, father, mother, aunt, uncle, grandparent, s bling, cousin, dependent, or any in-laws.

28

## PRE-AUTHORIZATION REQUIRED

**Non-Emergency Surgery, Procedure, or Test.** The member must have the following procedures or services pre-authorized as medically necessary prior to receiving the service. Failure to comply with this requirement will render the service not eligble for sharing.

Hospitalizations. Non-emergency prior to admission; emergency visits notification to Trinity HealthShare within 48 hours.

- MRI studies/CT scans/Ultrasounds
- Sleep studies must be completed in one session
- Physical or occupational therapy
- Speech therapy under limited circumstances only
- Cardiac testing, procedures, and treatments
- In-patient cancer testing, procedures, and treatments
- Infusion therapy within facility
- Nuclide studies
- EMG/EEG
- Ophthalmic procedures
- ER visits, emergency surgery, procedure, or test: Non-emergency use of the emergency room is not eligible for sharing. Trinity HealthShare must be notified of all ER visits within 48 hours. Medical records will be reviewed for all ER visits to determine elig bility. An emergency is defined as treatment that must be rendered to the patient immediately for the alleviation of the sudden onset of an unforeseen illness or injury that, if not treated, would lead to further disability or death. Examples of an emergency include, but are not limited to, severe pain, choking, major bleeding, heart attack, or a sudden, unexplained loss of consciousness.

**Eligibility for Cancer Needs.** In order for needs related to cancer hospitalization of any type to be eligible (e.g. breast, colorectal, leukemia, lymphoma, prostate, skin, etc.), the member must meet the following requirements:

The member is required to contact Trinity HealthShare within 30 days of diagnosis. If the member fails to notify Trinity HealthShare within the 30-day time frame, the member will be responsible for 50% of the total allowed charges after the MRSA(s) has been assessed to the member for in-patient cancer hospitalization.

Early detection provides the best chance for successful treatment and in the most cost effective manner. Effective January 1, 2017, the membership requires that all members aged 40 and older receive appropriate screening tests every other year – mammogram or thermography and pap smear with pelvic exams for women and PSA testing for men. *Failure to obtain biannual mammograms and gynecological tests listed above for women or PSA tests for men will render future needs for breast, cervical, endometrial, ovarian, or prostate cancer ineligible for sharing.*

29

# DISPUTE RESOLUTION AND APPEAL

Trinity HealthShare is a voluntary association of like-minded people who come together to assist each other by sharing medical expenses. Such a sharing and caring association does not lend itself well to the mentality of legally enforceable rights. However, it is recognized that differences of opinion will occur, and that a methodology for resolving disputes must be available. Therefore, by becoming a Sharing Member of Trinity HealthShare you agree that any dispute you have with or against Trinity HealthShare its associates, or employees will be settled using the following steps of action, and only as a course of last resort.

If a determination is made with which the sharing member disagrees and believes there is a logically defensible reason why the initial determination is wrong, then the sharing member may file an appeal.

A. **1st Level Appeal.** Most differences of opinion can be resolved simply by calling Trinity HealthShare who will try to resolve the matter telephonically within a reasonable amount of time.

B. **2nd Level Appeal.** If the sharing member is unsatisfied with the determination of the member services representative, then the sharing member may request a review by the Internal Resolution Committee, made up of three Trinity HealthShare officials. The appeal must be in writing, stating the elements of the dispute and the relevant facts. Importantly, the appeal should address all of the following:

1. What information does Trinity HealthShare have that is either incomplete or incorrect?

2. How do you believe Trinity HealthShare has misinterpreted the information already on hand?

3. Which provision in the Trinity HealthShare Guidelines do you believe Trinity HealthShare applied incorrectly?

Within thirty (30) days, the Internal Resolution Committee will render a written decision, unless additional medical documentation is required to make an accurate decision.

C. **3rd Level Appeal.** Should the matter remain unresolved, then the aggrieved party may ask that the dispute be submitted to three sharing members in good standing and randomly chosen by Trinity HealthShare, who shall agree to review the matter and shall constitute an External Resolution Committee. Within thirty (30) days the External Resolution Committee shall render their opinion in writing, unless additional medical documentation is required to make an accurate decision.

D. **Final Appeal.** If the aggrieved sharing member disagrees with the conclusion of his/her fellow sharing

30

## DISPUTE RESOLUTION AND APPEAL

members, then the aggrieved party may ask that the dispute be submitted to a medical expense auditor, who shall have the matter reviewed by a panel consisting of personnel who were not involved in the original determination and who shall render their opinion in writing within thirty (30) days, unless additional medical documentation is required to make an accurate decision.

E. **Mediation and Arbitration.** If the aggrieved sharing member disagrees with the conclusion of the Final Appeal Panel, then the matter shall be resolved by first submitting the disputed matter to mediation. If the dispute is not resolved the matter will be submitted to legally binding arbitration in accordance with the Rules and Procedure of the American Arbitration Association. Sharing members agree and understand that these methods shall be the sole remedy to resolve any controversy or claim arising out of the Sharing Guidelines, and expressly waive their right to file a lawsuit in any civil court against one another for such disputes; except to enforce an arbitration decision. Any arbitration shall be held in Atlanta, Georgia, and conducted in the English language subject to the laws of the State of Georgia. Trinity HealthShare shall pay the filing fees for the arbitration and arbitrator in full at the time of filing. All other expenses of the arbitration shall be paid by each party including costs related to transportation, accommodations, experts, evidence gathering, and legal counsel. Further agreed that the aggrieved sharing member shall reimburse the full costs associated with the arbitration, should the arbitrator render a judgment in favor of Trinity HealthShare and not the aggrieved sharing member.

The aggrieved sharing member agrees to be legally bound by the arbitrator's final decision. The parties may alternatively elect to use other professional arbitration services available in the Atlanta metropolitan area, by mutual agreement.

31

## APPENDIX A: PLAN DETAILS
## VALUE PLAN

| | Multiplan PHCS |
|---|---|
| Plan Services[1] | Network |
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| Wellness & Preventive Care | 100% |
| Telemedicine* | 100% |
| Primary Care | 1 per year** $20 Consult Fee |
| Urgent Care | N/A |
| Labs & Diagnostics | Preventive Only |
| X-Rays*** | Preventive Only |
| Chronic Maintenance | N/A |
| Pediatrics | Preventive Only |
| OB/GYN | Preventive Only |
| Prescription Discount | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | |
| MSRA Options / Per member | $5,000, $7,500, $10,000 |
| Per Incident Maximum Limit | $150,000 |
| Lifetime Maximum Limit | $1,000,000 |
| Specialty Care[5] | N/A |
| Maternity[7] | N/A |
| Hospitalization | Included |
| In-Patient Surgery | Included |
| Out-Patient Surgery | Included |
| Emergency Room[6] | Full MSRA |

*See Legal Appendix on page 36*

# APPENDIX A: PLAN DETAILS
# PLUS PLAN

| | Multiplan PHCS |
|---|---|
| **Plan Services**[1] | Network |
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| **Wellness & Preventive Care** | 100% |
| **Telemedicine**\* | 100% |
| **Primary Care** | 3 per year\*\*<br>$20 Consult Fee |
| **Urgent Care** | 1 per year\*\*<br>$20 Consult Fee |
| **Labs & Diagnostics** | PCP & Urgent Care |
| **X-Rays**\*\*\* | 100%\*\*\* |
| **Chronic Maintenance** | N/A |
| **Pediatrics** | Preventive Only |
| **OB/GYN** | Preventive Only |
| **Prescription Discount** | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)**[2,3,4] | |
| **MSRA Options / Per member** | $5,000, $7,500, $10,000 |
| **Per Incident Maximum Limit** | $250,000 |
| **Lifetime Maximum Limit** | $1,000,000 |
| **Specialty Care**[5] | N/A |
| **Maternity**[7] | N/A |
| **Hospitalization** | Included |
| **In-Patient Surgery** | Included |
| **Out-Patient Surgery** | Included |
| **Emergency Room**[6] | $500 MSRA |

*See Legal Appendix on page 36*

## APPENDIX A: PLAN DETAILS
## PREMIUM PLAN

|  | Multiplan PHCS |
|---|---|
| Plan Services[1] | Network |
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | |
| Wellness & Preventive Care | 100% |
| Telemedicine* | 100% |
| Primary Care | 5 per year** $20 Consult Fee |
| Urgent Care | 2 per year** $20 Consult Fee |
| Labs & Diagnostics | PCP & Urgent Care |
| X-Rays*** | 100%*** |
| Chronic Maintenance | Included with PCP |
| Pediatrics | As Primary Care |
| OB/GYN | As Primary Care |
| Prescription Discount | Included |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA)[2,3,4]** | |
| MSRA Options / Per member | $5,000, $7,500, $10,000 |
| Per Incident Maximum Limit | $500,000 |
| Lifetime Maximum Limit | $1,000,000 |
| Specialty Care[5] | $75 Consult Fee (100% after MSRA) |
| Maternity[7] | $5,000 Max |
| Hospitalization | Included |
| In-Patient Surgery | Included |
| Out-Patient Surgery | Included |
| Emergency Room[6] | $300 MSRA |

*See Legal Appendix on page 38*

34

## APPENDIX A: PLAN DETAILS
## VALUE, PLUS, AND PREMIUM PLANS

1. Non-emergency surgical services are unavailable for the first 6 months for Value and Plus, and 2 months for Premium. Surgical services do not include cosmetic surgery.
2. Hospitalization; In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24 month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.
3. Eligibility for cancer conditions is provided after 12 months of continuous membership, if a pre-existing cancer condition did not exist prior to or at the time of application.
4. The consult fee is in addition to the cost of your specialty visit and does not apply toward your annual MSRA.
5. Maternity services are unavailable for the first 10 months of membership.
6. ER visits are subject to review, and are meant only for life threatening situations. Maximum out-of-pocket is $300 for the Premium plan, $500 for the Plus plan, and full MSRA for the Value plan.
7. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student.

