UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02130-RBJ

REBECCA SMITH;
ELLEN LARSON;
JUSTINE LUND; and
JAIME and JARED BEARD, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE ALIERA COMPANIES, INC., formerly known as ALIERA HEALTHCARE, INC., a Delaware corporation;
TRINITY HEALTHSHARE, INC., a Delaware corporation; and
ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation.

    Defendants.

---

### PLAINTIFFS' NOTICE OF INVOLUNTARY BANKRUPTCY OF THE ALIERA COMPANIES, INC.

---

Plaintiffs, by and through their undersigned counsel, state that:

On December 3, 2021, the judgment creditors in cases styled *Gerald Jackson, et. al v. The Aliera Companies, Inc.,* No. 2:19-cv-01281-BJR, in the United States District Court for the Western District of Washington, and *Hanna Albina, et. al v. The Aliera Companies, et. al,* Case No.: 5:20-CV-00496-JMH, in the United States District Court for the Eastern District of Kentucky, filed an involuntary petition for relief under 11 U.S.C. § 303 against Defendant The Aliera Companies, Inc., in the United States Bankruptcy Court for the District of Delaware. Attached as *Exhibit A* is a copy of the petition.

This case has been stayed pending the appeals of this Court's Orders dated April 16, 2021 and June 15, 2021 (ECF No. 67 and No. 91). The 10th Circuit has abated the appeal pending the

bankruptcy of Defendant Trinity Healthshare, Inc. Plaintiffs file this to provide notice of the bankruptcy filing as against Defendant Aliera Companies, Inc., which would also stay the proceedings in this Court pursuant to 11 U.S.C. § 362.

The undersigned have notified counsel for Defendant OneShare Health, LLC of their intent to file this notice.

Respectfully Submitted: December 7, 2021.

*/s/ Eleanor Hamburger*
Eleanor Hamburger
Richard E. Spoonemore
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: ele@sylaw.com
Email: rick@sylaw.com

Patrick Bernal, #52956
MICHAEL BEST & FRIEDRICH LLP
8300 Arista Place, Suite 300
Broomfield, CO 80021
Tel. (303) 800-1580
Email: pjbernal@michaelbest.com

Michael David Myers
MYERS & COMPANY PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188
Email: mmyers@myers-company.com

*Attorneys for Plaintiffs*

– 3 –

## CERTIFICATE OF SERVICE

I certify that on December 7, 2021, I electronically filed the foregoing Suggestion of Involuntary Bankruptcy of The Aliera Companies, Inc. with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF-registered counsel of record.

I also certify that I have mailed the document to Aliera at its last known business addresses, via U.S. First Class Mail, as well as e-mailed and mailed to the Assignee for The Aliera Companies, Inc.:

- **The Aliera Companies Inc.**
  **Aliera Healthcare, Inc.**
  990 Hammond Dr. NE, Suite 700
  Atlanta, GA 30328

- **The Aliera Companies Inc.**
  P.O. Box 28220
  Atlanta, GA 30358

- **Assignee for The Aliera Companies, Inc.,** *et al.*
  c/o Katie Goodman
  Asset Recovery Associates Aliera, LLC
  3155 Roswell Road NE, Suite 120
  Atlanta, GA 30305
  kgoodman@gggpartners.com

　　　　　　　　　　　　　　　　　　　　　　　　   */s/ Eleanor Hamburger*
　　　　　　　　　　　　　　　　　　　　　　　　Eleanor Hamburger
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*