**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02130-RBJ

REBECCA SMITH;
ELLEN LARSON;
JUSTINE LUND; and
JAIME and JARED BEARD, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs-Appellees ("Plaintiffs") and Defendant-Appellant OneShare Health, LLC ("OneShare") stipulate to dismissal of this case with prejudice, with each side to pay their or its own costs of this matter.

Dated: February 16, 2024.

    Respectfully submitted,

    *s/Eleanor Hamburger*
    Richard E. Spoonemore
    Eleanor Hamburger
    Sirianni Youtz Spoonemore Hamburger PLLC
    3101 Western Avenue, Suite 350
    Seattle, WA 98121
    (206) 223-0303
    rspoonemore@sylaw.com
    ehamburger@sylaw.com

Patrick J. Bernal
Holland & Hart, LLP
1800 Broadway, Suite 300
Boulder, CO 80302
(303) 473-2700
pjbernal@hollandhart.com

Michael David Myers
Myers & Company
1430 Eastlake Avenue East
Seattle, WA 98102
(206) 398-1188
mmyers@myers-company.com

*Counsel for Plaintiffs*


*s/Marilyn Sue Chappell*
Marilyn Sue Chappell
Gordon Rees Scully Mansukhani, LLP
555 17th St. Ste. 3400
Denver, CO 80202
(303) 534-5160
mchappell@grsm.com

Kyle G.A. Wallace
Shiver Hamilton Campbell, LLC
3490 Piedmont Road, Suite 640
Atlanta, GA 30305
kwallace@shiverhamilton.com

*Counsel for OneShare Health, LLC*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by ECF on this 16th day of February, 2024, upon all counsel of record.

      DATED: February 16, 2024

                                        *s/ Linda S. Montoya*