Trinity HealthShare plans follow medical eligibility review protocols described in the plan but are not a promise to pay. Sharing is available for all eligible medical needs.

**Administrative and Conditional Fees:**
$125 one-time application fee per enrollment. Add $60 for persons who smoke. Add $130 per member for additional $500,000 per incident.

\* Annual physicals are available immediately at the cost of a Primary Care (PCP) visit. An inclusive annual physical is only available after 9 months of continual membership; lifestyle lab testing not included
\*\* $25 per x-ray read fee at Urgent Care, (may vary by city)
\*\*\* Add $50 per additional dependent for families of 6 or more

35

## APPENDIX B: TERMS, CONDITIONS, & SPECIAL CONSIDERATIONS

1. The Welcome Kit you received electronically includes this Quick Guide, your Membership Card(s), a Welcome Letter, and important information to activate your membership.

2. Keep your Membership Card with you at all times to present to a provider to confirm eligibility.

3. The ACA is subject to change at any time; Aliera reserves the right to adhere to those changes without notice to the Member.

4. Activate your Plan Membership by following the instructions in this Quick Guide.

5. Set up your telemedicine account by following the instructions on the Welcome Letter. Within three weeks of enrollment in Aliera's telemedicine partnering company, Members receive ID Card(s) for the telemedicine service along with instructions on how to utilize the service.

6. Telemedicine phone consultations are available 24/7/365, with face-to-face internet consultations available between the hours of 7 a.m. and 9 p.m., Monday – Friday.

7. Telemedicine does not guarantee that a prescription will be written.

8. Telemedicine does not prescribe DEA-controlled substances, non-therapeutic drugs, and certain other drugs which may be harmful because of their potential for abuse. Telemedicine doctors reserve the right to deny care for potential misuse of services.

9. Durable Medical Equipment (DME) – i.e. crutches, etc. – is not included in your Plan. Members will be charged for DME at time of service.

10. Member Care Specialists are available to assist you, Monday through Friday, 8 a.m. to 8 p.m. ET at (844) 834-3456. If you call after hours, follow the prompts.

11. At the time of service, payment of $20 (on average) is due for the consultation, and a $25 per read fee for X-rays at PCP or Urgent Care if needed. Consult fees vary in different states and may be higher in some cities, including but not limited to, New York City, Chicago, Detroit, Miami, Sacramento, Los Angeles, and San Francisco.

12. Plans may vary from state to state. Providers may be added or removed from Aliera's network at any time without notice.

13. Not all geographical areas are serviced by Aliera Healthcare. Should a Member visit an emergency room because urgent care facilities are unavailable in the Member's area, Aliera offers a one-time, once-a-year, $105 credit (ex gratia) to the Member to help offset the costs incurred.

## APPENDIX B: TERMS, CONDITIONS, & SPECIAL CONSIDERATIONS

14. Aliera telemedicine partners do not replace the Primary Care Provider.

15. Primary Care is defined as "episodic primary care" or "sick care." Members are responsible for paying a consult fee at the time of service; no consult fee is due for preventive service.

16. Most network facilities are able to accommodate both urgent care and primary care needs.

17. Not all PPO providers accept an AlieraCare plan. While Aliera offers one of the largest PPO networks in the country, some providers may not participate.

### Disclosures

1. Aliera Healthcare, the Aliera Healthcare logo, and other plan or service logos are trademarks of Aliera Healthcare, Inc. and may not be used without written permission.

2. Aliera and Trinity programs are NOT insurance. Aliera Healthcare, Inc./Trinity HealthShare does not guarantee the quality of services or products offered by individual providers. Members may change providers upon 30 days' notice if not satisfied with the medical services provided.

3. Aliera's Healthcare Plans offer services only to Members and dependents on your Plan.

4. Aliera reserves the right to interpret the terms of this membership to determine the level of medical services received hereunder.

5. This membership is issued in consideration of the Member's application and the Member's payment of a monthly fee as provided under these Plans. Omissions and misstatements, or incorrect, incomplete, fraudulent, or intentional misrepresentation to the assumed risk in your application may void your membership, and services may be denied.

### Abbreviations

| | |
|---|---|
| **ACA** | Affordable Care Act (Obamacare) |
| **CMS** | Center for Medicare and Medicaid Services |
| **DEA** | Drug Enforcement Administration |
| **DME** | Durable Medical Equipment |
| **DPCMH** | Direct Primary Care Medical Home Plans |
| **HCSM** | Health Care Sharing Ministry |
| **MEC** | Minimum Essential Coverage |
| **PCP** | Primary Care Provider |
| **PPO** | Participating Provider Organization |
| **UC** | Urgent Care |

37

# APPENDIX C: LEGAL NOTICES

The following legal notices are the result of discussions by Trinity HealthShare or other healthcare sharing ministries with several state regulators and are part of an effort to ensure that Sharing Members understand that Trinity HealthShare is not an insurance company and that it does not guarantee payment of medical costs. Our role is to enable self-pay patients to help fellow Aliera members through voluntary financial gifts.

## General Legal Notice

This program is not an insurance company nor is it offered through an insurance company. This program does not guarantee or promise that your medical bills will be paid or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this program should never be considered as a substitute for an insurance policy. Whether you receive any payments for medical expenses and whether or not this program continues to operate, you are always liable for any unpaid bills.

## State Specific Notices

### Alabama Code Title 22-6A-2

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Arizona Statute 20-122

Notice: the organization facilitating the sharing of medical expenses is not an insurance company and the ministry's guidelines and plan of operation are not an insurance policy. Whether anyone chooses to assist you with your medical bills will be completely voluntary because participants are not compelled by law to contribute toward your medical bills. Therefore, participation in the ministry or a subscription to any of its documents should not be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills.

### Arkansas Code 23-60-104.2

## APPENDIX C: LEGAL NOTICES

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. If anyone chooses to assist you with your medical bills, it will be totally voluntary because participants are not compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive a payment for medical expenses or if this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Florida Statute 624.1265**

Trinity HealthShare is not an insurance company, and membership is not offered through an insurance company. Trinity HealthShare is not subject to the regulatory requirements or consumer protections of the Florida Insurance Code.

**Georgia Statute 33-1-20**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Idaho Statute 41-121**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Illinois Statute 215-5/4-Class 1-b**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation constitute or create an insurance policy. Any assistance you receive with your

## APPENDIX C: LEGAL NOTICES

medical bills will be totally voluntary. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Indiana Code 27-1-2.1

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any other participant can be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

### Kentucky Revised Statute 304.1-120 (7)

Notice: Under Kentucky law, the religious organization facilitating the sharing of medical expenses is not an insurance company, and its guidelines, plan of operation, or any other document of the religious organization do not constitute or create an insurance policy. Participation in the religious organization or a subscription to any of its documents shall not be considered insurance. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any participant shall be compelled by law to contribute toward your medical bills. Whether or not you receive any payments for medical expenses, and whether or not this organization continues to operate, you shall be personally responsible for the payment of your medical bills.

### Louisiana Revised Statute Title 22-318,319

Notice: The ministry facilitating the sharing of medical expenses is not an insurance company. Neither the guidelines nor the plan of operation of the ministry constitutes an insurance policy. Financial assistance for the payment of medical expenses is strictly voluntary. Participation in the ministry or a subscription to any publication issued by the ministry shall not be considered as enrollment in any health insurance plan or as a waiver of your responsibility to pay your medical expenses.

### Maine Revised Statute Title 24-A, §704, sub-§3

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy.

40

# APPENDIX C: LEGAL NOTICES

Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Maryland Article 48, Section 1-202(4)**

Notice: This publication is not issued by an insurance company nor is it offered through an insurance company. It does not guarantee or promise that your medical bills will be published or assigned to others for payment. No other subscriber will be compelled to contribute toward the cost of your medical bills. Therefore, this publication should never be considered a substitute for an insurance policy. This activity is not regulated by the State Insurance Administration, and your liabilities are not covered by the Life and Health Guaranty Fund. Whether or not you receive any payments for medical expenses and whether or not this entity continues to operate, you are always liable for any unpaid bills.

**Mississippi Title 83-77-1**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment of medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Missouri Section 376.1750**

Notice: This publication is not an insurance company nor is it offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other subscriber or member will be compelled to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

**Nebraska Revised Statute Chapter 44-311**

IMPORTANT NOTICE. This organization is not an insurance

# APPENDIX C: LEGAL NOTICES

company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the Nebraska Department of Insurance. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

**New Hampshire Section 126-V:1**

IMPORTANT NOTICE This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the New Hampshire Insurance Department. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

**North Carolina Statute 58-49-12**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be voluntary. No other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally liable for the payment of your own medical bills.

**Pennsylvania 40 Penn. Statute Section 23(b)**

Notice: This publication is not an insurance company nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be

## APPENDIX C: LEGAL NOTICES

published or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this publication should never be considered a substitute for insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always liable for any unpaid bills.

**South Dakota Statute Title 58-1-3.3**

Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payments for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Texas Code Title 8, K, 1681.001**

Notice: This health care sharing ministry facilitates the sharing of medical expenses and is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the ministry or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally respons ble for the payment of your own medical bills. Complaints concerning this health care sharing ministry may be reported to the office of the Texas attorney general.

The ministry will assign a recommended cost sharing amount to the membership each month ("Monthly Share Amount"). By submitting the Monthly Share Amount, you instruct the ministry to assign your contribution as prescribed by the Guidelines.  Up to 40% of your member contribution goes towards the administration of this plan.  Administration costs are not all inclusive of vendor costs, which could account for up to 32% of the member contribution (monthly recommended share amount). Contributions to the member "Share Box" will never be less than 28% of the member monthly recommended share amount.

**Virginia Code 38.2-6300-6301**

Notice: This publication is not insurance, and is not offered through an insurance company. Whether anyone chooses

43

## APPENDIX C: LEGAL NOTICES

to assist you with your medical bills will be totally voluntary, as no other member will be compelled by law to contr bute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

**Wisconsin Statute 600.01 (1) (b) (9)**

ATTENTION: This publication is not issued by an insurance company, nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be published or assigned to others for payment. Whether anyone chooses to pay your medical bills is entirely voluntary. This publication should never be considered a substitute for an insurance policy. Whether or not you receive any payments for medical expenses, and whether or not this publication continues to operate, you are responsible for the payment of your own medical bills.

This is NOT Insurance.



© 2017, 2018 Aliera Healthcare, Inc., and
Trinity HealthShare, Inc. All rights reserved.





990 Hammond Drive, Suite 700
Atlanta, GA 30328
**Toll-Free 844-834-3456**
**www.alierahealthcare.com**

AlieraCare Plans are NOT Insurance.

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 5





TRINITY HealthShare    • BECOME A MEMBER (855) 208-6610 •    About ▾   Individual & Family ▾   Resources ▾   Contact Us

## Our healthcare sharing programs put you and your family at the center of great healthcare.

If you are looking for an alternative solution to the rising costs of health insurance without sacrificing on great healthcare— Trinity healthcare sharing programs are right for you. Discover why thousands of people have joined Trinity HealthShare and believe our health sharing ministry is a positive alternative to traditional health insurance.





Solutions that work for you    CONTACT US TODAY

TRINITY HealthShare
Non-profit healthcare sharing ministry.

**Information**
Individuals & Families
About ▾
Membership
Contact Us

**Medical Programs**
Catastrophic
Basic Care
Standard (Everyday)
Comprehensive
Interim Medical

**Supplemental Programs**
Dental
Vision



## Medical Cost Sharing: A Viable Alternative to Traditional Healthcare

With the rising costs of health insurance, people are looking for alternatives. Nobody wants to pay more for less, yet that is what is happening in the insurance market today. Coverage is going down as cost is going up. Trinity HealthShare's medical cost sharing programs provide affordable and effective alternatives for those who believe in individual responsibility, healthy living, and caring for one another.

### Trinity HealthShare and traditional insurance are not the same

Trinity HealthShare is a Health Care Sharing Ministry (HCSM) and not traditional health insurance. With traditional health insurance, the insured are charged for copays and deductibles and patient responsibility amounts besides the premiums that are sent into the insurance agency. those who strive to take care of their bodies end up paying to cover those who don't.

**Traditional Health Insurance**

⊙ **Premiums**
Every month, members pay a fee to insurance companies for coverage.

**Trinity HealthShare – HCSM**

⊙ **Contributions**
Every month, members send their contributions (premiums) to Trinity HealthShare where they're deposited into the members'

BECOME A MEMBER (855) 228-8610     About ▾   Individual & Family ▾   Resources ▾   Contact Us

Trinity HealthShare is a Health Care Sharing Ministry (HCSM) and not traditional health insurance. With traditional health insurance, the insured are charged for copays and deductibles and patient responsibility amounts besides the premiums that are sent into the insurance agency. Those who survive to take care of their bodies end up paying to cover those who don't.

## Traditional Health Insurance

⊘ **Premiums**
Every month, members pay a fee to insurance companies for coverage.

⊘ **Deductibles**
Before the insurance pays any bills, the deductible must be met. Once it's met, only a percentage of each bill is covered until the member reaches the maximum out-of-pocket. Some insurances have a separate prescription deductible.

⊘ **Copays**
Every time a member goes to the doctor, lab, specialist, hospital or picks up a prescription, he or she must pay a copay that does not go towards the deductible.

⊘ **Maximum out-of-pocket**
All expenses except for co-expenses add together to reach the member's maximum out-of-pocket. Once it is reached, the insurance cost-shares 100%.

## Trinity HealthShare – HCSM

⊘ **Contributions**
Every month, members send their contributions (premiums) to Trinity HealthShare where they're deposited into the members' "shareboxes," awaiting dispersal to a member's medical bills.

⊘ **Member Shared Responsibility Amount (MSRA)**
Similar to a deductible in that it is a set amount that must be met before medical bills are paid, once the MSRA is met, the money from members' shareboxes are used to cover eligible medical expenses.

⊘ **Co-expenses**
Every time a member goes to the doctor, specialist or hospital, a co-expense is paid.

⊘ **Maximum out-of-pocket**
All expenses except for co-expenses add together to reach the member's maximum out-of-pocket amount. Once the maximum out-of-pocket amount is reached, Trinity HealthShare cost-shares 100%.

⊘ **Telemedicine**
Helping members eliminate expenses, individuals can "see" a U.S. board-certified doctor over the phone or via video chat at no expense. These doctors can make diagnoses, write prescriptions, and make referrals.

In addition to eliminating hidden costs, health care sharing ministries encourage wholesome living by requiring members to sign agreements stating they will maintain a healthy lifestyle and avoid foods, behaviors or habits that produce sickness or disease in themselves or others. A healthy way of life translates into lower monthly contributions and lower medical costs for the membership as a whole. Higher MSRAs also help reduce monthly contributions, allowing members to set aside the savings to help pay the higher MSRA if they need to.

Trinity HealthShare is a HCSM and bases its principles of healthcare upon sharing one another's burdens. With most medical cost sharing programs, individuals come together around a common religious or ethical belief, or both. Members must sign a statement of beliefs in order to join a HCSM.

## Learn about how healthcare sharing programs work.

Trinity HealthShare's healthcare sharing programs are quite simple, with only six steps involved.

 **Member Contribution**
You send your contribution to Trinity

Everyone's monthly "share" is placed in their "ShareBox" until it is matched to another member's eligible bills.

 **Activate**
Activate Your Membership

Activate your membership through our partners website here.

 **Visit Network Doctor**
Call the concierge line for appointments

Show your member ID when you experience medical costs. Your doctor should recognize the network.

 **Doctor Submits Bill**
Your doctor sends the bill to Trinity

Your doctor sends bills electronically to him or HealthShare or the TPA for Trinity. Trinity performs an analysis and pays a reasonable amount.

 **We Share Bill**
Everyone shares in the cost

Members contribute from their "Sharefile" to your secure online Sharebile account.

 **Payments To Doctors**
Doctors and Hospitals are Paid

Trinity HealthShare pays the shareable amount of medical bills to your healthcare providers, but it will not pay inflated rates.

Affordable quality healthcare sharing programs can be found for those who embrace a healthy lifestyle. No longer does quality have to be sacrificed because of cost. With Trinity HealthShare, there is a viable alternative to traditional healthcare.

 TRINITY
HEALTHSHARE
Non-profit healthcare sharing ministry.

**Information**
Individuals & Families
About
Membership
Contact Us

**Medical Programs**
Catastrophic
Basic Care
Standard (Everyday)
Comprehensive
Interim Medical

**Supplemental Programs**
Dental
Vision



## FAQs

▾ What medical needs are eligible for sharing?

Medical needs eligible to be shared by Trinity HealthShare members compare favorably to their prior medical coverage. Eligible medical needs are listed in the membership guidelines.



## FAQs

▸ What medical needs are eligible for sharing?

▾ Are maternity benefits included?

Yes. In the Premium offerings maternity benefits are available after 10 consecutive months of membership prior to conception. Trinity HealthShare will share up to $5,000 per natural delivery, up to $8,250 for a cesarean section delivery when medically necessary and up to $50,000 should difficulties or medical complications arise.



Home / About / FAQs

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▾ How do I become a member?

Becoming a member is simple; complete the membership application process online.



Home / About / FAQs

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▾ How much will Trinity HealthShare cost?

Your monthly contribution depends on the number of members in your family and the type of membership you desire.



## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▾ Do contributions fluctuate each month?

No. The contributions do not fluctuate from month-to-month. However, contributions are subject to review by the Board of Directors on an annual basis. Adjustments may be made periodically, usually on an annual basis, to meet the needs of the membership.



## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▾ Are there religious restrictions for membership in Trinity HealthShare?

Trinity HealthShare welcomes members of all faiths who can honor the Statement of Beliefs, by which the Trinity HealthShare program operates



## FAQs

‣ What medical needs are eligible for sharing?

‣ Are maternity benefits included?

‣ How do I become a member?

‣ How much will Trinity HealthShare cost?

‣ Do contributions fluctuate each month?

‣ Are there religious restrictions for membership in Trinity HealthShare?

▾ What about pre-existing conditions?

Any illness or accident for which a person has been diagnosed, received medical treatment, been examined, taken medication, or had symptoms within 24 months prior to the application date is considered a pre-existing condition. Symptoms include but are not limited to the following: abnormal discharge or bleeding; abnormal growth; break, cut or tear; discoloration, deformity; full or partial loss of use; obvious damage, illness or abnormality; impaired breathing; impaired motion; inflammation or swelling; itching; numbness; pain that interferes with normal use; unexplained or unplanned weight gain or loss exceeding 20% of the total body weight occurring within a six-month period; fainting, loss of consciousness, or seizure; abnormal results from a test administered by a medical practitioner.

Home / About / FAQs

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▸ Are there religious restrictions for membership in Trinity HealthShare?

▸ What about pre-existing conditions?

▾ Is membership with Trinity HealthShare a contract or can I quit anytime?

It is NOT a contract. You can choose to quit the membership at any time. There is a $125 application fee and a non-refundable $25 fee for Trinity Ministries if you chose to quit after being accepted to the membership. Trinity HealthShare requests proper notification from a member who chooses to quit for any reason. For more information please see Member Guidelines.

## FAQs

‣ What medical needs are eligible for sharing?

‣ Are maternity benefits included?

‣ How do I become a member?

‣ How much will Trinity HealthShare cost?

‣ Do contributions fluctuate each month?

‣ Are there religious restrictions for membership in Trinity HealthShare?

‣ What about pre-existing conditions?

‣ Is membership with Trinity HealthShare a contract or can I quit anytime?

▾ What guarantees do I have that my contributions will be used correctly?

Financial integrity and accountability of Trinity HealthShare is very important. We adhere to the highest standards for operating and maintaining the utmost level of accountability through our auditing procedures and board of directors. Trust from our members is very important to us and there are several ways in which we maintain our trust from all members;

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▸ Are there religious restrictions for membership in Trinity HealthShare?

▸ What about pre-existing conditions?

▸ Is membership with Trinity HealthShare a contract or can I quit anytime?

▸ What guarantees do I have that my contributions will be used correctly?

▾ What happens if my monthly contribution is late?

Monthly contributions are due on the 1st or 15th of each month, dependent on effective date. If the monthly contribution is not received by the due date, an administrative fee will be assessed to track, receive, and post the monthly contribution. If the monthly contribution is not received by the end of the month, a membership becomes inactive as of the last day of the preceding month in which a monthly contribution was received.

## FAQs

‣ What medical needs are eligible for sharing?

‣ Are maternity benefits included?

‣ How do I become a member?

‣ How much will Trinity HealthShare cost?

‣ Do contributions fluctuate each month?

‣ Are there religious restrictions for membership in Trinity HealthShare?

‣ What about pre-existing conditions?

‣ Is membership with Trinity HealthShare a contract or can I quit anytime?

‣ What guarantees do I have that my contributions will be used correctly?

‣ What happens if my monthly contribution is late?

▾ How does my doctor or hospital get paid?

Once your medical provider has properly processed your medical claim to be shared by the membership, the medical need is adjudicated and payment is issued directly to the provider.

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▸ Are there religious restrictions for membership in Trinity HealthShare?

▸ What about pre-existing conditions?

▸ Is membership with Trinity HealthShare a contract or can I quit anytime?

▸ What guarantees do I have that my contributions will be used correctly?

▸ What happens if my monthly contribution is late?

▸ How does my doctor or hospital get paid?

• What happens if I have a discrepancy with a non-eligible medical need?

If a need is denied as not eligible, and there is a dispute, the aggrieved member or any other aggrieved party may seek reconsideration only through the appeal procedure described in the Member Guidelines.

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▸ Are there religious restrictions for membership in Trinity HealthShare?

▸ What about pre-existing conditions?

▸ Is membership with Trinity HealthShare a contract or can I quit anytime?

▸ What guarantees do I have that my contributions will be used correctly?

▸ What happens if my monthly contribution is late?

▸ How does my doctor or hospital get paid?

▸ What happens if I have a discrepancy with a non-eligible medical need?

▾ Can I be a member of Trinity HealthShare and also have medical insurance?

Yes, a member can have health insurance through work or another source. If a member has medical insurance and a Trinity HealthShare membership, the medical insurance is the primary source for paying medical claims. Trinity HealthShare membership shares in the portion that the health insurance plan does not cover.

## FAQs

▸ What medical needs are eligible for sharing?

▸ Are maternity benefits included?

▸ How do I become a member?

▸ How much will Trinity HealthShare cost?

▸ Do contributions fluctuate each month?

▸ Are there religious restrictions for membership in Trinity HealthShare?

▸ What about pre-existing conditions?

▸ Is membership with Trinity HealthShare a contract or can I quit anytime?

▸ What guarantees do I have that my contributions will be used correctly?

▸ What happens if my monthly contribution is late?

▸ How does my doctor or hospital get paid?

▸ What happens if I have a discrepancy with a non-eligible medical need?

▸ Can I be a member of Trinity HealthShare and also have medical insurance?

▾ Is Trinity HealthShare insurance?

No, Trinity HealthShare is not insurance. This publication or membership is not issued by an insurance company, nor is it offered through an insurance company.



## ‹ Home

**⌂ Individual & Family**

- **Catastrophic**
  CarePlus Advantage

- **Standard (Everyday)**
  AlterCare 0500

- **Comprehensive**
  AlterCare 0135

- **Interim Medical**
  InterimCare

- **Supplemental**
  Dental
  Vision

### Standard Healthcare Program:
### An Economic Program for the Family

With the rising cost of health insurance and the frustrations of trying to obtain the desired healthcare in either the private sector or the Marketplace, Trinity HealthShare offers a refreshing alternative. Not a traditional medical plan, Trinity offers an everyday program that has broad services at a reasonable price. A refreshing option in today's frustrating market.

**Ready To Enroll?**   VIEW PROGRAM OPTIONS



• **Interim Medical**
  InterimCare
• **Supplemental**
  Dental
  Vision
• **Healthcare Cost Sharing**
  How it Works
  FAQs
• **Basic Care**
  PrimaCare

This is a Healthcare Sharing Ministry (HCSM) Product

**OFFERED THROUGH**


BECOME A MEMBER (855) 268-6610        About ˅   Individuals & Family ˅   Resources ˅   Contact Us

## Ready To Enroll?       VIEW PROGRAM OPTIONS

### Trinity's standard healthcare program

Trinity's affordable health program alternative—AlteraCare Value | Plus | Premium—offers low-cost healthcare for both individuals and families. This affordable individual healthcare provides individuals and families with immediate access to doctors through office visits, urgent care, and telemedicine.

Telemedicine allows members to reach a U.S. board-certified doctor 24/7 from the comfort of their home rather than having to brave the crowds when feeling ill. Members can speak with a physician on the phone or by video and can receive prescriptions and follow-up recommendations without having to take time off of work or wait in crowded waiting rooms. With this affordable healthcare, unlimited telemedicine is offered through the program.

Preventive care is also eligible for cost-sharing with zero out-of-pocket expenses and no member responsible shared amount (MRSA) for in-network providers and labs. Flu shots, regular annual screenings, and immunizations are all eligible with the low-cost individual healthcare. An average savings of 55% on every prescription is seen by members.

Trinity's affordable individual health program include primary care physician visits, pharmaceuticals, basic eye and hearing exams, both in and outpatient procedures, extended healthcare needs, urgent care needs, labs, and diagnostic procedures. It's an all-inclusive, affordable healthcare option. Even people with pre-existing conditions can get good healthcare—reaching a doctor whenever they need through telemedicine.

### The difference between standard (everyday) healthcare program and major medical

Major medical typically includes preventive care, a prescription drug program, emergency services, hospitalization, and its associated costs. While carrying major medical can be reassuring, the soaring costs of healthcare and rigid open enrollment periods have made it very difficult and often unattainable for many hard-working Americans.

Trinity program are not considered "insurance" which means they don't have to cut through the red tape required by traditional insurance mandates. Trinity program such as AlteraCare Value | Plus | Premium allow members to achieve comparable cost assurances for catastrophic healthcare services (including preventative care and immediate access to doctors through office visits, urgent care, and telemedicine) at a much lower cost because they are supported by a healthcare sharing organization that facilitates medical cost sharing between members.

The difference between standard (everyday) healthcare program and major medical

Major medical typically includes preventive care, a prescription drug program, emergency services, hospitalization, and its associated costs. While carrying major medical can be reassuring, the soaring costs of healthcare and high open enrollment periods have made it very difficult and often unattainable for many hard-working Americans.

Trinity programs are not considered "insurance" which means they don't have to cut through the red tape required by traditional insurance mandates. Trinity program such as AlieraCare Value | Plus | Premium allow members to achieve comparative cost assurances for catastrophic healthcare services (including preventative care and immediate access to doctors through office visits, urgent care, and telemedicine) at a much lower cost because they are supported by a healthcare sharing organization that facilitates medical cost sharing between members.

The standard healthcare plan's ideal candidate

Trinity's standard healthcare is ideal for individuals and families who want both physician and hospitalization at lower costs. With low monthly contribution costs, members can set aside money to help pay for the higher MSRA, which works like a deductible in traditional insurance. Members can also choose how high or low they want the MSRA to be with three programs setting the MSRA to $5,000, $7,500, or $10,500.

Known in the industry as everyday health programs or low cost comprehensive healthcare, Trinity's standard health program option is paving the way to a new style of healthcare.



Trinity's standard healthcare program, AlieraCare Value | Plus | Premium, is recommended for individuals and families who are primarily healthy and whose main concern is preventive services and basic medical needs, as well as cost sharing for a catastrophic care event.

THESE ARE NOT INSURANCE PRODUCTS.

VIEW PROGRAM OPTIONS



‹ Home

🏠 **Individual & Family**

- **Catastrophic**
  CarePlus Advantage
- **Standard (Everyday)**
  AlteraCare VPP
- **Comprehensive**
  AlteraCare BSG
- **Interim Medical**
  InterimCare
- **Supplemental**
  Dental
  Vision
- **Healthcare Cost Sharing**

## Comprehensive Healthcare:
## An Alternative to Major Medical

The cost of traditional medical plans continues to rise, even as the quality and quantity of healthcare services they offer decreases. The one-size-fit-all model of care isn't really a solution for a lot of people. That's why Trinity HealthShare provides a variety of comprehensive healthcare programs that give individuals and families quality healthcare choices at a price they can afford.



Vision

• **Healthcare Cost Sharing**
  HowItWorks
  FAQs

• **Basic Care**
  PrimeCare

This is a Healthcare Sharing Ministry
(HCSM) Product

**OFFERED THROUGH**


### What is a Trinity comprehensive program?

Comprehensive healthcare programs provide services for a full spectrum of medical needs—from wellness, preventive and sick care to help with unforeseen medical emergencies.

Services included in a Trinity comprehensive program:

• Free telemedicine
• Unlimited wellness & preventive
• Primary care
• Urgent care
• Specialty care
• Prescription discount program
• Maternity care
• Emergency room
• Hospitalization
• Surgical

### The ideal candidate for a comprehensive medical program

A comprehensive healthcare program is designed to meet a member's full range of medical needs. It is a perfect solution for those who have pre-existing conditions, need chronic medical care or have growing families. It is also great for those who simply want to have peace of mind, knowing that they will be able to receive the healthcare services they need, when they need them.

Consider a Trinity comprehensive healthcare program if you:

• Can't afford a traditional medical plan through healthcare.gov or your employer
• Are not eligible for government subsidies
• Want a more comprehensive solution—similar to the traditional options you may be accustomed to seeing
• Missed open enrollment

### How Trinity's comprehensive healthcare program works

Because Trinity's comprehensive health programs are based on cost sharing, monthly contributions are much lower than with traditional major medical plans. The trade-off is that the member shared responsibility amount (MSRA) is high. The MSRA is the amount of money a member must pay out of pocket before cost sharing begins. Once the MSRA is reached, members share a portion of all eligible services until the yearly out-of-pocket maximum is met. With several different types of programs to choose from, individuals can pick a yearly MSRA anywhere from $1,000 to $10,000; families between $3,000 and $30,000.

### Trinity HealthShare's membership requirements

The only requirement to participate in a comprehensive medical healthcare program is that members must complete an enrollment form in which they agree to and sign a short Statement of Beliefs. Like any healthcare plan, there are limitations and exclusions to the services offered with each of the Trinity solutions; therefore, it's important that members understand the advantages and disadvantages of the plans they choose





‹ Home

**Individual & Family**

- Catastrophic
  CarePlus Advantage

- Standard (Everyday)
  AlieraCare 43%

- Comprehensive
  AlieraCare 855

- Interim Medical
  InterimCare

- Supplemental
  Dental
  Vision

# Health sharing programs that provide you and your family with peace of mind

Today, most people get their healthcare plans through work. But every year, more people are choosing to shop in the private marketplace.

For some individuals and families, there are key advantages to choosing their own personal medical plans over employer options—affordability, portability and customization. Whether you are a single individual, have a family, are self-employed, are a student, or are just looking for the best health plan for your unique needs, you should consider a program from Trinity HealthShare.

- Vision
- **Healthcare Cost Sharing**
  How It Works
  FAQs
- **Basic Care**
  PrimaCare



### Catastrophic

Trinity's catastrophic healthcare plan, CarePlus Advantage, is best suited for individuals and families who are primarily healthy and looking to provide security to their family knowing they are eligible for cost sharing for catastrophic hospitalization events or needs, plus emergency room cost sharing.

**THIS IS NOT AN INSURANCE PRODUCT**

VIEW PROGRAM OPTIONS



### Standard (Everyday)

Trinity's standard healthcare plan, Trinity Value | Plus | Premium, is recommended for individuals and families who are primarily healthy and whose main concern is preventive services and basic medical needs, as well as cost sharing for a catastrophic care event.

**THESE ARE NOT INSURANCE PRODUCTS**

VIEW PROGRAM OPTIONS



### Comprehensive

Trinity's comprehensive health plan, Trinity Bronze | Silver | Gold, is designed for those who want comprehensive healthcare closer to traditional medical plans, but are seeking affordable alternatives to major medical. From the doctor's office to the operating table, access comprehensive medical services when you need them most.

**THESE ARE NOT INSURANCE PRODUCTS**

VIEW PROGRAM OPTIONS



### Interim Medical

Trinity's interim medical health plan, InterimCare, is a great option for those in between medical plans. Our interim plans are affordable, and are designed to cost share you and your family's healthcare expenses during a transition. InterimCare offers low cost care when you know you have infrequent medical needs, but still need peace of mind.

THESE ARE NOT INSURANCE PRODUCTS

VIEW PROGRAM OPTIONS

### Supplemental

Life is full of unpredictable events, and unfortunately they often come when you least expect—and can least afford—it. Supplemental health plans help with out-of-pocket expenses associated with eye exams, teeth cleanings, ER visits, or prescription drugs.

THESE ARE NOT INSURANCE PRODUCTS

VIEW PLAN OPTIONS

### Basic Care

Our basic care plans are a healthcare solution centered around the importance of primary care. Regardless of a person's age there is a critical need for regular preventive care, making a basic healthcare plan a necessity at minimum.

THESE ARE NOT INSURANCE PRODUCTS

VIEW PLAN OPTIONS




About ∨   Individuals Panel ∨   Resources ∨   Contact Us

BECOME A MEMBER (855) 200-6610



## Catastrophic Programs
Security for catastrophic events & hospitalization

Home / Individual & Family / Catastrophic

‹ Home

**Individual & Family**

- **Catastrophic**
  CorePlus Advantage
- **Standard (Everyday)**
  EveraCare PPO
- **Comprehensive**
  EveraCare DSO
- **Interim Medical**
  InterimCare
- **Supplemental**
  Dental
  Vision

## Catastrophic Healthcare Program:
## Is It for Me?

People often worry about the cost of hospitalization and surgery. They're concerned that when the unexpected hits, they won't be able to afford the costs. Generally, they're pretty healthy, but what if an accident happens or the unthinkable occurs? Catastrophic health programs can give peace of mind that the high costs of medical treatment will be eligible for cost-sharing if the unforeseen becomes today's reality.

**Ready To Enroll?**   View Enrollment Options

**TRINITY**

- **Healthcare Cost Sharing**
  - How It Works
  - FAQs
- **Basic Care**
  - PrimaCare

This is a Healthcare Sharing Ministry (HCSM) Product

**OFFERED THROUGH**

**ENSURIAN**

BECOME A MEMBER (855) 208-6610          About ⌄   Individual & Family ⌄   Resources ⌄   Contact Us

## Catastrophic healthcare cost sharing can give you peace of mind

Catastrophic healthcare offers assistance with the cost of major medical events—such as hospitalizations, traumas, sudden illnesses, and accidents—Trinity's catastrophic healthcare program offers services such as inpatient and outpatient surgeries, performed in hospitals and ambulatory surgical centers (ASC). Catastrophic healthcare plans have limited services and do not offer regular office visits and medications.

## The ideal candidate for a catastrophic medical program

Catastrophic medical programs are an ideal choice to assist with the costs of those unforeseen emergencies, and are intended for those who either have no other healthcare, or who can simply not afford the high price of a traditional, full-coverage medical plan. Catastrophic health programs are also a viable option for those who are healthy and don't spend a lot of time at the doctor's office. Catastrophic healthcare allows them to save money each month.

Since doctor's visits and prescriptions are not eligible for cost sharing, those who tend to be in the doctor's office frequently or have a pre-existing condition, should consider carrying a different type of program. Pre-existing conditions are not eligible for cost sharing with CarePlus Advantage.

## The difference between catastrophic healthcare programs and major medical

Major medical typically includes preventive care, a prescription drug program, emergency services, hospitalization, and its associated costs. While carrying major medical can be reassuring, the soaring costs of healthcare and rigid open enrollment periods have made it very difficult and often unattainable for many hard-working Americans.

Trinity programs are not considered "insurance" which means they don't have to cut through the red tape required by traditional insurance mandates. Trinity programs such as CarePlus Advantage allow members to achieve comparable cost assurances for catastrophic healthcare services (including emergency care and hospitalization) at a much lower cost because they are supported by a healthcare sharing organization that facilitates medical cost sharing between members.

## How Trinity's catastrophic healthcare program works

Members pay all medical expenses until the individual's Member Shared Responsibility Amount (MSRA) has been reached. Upon reaching the MSRA, all eligible hospitalization, surgical, or emergency room expenses are submitted for cost-sharing at 100%. If a visit to the emergency room happens, the member is responsible for a $300 consult fee. Upon admittance to the hospital, the $300 then gets applied to the MSRA.,

How Trinity's catastrophic healthcare program works

Members pay all medical expenses until the individual's Member Shared Responsibility Amount (MSRA) has been reached. Upon reaching the MSRA, all eligible hospitalization, surgical, or emergency room expenses are submitted for cost-sharing at 100%. If a visit to the emergency room happens, the member is responsible for a $300 consult fee. Upon admittance to the hospital, the $300 then gets applied to the MSRA.

Monthly contributions for catastrophic programs vary depending on age and the chosen MSRA. Low monthly contributions give members peace of mind knowing they are protected against major catastrophic events that could cripple them financially. Catastrophic healthcare programs provide a great combination of low price and good hospital services.

Having adequate healthcare is important. When illness strikes, no one wants to be worrying about medical expenses while trying to get well. Catastrophic healthcare programs help give peace of mind in case the unimaginable happens.



# APPENDIX 6

DATE FILED: June 19, 2020 4:47 PM
FILING ID: ACSF0B17A851B
CASE NUMBER: 2020CV30513



# ALIERACARE
## VALUE | PLUS | PREMIUM

# PREMIUM PLAN

| | Multiplan PHCS | |
|---|---|---|
| **Plan Services[1]** | **Network** | **Non-Network** |
| **Eligible prior to meeting Member Shared Responsibility Amount (MSRA)** | | |
| Wellness and Preventive Care | 100% | N/A |
| Telemedicine | 100% | N/A |
| Primary Care | 5 per year*   $20 Consult Fee | N/A |
| Urgent Care | 2 per year   $20 Consult Fee | N/A |
| Labs & Diagnostics | PCP & Urgent Care | N/A |
| X-Rays** | 100%** | N/A |
| Chronic Maintenance | Included with PCP | N/A |
| Pediatrics | As Primary Care | N/A |
| OB/GYN | As Primary Care | N/A |
| Prescription Discount | Included | N/A |
| **Eligible after meeting Member Shared Responsibility Amount (MSRA) [2,3]** | | |
| MSRA Options – Per member | $5,000, $7,500, $10,000 | N/A |
| Per Incident Maximum Limit | $500,000 | N/A |
| Lifetime Maximum Limit | $1,000,000 | N/A |
| Specialty Care[4] | $75 Consult Fee (100% after MSRA) | N/A |
| Maternity[5] | $5,000 Max | N/A |
| Hospitalization | Included | N/A |
| In-Patient Surgery | Included | N/A |
| Out-Patient Surgery | Included | N/A |
| Emergency Room[6] | $300 MSRA | N/A |

| Rates | $5,000 MSRA | | | $7,500 MSRA | | | $10,000 MSRA | | |
|---|---|---|---|---|---|---|---|---|---|
| Age[7] | Member | Member +1 | Family*** | Member | Member +1 | Family*** | Member | Member +1 | Family*** |
| 0–29 | $292.44 | $406.84 | $564.14 | $256.69 | $378.24 | $528.39 | $228.09 | $349.64 | $464.04 |
| 30–39 | $359.92 | $500.72 | $694.32 | $315.92 | $465.52 | $650.32 | $280.72 | $430.32 | $571.12 |
| 40–49 | $404.91 | $563.31 | $781.11 | $355.41 | $523.71 | $731.61 | $315.81 | $484.11 | $642.51 |
| 50–59 | $449.90 | $625.90 | $867.90 | $394.90 | $581.90 | $812.90 | $350.90 | $537.90 | $713.90 |
| 60–64 | $539.88 | $751.08 | $1,041.48 | $473.88 | $698.28 | $975.48 | $421.08 | $645.48 | $856.68 |

1. Non-emergency surgical services are unavailable for the first 2 months for Premium. Surgical services do not include cosmetic surgery.
2. Hospitalization, In-Patient and Out-Patient Surgery, Specialty Care, and Emergency Room services for pre-existing conditions have a 24 month waiting period. All other healthcare services for pre-existing conditions are eligible upon effective date.
3. Eligibility for cancer conditions is provided after 12 months of continuous membership, if a pre-existing cancer condition did not exist prior to or at the time of application.
4. The consult fee is in addition to the cost of your specialty visit and does not apply toward your annual MSRA.
5. Maternity services are unavailable for the first 10 months of membership.
6. ER visits are subject to review, and are meant only for life threatening situations. Maximum out-of-pocket is $300 for the Premium plan, $500 for the Plus plan, and full MSRA for the Value plan.
7. Members under the age of 20 can qualify as dependents. Members ages 20–26 can qualify as a dependent if proven to be a full-time student.

Unity HealthShare plans follow medical eligibility review protocols described in the plan but are not a promise to pay. Sharing is available for all eligible medical needs.

**Administrative and Conditional Fees:**
$125 one-time application fee per enrollment. Add $60 for persons who smoke. Add $130 per member for additional $500,000 per incident.

\* Annual physicals are available immediately at the cost of a Primary Care (PCP) visit. An inclusive annual physical is only available after 9 months of continual membership; lifestyle lab testing not included
\*\* $25 per x-ray read fee at Urgent Care, (may vary by city)
\*\*\* Add $50 per additional dependent for families of 6 or more



# ALIERACARE™

*Everyday healthcare plans for individuals and families*

Aliera Healthcare has coupled, through health care sharing ministries, the best of two programs: Aliera MEC solution and HCSM Hospitalization and Surgery Plan. This two part offering provides the most flexible and cost effective program in the market today, while at the same time remaining independent of insurance. Neither program is insurance, yet ACA exemption applies for both individuals and families alike. The goal of our care management is to achieve an optimal level of wellness and improve coordination of care while providing cost-effective, non-duplicative services.

## *ACA Exempt Healthcare Sharing Plans*

 **Telemedicine**

Our U.S. board-certified family practitioners, PCPs, pediatricians and internists, who diagnose, treat, and write prescriptions when necessary, are available 24/7/365 and can resolve most medical concerns via phone or online video consultation in the convenience of your home or on the go!

 **Preventive & Primary Care**

Preventive and Primary Care are at the core of all **AlieraCare Plans**, and we consider them key steps in getting and staying healthy. Our model is based on an innovative approach to care that is truly patient-centered, combining excellent service with a modern approach. This includes medical care needs such as office visits, a variety of screenings, wellness guidance, flu shots, etc.

 **Labs & Diagnostics**

All PCP and Urgent Care labs are included in your monthly membership. Your membership includes over 180 different lab tests to ensure the medical care needed is covered.

 **Urgent Care**

Services are covered at the nearest urgent care center for treatment of an injury or illness. Urgent care handles medical situations that can't wait or are just a little more complex than what your primary care physician normally performs.

*As well as Hospitalization and more—*

**This is NOT Insurance | ACA Exempt**

**www.alierahealthcare.com | 844-834-3456**



AHCUHS_AlieraCare_Sell-Sheet_8pp_201709-28

# ALIERACARE

SERVICES & MEMBERSHIP



## PREVENTIVE CARE

As part of our solution, the plans cover medical services recommended by the USPSTF and outlined in the ACA for preventive care. There is zero out of pocket expense and no deductible to meet for any scheduled preventive care service or routine in-network check-up, pap smear, flu shot and more. It's easier to stay healthy with regular preventive care.

## EPISODIC PRIMARY CARE

Primary care is at the core of an Aliera Plan, and we consider it a key step in getting and staying healthy. Our model is based on an innovative approach to care that is truly patient-centered, combining excellent service with a modern approach. This includes medical care needs such as primary care, office visits, basic eye and hearing exams, flu shots, infections, etc.

## CHRONIC CARE

With a AlieraCare Premium Plan, you receive chronic care management for conditions such as diabetes, asthma, blood pressure, cardiac conditions. etc. Members' primary care assigned physicians also perform any outpatient designated services.

## LABS & DIAGNOSTICS

All PCP and Urgent Care labs are included in your monthly membership. Your membership includes over 180 different lab tests to ensure the medical care you need is covered

## TELEMEDICINE

Whether sick, at work or in bed all day, a doctor is only a phone call away. Talk to a doctor on your phone or video chat and have your problem diagnosed, medicine prescribed, or if necessary, be further instructed.

With 24/7/365 access to a doctor, staying healthy has never been simpler. Reap the benefit of innovative healthcare.

## PRESCRIPTION DRUG PROGRAM

The AlieraCare prescription savings program delivers significant discounts for a variety of drugs (depending on prescription), saving members an average of 55% on prescription drug purchases.

## URGENT CARE

For those medical situations that can't wait or are more complex than primary care services, AlieraCare Plans offer access to urgent care facilities at hundreds of medical centers throughout the United States.



## MEMBERSHIP

Unity HealthShare[SM] is a health care sharing ministry (HCSM) which acts as an organizational clearing house to administer sharing of health care needs for qualifying members. The membership is based on a religious tradition of mutual aid, neighborly assistance, and burden sharing. The membership does not subsidize self-destructive behaviors and lifestyles, but is specifically tailored for individuals who maintain a healthy lifestyle, make responsible choices in regards to health and care, and believe in helping others. The HCSM HealthShare membership is NOT health insurance.

## HOSPITALIZATION

Hospitalization is covered, once the Member Shared Responsibility Amount has been met, under all the individual plans. The Per incident limit for coverage ranges from $150,000 to $1,000,000.

## SURGERY

Both in-patient and out-patient procedures are covered, once the Member Shared Responsbility Amount has been met, under all individual plans. The Per incident limit for coverage ranges from $150,000 to $1,000,000.

Because Unity HealthShare[SM] is a religious organization, members are required to agree with the organizations Statement of Beliefs:
*1. We believe that our personal rights and liberties originate from God and are bestowed on us by God. 2. We believe every individual has a fundamental religious right to worship God in his or her own way.3. We believe it is our moral and ethical obligation to assist our fellow man when they are in need according to our available resources and opportunity.4. We believe it is our spiritual duty to God and our ethical duty to others to maintain a healthy lifestyle and avoid foods, behaviors or habits that produce sickness or disease to ourselves or others.5. We believe it is our fundamental right of conscience to direct our own healthcare, in consultation with physicians, family or other valued advisors.*

www.alierahealthcare.com | 844-834-3456





# ALIERACARE

## Preventive Care
### Healthy choices that are right for you

**This plan provides coverage of medical services in accordance with the recommendations and guidelines contained below*:**

1. Evidence-based items or services rated A or B in the United States Preventive Services Task Force recommendations;

2. Recommendations of the Advisory Committee on Immunization Practices adopted by the Director of the Centers for Disease Control and Prevention;

3. Comprehensive guidelines for infants, children, and adolescents supported by the Health Resources and Services Administration (HRSA); and

4. Comprehensive guidelines for women supported by the Health Resources and Services Administration (HRSA).

### Preventive Benefits for Adults

- Blood Pressure Screening
- Cholesterol Screening
- Colorectal Cancer Screening
- Depression Screening
- Type II Diabetes Screening
- Diet Counseling
- HIV Screening
- Syphilis Screening

### Preventive Benefits for Women

- Anemia Screening
- Bacteriuria and Urinary Tract Infection Screening
- BRCA Counseling
- Breast Cancer Screening
- Breast Cancer Chemoprevention Counseling
- Breastfeeding Comprehensive Support
- Cervical Cancer Screening
- Chlamydia Infection Screening
- Contraception Counseling
- Domestic Violence Counseling/Screening
- Gestational Diabetes Screening
- Gonorrhea Screening
- HPV Testing, every 3 years
- Tobacco Screening/Counseling
- STI Counseling
- Syphilis Screening

### Preventive Benefits for Children

- Alcohol and Drug Use Assessment
- Autism Screening
- Behavioral Assessment
- Blood Pressure Screening
- Cervical Dysplasia Screening
- Congenital Hypothyroidism Screening
- Depression Screening
- Developmental Screening
- Dyslipidemia Screening
- Hearing Screening
- Height, Weight, and Body Mass Index Measurement
- Hematocrit/Hemoglobin Screening
- Hemoglobinopathies/Sickle Cell Screening
- HIV Screening
- Lead Screening
- Obesity Screening/Counseling
- Phenylketonuria Screening
- STI Counseling/Screening
- Tuberculin Testing
- Vision Screening

### Immunizations & Injections

- Hepatitis A
- Hepatitis B
- Herpes Zoster
- Meningococcal
- Pneumococcal
- Tetanus
- DtaP
- Varicella
- Rotavirus
- Influenza
- Haemophilus
- Influenza Type B
- Human Papillomavirus
- Inactivated Poliovirus
- Measles, Mumps, Rubella





Call Us Today!

* Preventive Benefits are available in accordance with the guidelines established under the USPSTF, except annual physicals which are only available after 9 months of continual membership.

## www.alierahealthcare.com | 844-834-3456

### ALIERA
Healthcare



# ALIERACARE

# Primary Care
## Taking care of those closest to you

**Primary care** is at the core of an AlieraCare Plan. We consider it a key step in getting and staying Healthy. Take a look at the wide range of benefits offered as part of your primary care.

## Office Visit

- Minimal Issues
- Detailed Issues
- Comprehensive Issues
- Significant Issues

## Office Procedures

- Audiometry
- Cerumen removal
- Colposcopy
- Colposcopy w/biopsy
- ECG, w/interpretation
- ECG, rhythm strip
- Endometrial biopsy
- Nebulizer
- Nebulizer demo
- Spirometry
- Spirometry, pre and post

## Well Visit

- Well visits for ages 0-64

## Skin Procedures

- Burn care, initial
- Foreign body on skin
- I&D, abscess
- I&D, hematoma/seroma
- Laceration repair, >1"
- Lesion biopsy
- Lesion, pairing/cutting
- Lesion shave
- Nail removal
- Skin tag

## Consultation / Pre-op clearance

- Simple-detailed problems

## Immunizations & Injections*

- Immunization administration
- Injection, joint

Vaccines

- DT
- DTP
- DtaP
- Flu
- Hep A
- Hep B
- Hib, 4 dose
- HPV
- IPV
- MMR
- Pneumonia
- Td
- Varicella



Call Us Today!

**This is NOT Insurance | ACA Exempt**

\* Cost of drugs not included under Primary Care.

www.alierahealthcare.com | 844-834-3456


ALIERA
Healthcare

 **ALIERA** Healthcare

 **UNITY HEALTHSHARE**

# AlieraCare 5000 / 7500 / 10000

**ANNUAL MSRA Per Person $5,000, $7,500, $10,000**
MSRA = Member Shared Responsibility Amount

| PPO Network | Multiplan \| PHCS Specific Services | | |
|---|---|---|---|
| **PLAN Level** | **VALUE[1]** | **PLUS[1]** | **PREMIUM[2]** |
| Preventative Care | 100% | 100% | 100% |
| Telemedicine*** | 100% | 100% | 100% |
| Primary Care (PCP) | 1 per Year* $20 Consult Fee | 3 per Year* $20 Consult Fee | 5 per Year* $20 Consult Fee |
| PCP Chronic Visits | n/a | n/a | Included @ PCP |
| Urgent Care | n/a | 1 per Year* $20 Consult Fee | 2 per Year* $20 Consult Fee |
| Labs & Diagnostics* | Preventive Only | PCP & Urgent Care** | PCP & Urgent Care** |
| X-Rays** | Preventive Only | 100%** | 100%** |
| Rx Discount | Included | Included | Included |
| Pediatrics | Preventive Only | Preventive Only | As Primary Care |
| OB/GYN | Preventive Only | Preventive Only | As Primary Care |
| **UNITY HealthShare[3, 4, 5]** | | | |
| Hospitalization | Included | Included | Included |
| In-Patient Surgery | Included | Included | Included |
| Out-Patient Surgery | Included | Included | Included |
| Specialty Care[6] | n/a | n/a | $75 Consult Fee (100% after MSRA) |
| Emergency Room[7] | Full MSRA | $500 MSRA | $300 MSRA |
| Maternity[8] | n/a | n/a | $5,000 Max |
| Per Incident Maximum Limit | $150,000 | $250,000 | $500,000 |
| Lifetime Maximum Limit | $1,000,000 | $1,000,000 | $1,000,000 |

*Annual Physical unavailable until 9 months after effective date; Lifestyle lab testing not included.

**$25 Read-fee applies for x-rays at urgent care (may vary by city).

***Telemedicine services not available in some states.

1. Surgical benefits are not available for the first 6 months
2. Surgical benefits are not available for the first 2 months
3. Pre-existing conditions have a 24-month waiting period
4. Cancer coverage is provided after 12 months of continuous coverage, if a pre-existing cancer condition did not exist prior to or at the time of applica ion
5. Qualified dependents are under the age of 20. Ages 20-26 can qualify as a dependent, if proven to be a full-time student
6. The Consult Fee is in addition to the cost of your specialty visit and does not apply toward your annual MSRA
7. ER visits are subject to review, and are meant only for life threatening situations. Maximum out-of-pocket is $300 or $500 depending on plan chosen
8. Maternity benefits are not available for the first 10 months

**Administrative and Conditional Fees:**

- $125 one-time application fee per enrollment
- Add $60 for persons who smoke
- Add Additional $130 per member for additional $500,000 per incident rider

Unity HealthShare℠ plans do not promise to pay medical claims, but follow standard claim eligibility review protocols described in plan.

Products NOT available in: AK, HI, MD, ME, PR, WA, WY; subject to change w/o prior notice.



## LEGAL NOTICES

The following legal notices are the result of discussions by Unity HealthShare[SM] or other healthcare sharing ministries wi h several state regulators and are part of an effort to ensure that Sharing Members understand that Unity HealthShare[SM] is not an insurance company and that it does not guarantee payment of medical costs. Our role is to enable self-pay patients to help fellow Americans through voluntary financial gifts.

### GENERAL LEGAL NOTICE

This program is not an insurance company nor is it offered through an insurance company. This program does not guarantee or promise that your medical bills will be paid or assigned to others for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this program should never be considered as a substitute for an insurance policy. Whether you receive any payments for medical expenses and whether or not this program continues to operate, you are always liable for any unpaid bills.

### STATE SPECIFIC NOTICES

**Alabama Code Title 22-6A-2**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether his organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Arizona Statute 20-122**
Notice: the organization facilitating the sharing of medical expenses is not an insurance company and the ministry's guidelines and plan of opera ion are not an insurance policy. Whether anyone chooses to assist you with your medical bills will be completely voluntary because participants are not compelled by law to contribute toward your medical bills. Therefore, participation in the ministry or a subscrip ion to any of its documents should not be considered to be insurance. Whether of whether you receive any payment for medical expenses or whether this ministry con inues to operate, you are always personally responsible for the payment of your own medical bills.

**Arkansas Code 23-60-104.2**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. If anyone chooses to assist you with your medical bills, it will be totally voluntary because participants are not compelled by law to contribute toward your medical bills. Participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive a payment for medical expenses or if this organization continues to operate, you are always personally responsible for he payment of your own medical bills.

**Florida Statute 624.1265**
Unity HealthShare[SM] is not an insurance company, and membership is not offered through an insurance company. Unity HealthShare[SM] is not subject to the regulatory requirements or consumer protections of he Florida Insurance Code.

**Georgia Statute 33-1-20**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether his organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Idaho Statute 41-121**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether his organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Illinois Statute 215-5/4-Class 1-b**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation constitute or create an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization continues to operate, you are always personally responsible for he payment of your own medical bills.

**Indiana Code 27-1-2.1**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor its plan of operation is an insurance policy. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any other participant can be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Whether or not you receive any payments for medical expenses and whether or not this organization con inues to operate, you are always personally responsible for he payment of your own medical bills.

**Kentucky Revised Statute 304.1-120 (7)**
Notice: Under Kentucky law, the religious organization facilitating the sharing of medical expenses is not an insurance company, and its guidelines, plan of operation, or any other document of the religious organization do not constitute or create an insurance policy. Participation in the religious organiza ion or a subscription to any of its documents shall not be considered insurance. Any assistance you receive with your medical bills will be totally voluntary. Neither the organization nor any participant shall be compelled by law to contribute toward your medical bills. Whether or not you receive any payments for medical expenses, and whether or not this organization continues to operate, you shall be personally responsible for the payment of your medical bills.

**Louisiana Revised Statute Title 22-318,319**
Notice: The ministry facilitating the sharing of medical expenses is not an insurance company. Neither he guidelines nor the plan of operation of the ministry constitutes an insurance policy. Financial assistance for the payment of medical expenses is strictly voluntary. Participation in the ministry or a subscription to any publication issued by the ministry shall not be considered as enrollment in any health insurance plan or as a waiver of your responsibility to pay your medical expenses.

**Maine Revised Statute Title 24-A, §704, sub-§3**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. Participation in he organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive payment for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Maryland Article 48, Section 1-202(4)**
Notice: This publication is not issued by an insurance company nor is it offered through an insurance company. It does not guarantee or promise that your medical bills will be published or assigned to others for payment. No other subscriber will be compelled to contribute toward the cost of your medical bills. Therefore, this publication should never be considered a substitute for an insurance policy. This activity is not regulated by the State Insurance Administration, and your liabilities are not covered by the Life and Health Guaranty Fund. Whether or not you receive any payments for medical expenses and whether or not this entity continues to operate, you are always liable for any unpaid bills.

**Mississippi Title 83-77-1**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment of medical expenses or whether  his organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Missouri Section 376.1750**
Notice: This publication is not an insurance company nor is it offered through an insurance company. Whe her anyone chooses to assist you with your medical bills will be totally voluntary, as no other subscriber or member will be compelled to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always personally responsible for the payment of your own medical bills.

**Nebraska Revised Statute Chapter 44-311**
IMPORTANT NOTICE: This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether  this organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the Nebraska Department of Insurance. You should review this organization's guidelines carefully to be sure you understand any limita ions that may affect your personal medical and finan-cial needs.

**New Hampshire Section 126-V:1**
IMPORTANT NOTICE This organization is not an insurance company, and its product should never be considered insurance. If you join this organization instead of purchasing health insurance, you will be considered uninsured. By the terms of this agreement, whether anyone chooses to assist you with your medical bills as a participant of this organization will be totally voluntary, and neither the organization nor any participant can be compelled by law to contribute toward your medical bills. Regardless of whether you receive payment for medical expenses or whether  his organization continues to operate, you are always personally responsible for the payment of your own medical bills. This organization is not regulated by the New Hampshire Insurance Department. You should review this organization's guidelines carefully to be sure you understand any limitations that may affect your personal medical and financial needs.

**North Carolina Statute 58-49-12**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be voluntary. No other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this organization continues to operate, you are always personally liable for the payment of your own medical bills.

**Pennsylvania 40 Penn. Statute Section 23(b)**
Notice: This publica ion is not an insurance company nor is it offered through an insurance company. This publication does not guarantee or promise that your medical bills will be pub-lished or assigned to o hers for payment. Whether anyone chooses to pay your medical bills will be totally voluntary. As such, this publication should never be considered a substitute for insurance. Whether you receive any payments for medical expenses and whether or not this publication continues to operate, you are always liable for any unpaid bills.

**South Dakota Statute Title 58-1-3.3**
Notice: The organization facilitating the sharing of medical expenses is not an insurance company, and nei her its guidelines nor plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the organization or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payments for medical expenses or whether this organization continues to operate, you are always personally responsible for the payment of your own medical bills.

**Texas Code Title 8, K, 1681.001**
Notice: This health care sharing ministry facilitates  he sharing of medical expenses and is not an insurance company, and neither its guidelines nor its plan of operation is an insurance policy. Whether anyone chooses to assist you with your medical bills will be totally voluntary because no other participant will be compelled by law to contribute toward your medical bills. As such, participation in the ministry or a subscription to any of its documents should never be considered to be insurance. Regardless of whether you receive any payment for medical expenses or whether this ministry continues to operate, you are always personally responsible for the payment of your own medical bills. Complaints concerning  his health care sharing ministry may be reported to  he office of the Texas attorney general.

**Virginia Code 38.2-6300-6301**
Notice: This publication is not insurance, and is not offered through an insurance company. Whether anyone chooses to assist you with your medical bills will be totally voluntary, as no other member will be compelled by law to contribute toward your medical bills. As such, this publication should never be considered to be insurance. Whether you receive any pay-ments for medical expenses and whether or not this publication con inues to operate, you are always personally responsible for the payment of your own medical bills.

**Wisconsin Statute 600.01 (1) (b) (9)**
ATTENTION: This publication is not issued by an insurance company, nor is it offered through an insurance company. This publica ion does not guarantee or promise that your medical bills will be published or assigned to others for payment. Whether anyone chooses to pay your medical bills is entirely voluntary. This publication should never be considered a substitute for an insurance policy. Whether or not you receive any payments for medical expenses, and whether or not this publication continues to operate, you are responsible for  he payment of your own medical  bills.

Brochure not for use in AK, HI, MD, ME, PR, WA, WY. Limitation subject to change without prior notice.

**This is NOT insurance. This is healthcare cost sharing.**

**Presented by:**



www.alierahealthcare.com

© 2017 Aliera Healthcare, Inc. All rights reserved.

DATE FILED: June 19, 2020 4:47 PM
FILING ID: AC5F0B17A851B
CASE NUMBER: 2020CV30513

# APPENDIX 7

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**BUSINESS CASE DIVISION**
**STATE OF GEORGIA**

ALIERA HEALTHCARE, INC.,

    Plaintiff/Counterclaim Defendant,

v.

ANABAPTIST HEALTHSHARE; and
UNITY HEALTHSHARE, LLC,

    Defendants/Counterclaimants,

ALEXANDER CARDONA, and
TYLER HOCHSTETLER,

    Defendants.

CIVIL ACTION FILE NO.
2018CV308981

Business Case Div. 1

## ORDER ENTERING INTERLOCUTORY INJUNCTION
## AND APPOINTING RECEIVER

The Court has carefully considered the Application for an Interlocutory Injunction and for the Appointment of a Receiver submitted by Defendants-Counterclaimants Anabaptist Healthshare ("Anabaptist") and Unity Healthshare LLC ("Unity") (collectively, "AHS/Unity"), the exhibits and briefs submitted in support, the responses and exhibits submitted by Plaintiff-Counterclaim Defendant Aliera Healthcare, Inc. ("Aliera"), and the evidence and arguments presented at the evidentiary hearing held on January 22, 2019 and January 24, 2019. This Order reduces to writing the oral order and interlocutory injunction of the Court issued at the conclusion of the hearing on January 24, 2019.

Having allowed the parties several opportunities to confer on a proposed order following the January hearing and having considered the parties' respective submissions and the record, the Court finds and orders as follows:

## I.     FINDINGS OF FACT[1]

**Background**

1.     Defendant/Counterclaimant AHS is a non-profit Section 501(c)(3) tax exempt organization. Affidavit of T. Hochstetler (Hochstetler Aff.) at ¶ 2; Transcript of Hearing on AHS/Unity's Application for Interlocutory Injunction and for Appointment of a Receiver ("Hr'g Tr.") 42:14-18.[2]

2.     AHS has, for some years, managed a Health Care Sharing Ministry ("HCSM") for members of the Anabaptist communities in Virginia. Hochstetler Aff. ¶ 2; Hr'g Tr. 94:18-95:19.

3.     Health care sharing ministries ("HCSM") facilitate the sharing of certain medical expenses among their members. Hochstetler Aff. at ¶ 3; Hr'g Tr. 43:16-44:13.

4.     The Affordable Care Act (the "ACA") exempts members of a qualifying HCSM from the tax penalty levied on those who fail to purchase health insurance, commonly referred to as "the individual mandate." Hochstetler Aff. ¶ 3; Hr'g Tr. 43:16-24.

5.     AHS received a letter from the Centers for Medicare and Medicaid Services ("CMS") stating that it met the ACA's requirements for its members to claim the tax exemption, which included the requirement that AHS has been "in existence at all times since December 31, 1999, and medical expenses of its members have been shared continuously and without interruption since December 31, 1999." Hochstetler Aff. ¶ 3; Hr'g Tr. 43:25-44:3.

6.     The United States Department of Health and Human Services certified that AHS is an HCSM whose members qualified for the exemption from the individual mandate. Hochstetler Aff. ¶ 6; Hr'g Tr. 45:1-12; Joint Ex. 2.

7.     AHS's wholly-owned subsidiary, Unity, is also an HCSM whose members qualified for the exemption from the individual mandate to the same extent as AHS. Hr'g Tr. 49:18-50:6.

---

[1]     As demonstrated by the parties' respective proposed findings of fact and other submissions, the evidence adduced to date in this matter is too vast to adequately summarize here. Included herein are the Court's preliminary findings that are most relevant to the Court's rulings and analysis.
[2]     The exhibits cited herein were either received in evidence at the evidentiary hearing on AHS/Unity's motion for interlocutory injunction or are attached to the parties' pleadings and filings in connection with AHS/Unity's motion for a TRO/interlocutory injunction.